MARION C. PASSMORE (228474)
*passmore@bespc.com*
MELISSA A. FORTUNATO (SBN 319767)
  fortunato@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA MILENA GONZALEZ, on Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC. and HONDA MOTOR CO., LTD., <br><br> Defendants. | Case No. <br><br> **CLASS ACTION COMPLAINT** <br><br> DEMAND FOR JURY TRIAL |

**I.        Nature of the Action**

1.    This case arises from American Motor Co., Inc. ("American Honda") and Honda Motor Co., Ltd.'s ("Honda Ltd.," and together with American Honda, "Honda" or "Defendants") choice to make, sell, and advertise select 2020-2022 vehicles with known infotainment system defects and phantom braking issues (hereinafter collectively referred to as "Defects").  These Defects are abrupt, intermittent, and unpredictable in nature and were never disclosed to consumers.  This led affected consumers to be exposed to safety risks, inconvenience, and out-of-pocket costs.  Honda's actions also led affected consumers to buy or lease vehicles that they would not have bought or leased if they had known about the Defects and/or to overpay for the affected vehicles.

2.    Plaintiff brings this proposed class action for damages and injunctive relief on behalf of herself and all other persons and entities nationwide who:

> a.    purchased or leased a 2020-2022 Honda Pilot, a 2020-2022 Honda Odyssey (except the 2020 LX), or a 2020-2022 Honda Passport manufactured and sold by Defendants with the Infotainment Defects (as described below) (hereinafter the "Defective Infotainment Vehicles"); and/or

> b.    purchased or leased a 2020-2022 Honda Pilot, a 2020-2022 Honda Odyssey (except the 2020 LX), or a 2020-2022 Honda Passport manufactured and sold by Defendants with the Braking Defects (as described below) (hereinafter "Phantom Braking Vehicles").

3.    The Defects at issue in this case relate to electrical infotainment and automatic braking systems in the Defective Infotainment Vehicles and the Phantom Braking Vehicles (collectively referred to herein as "Defective Vehicles"), respectively. Specifically, the Defects relate to what is known in the automobile industry as the "infotainment system" and the braking and collision mitigation systems.

4.    Infotainment systems are designed to attract buyers who want to manage available technology while on the road, while minimizing distractions and maximizing

safety. They include visual back-up camera displays, a variety of hands-free functions, speed displays, and the like. Brakes and collision mitigation are also crucial to driver safety because, when working properly, they allow or automatically apply brakes to avoid or mitigate imminent collisions.

5. Indeed, Honda touts infotainment systems, smart braking, and collision mitigation as selling points on the basis of safety and convenience.

6. Although infotainment systems and collision mitigation are supposed to enhance convenience and safety, here the Defects actually cause inconvenience and increase safety risks.

7. Honda manufactured, tested, warranted, advertised, distributed, sold, and leased Defective Vehicles, which contain the Infotainment Defect that cause many of the vehicles' features (*e.g.*, the navigation system, the audio system) to malfunction.

8. Honda also manufactured, tested, warranted, advertised, distributed, sold, and leased Defective Vehicles which contain Braking Defects, which cause phantom braking, increasing the risk of rear-end collisions, and other dangerous situations.

9. As documented by widespread consumer complaints, the Defects have plagued these systems in many makes and models from 2017 onward, including throughout the entire duration of the production and sale of new Defective Vehicles.

10. Honda has long-standing knowledge of these Defects in a range of its products, starting as early as 2017. In fact, Honda has been sued for these very issues in other makes and models and has admitted in a variety of communications that these are known issues.

11. Rather than spend the appropriate time and money to fix the underlying phantom braking issue after being sued for it, Honda chose to exacerbate the problem by continuing to make, manufacture, advertise, and sell *additional* vehicles, including the 2020-2022 Phantom Braking Vehicles in this case.

12. Likewise, rather than assess the issues and fix them before putting the same, defective technology in other vehicles, Honda chose to make the 2020-2022 Defective

Infotainment Vehicles—here, certain Pilots, Odysseys, and Passports—in the years *following* lawsuits involving the same problematic technology first identified in the 2018 and 2019 lawsuits.

13. Honda knew of the Defects before producing, marketing, and selling the Defective Vehicles, or failed to conduct adequate testing of the Defective Vehicles prior to their release. Soon after the release of the Defective Vehicles, and before Plaintiff purchased her Defective Vehicle, Honda knew of the Defects based on: its own testing; its choice to use the same defective components from prior years' vehicles in the Defective Vehicles; its involvement in other lawsuits; its own communications; the numerous consumer complaints it received and it should have been aware of pursuant to federal law; its relationships with dealerships; and direct complaints it received from consumers. More specifically, Honda knew of the Defects because, *inter alia*:

- **Honda has already been sued for infotainment issues and phantom braking issues for vehicles produced in years immediately preceding Defective Vehicles in this litigation**.[1] Those lawsuits were filed on <u>March 22, 2019</u> (infotainment and display screen defects in the same makes and models in 2018 and 2019 vehicles),[2] <u>July 11, 2019</u> (infotainment defects in other makes and models with substantially similar systems),[3] <u>October 28, 2019</u> (display screen issues in other makes and models),[4] and <u>May 5, 2018</u> (for phantom braking issues in other makes and models).[5]

[1] *Plotts, et al. v. American Honda Motor Co., Inc.*, 2:22-cv-04529 (ECF No. 1) (7/1/2022) (an Infotainment Defect case including some (but not all) of the Defective Infotainment Vehicles at issue in this case; the *Plotts* case does not address the Braking Defects at all).

[2] *Conti, et al. v. American Honda Motor Co., Inc.*, 2:19-cv-02160 (ECF No. 1) (3/22/19), (ECF No. 99) (initially for certain 2018-2019 Honda Odysseys and 2019 Honda Pilots and later expanded to exclude 2019 or 2019 Honda Odysseys and 2019 Honda Passports and Pilots).

[3] *Bahn, et al. v. American Honda Motor Co., Inc.*, 2:19-cv-05984 (ECF No. 1) (7/11/19).

[4] *Woo, et al. v. American Honda Motor Co., Inc.*, 4:19-cv-07042 (ECF No. 1) (10/28/19) (for 2017-2019 CV-R models for display screen issues).

[5] *Cadena, et al. v. American Honda Motor Co., Inc.*, 2:18-cv-04007 (ECF No. 1) (5/14/18) (initially for certain 2017-2018 CVRs and Accords; the class was later expanded to include certain 2017-2020 CVRs and Accords).

CLASS ACTION COMPLAINT

- **Honda has acknowledged several manifestations of these issues and/or complaints about them** as early as January 2019 (for Infotainment Defects) and January of 2017 (for Honda Sensing Defects like the Braking Defects).

- **Honda has or should have knowledge of the Defects through obligations pursuant to federal law**. Honda has an obligation to stay in close contact with the National Highway Traffic Safety Administration ("NHTSA") regarding potential defects. In fact, Honda is legally required to disclose defects and related data to NHTSA. Based on these duties, Honda should also have knowledge of the defect through the large number of customer complaints on the NHTSA Office of Defect Investigations ("ODI") website, www.safercar.gov, as well as other customer forums addressing car defect and safety issues. Assuming Honda fulfilled these obligations, it would have been aware of an avalanche of consumer complaints on that site.

- **Honda has ongoing knowledge of the Defects through its warranty program with dealerships**. By operation of Honda's New Vehicle Limited Warranty, Honda and its dealers have agreements in place pursuant to which Honda's dealers agree to perform warranty repairs on Honda vehicles—including the Defective Vehicles—while Honda, in turn, controls execution of the warranty repairs and pays dealers to handle warranty repairs. By virtue of these agreements, Honda's authorized dealers are agents for the purpose of the warranty and warranty repairs, and knowledge of a defect reported to any such dealer can be imputed to Honda. Here, as explained in detail below, dealers dealt with, and continue to deal with, an avalanche of complaints and warranty repairs related to the Defects at the heart of this Complaint.

- **Consumers have given Honda direct, actual notice of the Infotainment Defects and Braking Defects for the Defective Vehicles and for and substantially similar defects in prior years, makes, and models.**[6]

---

[6] *See, e.g.*, **2019 Honda Odyssey | NHTSA ID Number 11318770, March 20, 2020, (Incident Date: Sept. 1, 2019)** ("…I have notified both American Honda and the dealership where the vehicle was purchased and they are aware of the issue and are making no effort to replace or correct the issue. it is very disturbing that Honda does not

4

14.     Upon information and belief and as described in more detail below, the infotainment systems and braking/collision mitigation systems are substantially similar in Defective Vehicles and the other years, makes, and models impacted by these issues and subject to prior lawsuits and included in Honda's prior communications, so Honda would have known that these problems would continue in the Defective Vehicles since it chose to produce vehicles with the same or substantially similar design flaws.

15.     Despite all this knowledge, rather than fixing these manufacture and design issues—or even notifying customers of these potential issues—Honda continued to manufacture, test, warrant, advertise, distribute, sell, and lease vehicles marked by the exact same defects, without any warning to customers.  Honda instead continued to tout the safety features tied to the infotainment systems and automatic braking.

16.     Despite its knowledge of the Defects—including (1) issuing Technical Service Bulletins, (2) settling a class action lawsuit involving substantially the same Infotainment Defect in 2018-2019 Honda Odysseys and 2019 Honda Pilots and Passports, and participating in a flurry of class actions involving infotainment system and braking issues, and (3) responding to (through their authorized dealers) countless warranty claims relating to these issues—upon information and belief Honda has not yet fixed the problem.

_____

value the lives of their customers and that they are being allowed to continue to build vehicles with this same condition, unknown what the fix is…."); **2020 Honda Pilot | NHTSA ID Number 11343845, August 7, 2020 ("…**took car back to wolfchase honda service department and was told that there was nothing they could do because it was out of their hands. But American Honda was aware of the problem, contacted American Honda and was also told that they could not replace the car but we would have to wait until a recall was issued. no regards for our safety at all…."; **2020 Honda Odyssey | NHTSA ID Number 11362131, September 30, 2020, (Incident Date: Aug. 5, 2020).** "I brought this to the dealership and they said they don't know how to fix this. I spoke to American Honda and they also said they don't know how to fix this. This [Infotainment Defect that results in minimal rear visibility] is literally a dead child waiting to happen."

CLASS ACTION COMPLAINT

17.    Over the years, Honda has gaslit consumers, telling consumers that they have identified a problem, offering to fix the problem, and ultimately having the problem reoccur; instead of fixing the Defects in existing models, Honda has taken a buckshot approaching—attempting a variety of fixes (such as software updates and replacing defective parts with equally defective parts) that leave consumers in an endless cycle of returning to the dealership with the hope that, this time, Honda has actually identified and will actually fix the problems.

18.    Even when Honda purports to have a "fix" for certain related issues, consumers have routinely suffered from long wait times as Honda has not had a sufficient number of parts readily available to implement the fixes.  In this way, Honda's supply issues undermine the value and usefulness of the warranty.

19.    In fact, numerous owners of Defective Vehicles submitted complaints to NHTSA explaining their frustration over repeatedly presenting their Defective Vehicles to authorized Honda dealerships, only to have the Defects persist, as shown in detail in the attached chart.[7]

20.    Plaintiff has provided an authorized Honda dealership and Honda engineers five (5) attempts to repair her Defective Vehicle.  Upon information and belief and based on the intermittent nature of the Defects, her Defective Vehicle continues to suffer from the Defects.

21.    Accordingly, Plaintiff brings the following claims on behalf of the Nationwide Class as herein described under California law: (1) breach of implied warranty of merchantability; (2) violations of California Song-Beverly Consumer Warranty Act for Breach of Implied Warranty of Merchantability; (3) false advertising under the California False Advertising Law; (4) violation of the California Consumer Legal Remedies Act; (5) violation of the California Unfair Competition Law; (6) fraud by omission and concealment; and (7) unjust enrichment on behalf of a Nationwide Class

[7] Exhibit 1, Persistence of Problems Chart.

of Defective Vehicle owners and lessees. Plaintiff seeks damages and equitable relief on behalf of herself and all others similarly situated.

22. In the alternative, Plaintiff brings the following claims on behalf of the South Carolina Class as herein described under South Carolina law: (1) breach of implied warranty of merchantability; (2) violation of the South Carolina Unfair Trade Practices Act; (3) violation of the South Carolina Regulation of Manufacturers, Distributors, and Dealers Act; (4) Fraud by Omission and Concealment; and (5) unjust enrichment on behalf of a South Carolina Class of Defective Vehicle owners and lessees. Plaintiff seeks damages and equitable relief on behalf of herself and all others similarly situated.

23. Honda has and will continue to benefit from its unlawful conduct—by selling more vehicles, at a higher price, and avoiding warranty obligations—while consumers are harmed at the point of sale as their vehicles continue to suffer from unremedied Infotainment Defects and Braking Defects. If Plaintiff and other proposed Class Members[8] had known about the defects at the time of purchase or lease, they would not have bought or leased the Defective Vehicles, or would have paid substantially less for them.

24. To remedy Honda's unlawful conduct, Plaintiff, on behalf of the proposed classes, seeks damages and restitution from Honda, as well as class certification.

## II.    Parties

25. Plaintiff Aida Milena Gonzalez ("Plaintiff") is, and at all times mentioned herein was, an adult residing in Spartanburg County, South Carolina.

26. Defendant American Honda is a California corporation headquartered at 1919 Torrance Boulevard, Torrance, California 90501-2746. American Honda's R&D Center, Parts Center, and U.S. Sales & Marketing Headquarters are all located in

---

[8] Class Members refers to all proposed members of the Nationwide Class, as defined below, and all proposed members of the alternative South Carolina Class, also as defined below.

CLASS ACTION COMPLAINT

Torrance, California.  American Honda also maintains the Honda Proving Center near Cantil, California.

27.     Defendant Honda Ltd. is a Japanese corporation with its headquarters located in Tokyo, Japan.  Honda Ltd. is the parent corporation of American Honda, owning 100% ownership and voting interest in American Honda.

28.     Honda Ltd. exercises control over American Honda through several formal and informal mechanisms.

29.     Honda Ltd. promotes on its own website all Honda models sold by American Honda in the United States and directs U.S. consumers to American Honda's website through its "World Links" page.

30.     Honda Ltd. purposefully avails itself of markets in the United States, selling approximately 1,000,000 vehicles per year in this market though its domestic subsidiary, American Honda.[9]

31.     Upon information and belief, Honda Ltd. was intimately involved with American Honda's monitoring of the Defective Vehicles, attempts to remedy the Defects, and discussions with the NHTSA regarding the Defects.  For example, Noriya Kaihara ("Kaihara") serves as both the President and Chief Executive Officer ("CEO") of American Honda and also the Chief Officer ("CO"), Regional Operations (North America) for Honda Ltd.

**III.     Jurisdiction and Venue**

32.     This Court has subject matter jurisdiction under the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d)(2) and (6) because: (i) there are 100 or more Class Members, (ii) there is an aggregate amount in controversy exceeding $5,000,000.00 exclusive of interests and costs, and (iii) there is minimal diversity because at least one plaintiff and one defendant are citizens of different states.

---

[9] American Honda sold 1,466,630 cars and trucks in 2021 and 983,507 cars and trucks in 2022.

33.    This Court also has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

34.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) as to American Honda because American Honda's headquarters are in this district.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) as to both Honda Ltd. and American Honda because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.

35.    This Court has personal jurisdiction over Defendants by virtue of their transactions and business conducted in this judicial district, and because American Honda is headquartered in California.  Defendants have transacted and done business and violated statutory and common law in the State of California and in this judicial district.

36.    This Court has specific jurisdiction over Honda Ltd. pursuant to the long-arm statute of California (Cal. Code of Civ. Proc. § 410.10) based on their forum-related activities from which this case arises, and the forum-related activities of their primary domestic subsidiary, American Honda, which Honda Ltd. substantially controls.

## IV.    General Factual Allegations

37.    Defendants designed, engineered, manufactured, tested, warranted, advertised, distributed, sold, and leased Defective Vehicles equipped with Infotainment Defects.  The Defective Infotainment Vehicles' audio-visual systems are responsible for providing cues for a variety of functions—including back-up cameras, hands-free phone usage, Bluetooth, navigation, audio, and video.  The Infotainment Defects cause, *inter alia*: (1) loud and unexpected popping or crackling sounds to come from the speakers, (2) no audio to come from the speakers, (3) glitchy display screen issues, including at times failure to display back up camera visuals and navigation tools, (4) dimming and/or blackout of display screens, and (5) inability to use hand-free features of the infotainment system.  The loud, intermittent, and unexpected popping and crackling interrupts audio

playback from the vehicle's infotainment system and interrupts conversations over the Defective Vehicles' hands-free phone systems and audio navigation.

38.     Defendants also designed, engineered, manufactured, tested, warranted, advertised, distributed, sold, and leased Phantom Braking Vehicles equipped with defective Honda Sensing and defective collision mitigation components.  These Braking Defects cause, *inter alia* (1) erratic, unexpected, and unwarranted braking and (2) faulty implementation of the collision mitigation braking system.  The Braking Defects cause the Phantom Braking Vehicles to brake without explanation—often on narrow roads, two-lane roads, bridges, and during stop-and-go traffic.  For example, an oncoming car in a completely different lane may trigger Phantom Braking Vehicles to harshly brake, causing potential whiplash injuries to customers and greatly increasing the risk of rear-end collisions, among other things.

39.     Honda has longstanding knowledge of both the Infotainment Defects and the Braking Defects.

## V.     Knowledge of the Defects

40.     Honda designed, engineered, manufactured, tested, warranted, advertised, distributed, sold, and leased Defective Vehicles.

41.     ***Honda had notice through its design, manufacture, and purportedly extensive testing of the Defective Vehicles.***  It is standard practice for automobile manufacturers to engage in extensive pre-launch testing of their vehicles.  Honda did so for the Defective Infotainment Vehicles and the Phantom Braking Vehicles.  Given the immediate and overwhelming number of customer complaints about the Defects in the Defective Vehicles, Honda knew or should have known about the Defects before it sold the Defective Vehicles.

CLASS ACTION COMPLAINT

42.    For example, Honda states that it subjected its vehicles to "brutal tests," which were repeated again and again and in a variety of environments to test the automatic braking features.[10]

43.    One individual in charge of the automatic braking testing confessed that: "I was getting carsick even when I was driving the vehicle due to the automatic and sudden braking without my intention."[11]

44.    Although Honda professes "a basic philosophy that people drive vehicles, but vehicles don't drive people,"[12] the reality is that Honda's vehicles have a long history of stopping against their driver's wishes, creating dangerous situations.

45.    Similarly, Honda drivers are not able to control their infotainment systems; instead, they are at the whim of infotainment systems that appear possessed and which at times operate even when turned off.

46.    ***Honda received notice through previous litigation.***    Honda has already been sued for infotainment system defects and phantom braking for other makes, models, and/or years of its vehicles.[13]

---

[10] Exhibit 2, Honda Hearts Safety Documentary, "Supporting collision avoidance while driving at low speeds."

[11] Exhibit 2, Honda Hearts Safety Documentary, "Supporting collision avoidance while driving at low speeds."

[12] Exhibit 2, Honda Hearts Safety Documentary, "Supporting collision avoidance while driving at low speeds."

[13] *Conti, et al. v. American Honda Motor Cor., Inc.*, 2:19-cv-02160 (filed 3/22/19) (suit for infotainment system defects including display screen, defective or nonexistent audio, strange noises, back-up camera display outages, etc. in 2018 or 2019 Honda Odysseys and 2019 Honda Pilots or Passports; settled); *Bahn, et al. v. American Honda Motor Co., Inc.*, 2:19-cv-05984 (ECF No. 1) (7/11/19) (suit for infotainment system defects in 2019 or 2020 Acura RDX vehicles); *Woo, et al. v. American Honda Motor Co., Inc.*, 4:19-cv-07042 (filed 10/28/19) (suit for defective infotainment display screens); and *Cadena, et al. v. American Honda Motor Co., Inc.*, 2:18-cv-04007 (5/14/18) (suit for phantom braking and defective Honda Sensing , initially in 2017 Honda CR-Vs and expanded to include 2017-2020 Honda CR-Vs and 2016-2020 Honda Accords).

CLASS ACTION COMPLAINT

47.    Crucially, at least one infotainment lawsuit was filed *before* Honda released the Defective Infotainment Vehicles in this suit and at least one phantom braking lawsuit was filed *before* Honda released the Phantom Braking Vehicles involved in this suit.

48.    Honda had already been sued as early as March 22, 2019, for infotainment system defects including display screen, defective or nonexistent audio, strange noises, back-up camera display and outages, in 2018 or 2019 Honda Odysseys and 2019 Honda Pilots or Passports[14] and sued as early as May 14, 2018, for phantom braking and defective Honda Sensing in 2017 Honda CR-Vs.[15]

49.    Instead of conducting quality control to make sure new releases would be free of known defects, and instead of going back to the drawing board and developing makes and models that were not riddled with the exact same defects as prior models, Honda continued to produce, advertise, and release brand new vehicles riddled with exactly the same issues starting in July 2019 (for the 2020 models) and, August 2020 for the 2021 models.  Honda's decision also extended to the production, advertising, and release of 2022 models with the same Defects described above.

50.    For instance, Honda released the 2020 Honda Pilot at the end of July 2019, the 2020 Honda Odyssey in August 2019, and the 2020 Honda Passport in December 2019.[16]  Honda released the 2021 Honda Odyssey for sale on August 3, 2020, the 2021 Honda Pilot in June 2020, and the 2021 Honda Passport in September 2020.[17]

51.    In the spring of 2022, Honda settled two of the infotainment system class action lawsuits—*Conti, et al. v. American Honda Motor Co., Inc.*, 2:19-cv-02160 (ECF No. 1) (C.D. Cal. 3/22/19), (ECF No. 99) and *Bahn, et al. v. American Honda Motor Co., Inc.*, 2:19-cv-05984 (ECF No. 1) (C.D. Cal. 7/11/19).  *Conti* involved 2018 or 2019

---

[14] *Conti, et al. v. American Honda Motor Cor., Inc.*, 2:19-cv-02160 (filed 3/22/19)
[15] *Cadena, et al. v. American Honda Motor Co., Inc.*, 2:18-cv-04007 (5/14/18) (suit for phantom braking and defective Honda Sensing, initially in 2017 Honda CR-Vs and expanded to include 2017-2020 Honda CR-Vs and 2016-2020 Honda Accords).
[16] Exhibit 3, Honda Auto News Releases for 2020 Odyssey, Pilot, and Passport.
[17] Exhibit 4, Honda Auto News Releases for 2021 Odyssey, Pilot, and Passport.

Honda Odysseys and 2019 Honda Pilots or Passports; *Bahn* involved 2019-2020 Acura RDX vehicles.

52.    The *Conti* motion for preliminary approval of class settlement,[18] that was subsequently granted,[19] specifically references Honda's acknowledgment of the crackling and popping noises within certain Honda and Acura vehicles: "an Acura Service Bulletin covered by the Banh settlement, 20-031 (popping/crackling from the speakers; blank display, no sound from the audio system, network loss message), addresses the same issues as Service Bulletins relevant to *Conti*.  *See* Honda Service Bulletins 20-049 (popping or crackling from the speakers, no sound from the audio system, network loss message and/or display issues) and 20-058 (popping or crackling from the speakers, no sound from the audio system, network loss message and/or display issues).

53.    And yet, neither the *Bahn* nor *Conti* class action settlements include the Defective Infotainment Vehicles involved in this case.

54.    ***Honda knew or should have known about the Defects since it used the same or substantially similar defective parts in vehicles produced in prior years which were known to have these same defects.***  Upon information and belief, Honda first introduced the infotainment system found in the Defective Infotainment Vehicles in the 2018 Odyssey, and it later expanded this system to 2019 Pilots and Passports.  For example, comparison of Honda's Odyssey Specification sheets show Audio & Connectivity Specifications and Features are almost exactly the same across 2019-2022

---

[18] *Conti, et al. v. American Honda Motor Cor., Inc.*, 2:19-cv-02160, ECF No. 71.
[19] *Conti, et al. v. American Honda Motor Cor., Inc.*, 2:19-cv-02160, ECF No. 99.

CLASS ACTION COMPLAINT

Odyssey models.[20]  The Specifications and Features for 2019-2022 Honda Pilots are also almost exactly the same for each year,[21] as are the Specifications and Features for 2019-2022 Honda Passports.[22]

55.    Similarly, under the "Active Safety" column, the Specifications and Features press releases for 2019-2022 Passports and Pilots all show "Collision Mitigation Braking System™ (CMBS™) (Honda Sensing® feature)" and "Forward Collision Warning (FCW) (Honda Sensing® feature)."[23]  Similarly, five of the six 2019-2022 Odyssey trims have "Collision Mitigation Braking System™ (CMBS™) (HS)."[24] The exceptions are the 2019 and 2020 Odyssey LX trim level vehicles, which do not provide FCW or CMBS; for this reason, that trim level is not included in this lawsuit. The rest of the 2019 and 2020 Odyssey trim levels show "Forward Collision Warning

[20] Exhibit 5, 2019-2022 Honda Auto News Releases of Specifications & Features for Odysseys.  The 2019 and 2020 models offer exactly the same audio and connectivity specifications and features.  As these sheets show, there are only very minor differences in the 2021 Odyssey—for example, while the 2019 and 2020 offer "HondaLink" in Touring and Elite trims, the 2021 offers "HondaLink Subscription Services" for those trim levels (apparently the same capability and service but that now a subscription is required).

[21] Exhibit 6, 2019-2022 Honda Auto News Releases of Specifications & Features for Pilots.  The 2019 and 2020 models offer exactly the same audio and connectivity specifications and features.  As these sheets show, there are only very minor differences from 2019-2021 Honda Pilots.  For instance, the Wireless Phone Charger feature was only in the Elite trim of the 2019 Honda Pilot, but was available in the Elite and Black Edition trims of the 2020 and 2021 Pilots.

[22] Exhibit 7, 2019-2022 Honda Auto News Releases of Specifications & Features for Passports.  The 2019 and 2020 models offer exactly the same audio and connectivity specifications and features.  As these sheets show, there are only very minor differences in the 2021 Passport—for example, the 2019 and 2020 Sport trim levels does not have "Apple CarPlay" or "Android Auto" Integrations but does have an extra 5-inch color LCD screen.

[23] Exhibit 6, 2019-2022 Honda Auto News Releases of Specifications & Features for Pilots & Exhibit 7, 2019-2022 Honda Auto News Releases of Specifications & Features for Passports.

[24] Exhibit 5, 2019-2022 Honda Auto News Releases of Specifications & Features for Odysseys.

(FCW) while the 2021 Odyssey shows "Forward Collision Warning (FCW) (Honda Sensing® feature)."[25]

56.    Interestingly, the Specifications and Features pages warn that CMBS's may not catch everything, but they provide no indication that there will be false positives. Instead, the pages suggest that ultimately the driver will remain in control—something that is not true in instances where false alarms and phantom braking occur.  Specifically, the Specifications and Features pages state in a footnote: "CMBS cannot detect all objects ahead and may not detect a given object; accuracy will vary based on weather, speed and other factors.  System operation affected by extreme interior heat.  System designed to mitigate crash forces.  Driver remains responsible for safely operating vehicle and avoiding collisions."

57.    As explained in more detail below in the NHTSA complaints section, consumers were reporting the exact same Braking and Infotainment Defects in 2019 Pilots, Odysseys, and Passports.  Yet, Honda chose to continue producing vehicles with those same defects in 2020, 2021, and 2022 rather than fix the problems.

58.    ***Honda has acknowledged that the Defects exist through its own communications.***  Over the years, Honda has issued at least twenty (20) communications about the infotainment system issues, at various times (1) acknowledging the Infotainment Defects, (2) admitting that there is no known fix for the Infotainment Defects, and (3) claiming to have proposed fixes that ultimately turned out to be inadequate.[26]

59.    As early as January 2019, Honda issued a Tech Line Summary Article to dealerships entitled "Display Audio Screen Dims or Goes Dark by Itself" for certain 2017-2019 vehicles.  In that document, Honda claimed to have "traced [the] probable cause [of this issue] to a capacitive touch panel sensor issue."  Honda also admitted: "At

---

[25] Exhibit 5, 2019-2022 Honda Auto News Releases of Specifications & Features for Odysseys.

[26] Exhibit 8, Honda Communications About Infotainment Defect.

this time, there's no fix for this, so **don't** replace the center display unit.  Current parts stock may have the same issue."[27]

60.    In a July 21, 2019 Service Bulletin, Honda acknowledged that "[t]he Display Audio screen dims or goes dark by itself" in certain 2017-2019 models and suggested updating some audio units/audio-navigated unit software as a possible fix.[28]

61.    By December 2019, Honda had started issuing ServiceNews Articles and reports about the same popping and cracking issues with the infotainment systems and problems with the MOST Bus network.[29]

62.    Then, in January 2020, Honda replaced the July 2019 article entitled "Radio Stays On with Ignition Off" with a new Service Article—this time explicitly including 2020 Passports, Pilots, and Odysseys in the ServiceNews Article.

63.    On June 15, 2023, Honda further acknowledged a manifestation of this problem by issuing a recall (NHTSA Recall No. 23V-431).  However, the recall minimized the Infotainment Defects and the risks associated with them by making it sound like the safety risk was limited to the rearview camera not functioning "when the vehicle is in the reverse gear" and when "the MOST communication is lost for more than 20 seconds"—even though the safety risks are much broader than that.[30]

64.    Similarly, Honda has issued a series of Technical Service Bulletins, Tech Line Summary and Engineering Requests for Investigation, all issued quietly by Honda to its dealers, since the introduction of Honda Sensing.[31]  This provides further evidence of Honda's pre-sale knowledge of the Braking Defects.  Upon information and belief, although these bulletins purport to address issues limited to particular vehicles, the Honda Sensing System in all Phantom Braking Vehicles is similarly defective.

---

[27] Exhibit 8, Honda Communications About Infotainment Defect. (emphasis in original).
[28] Exhibit 8, Honda Communications About Infotainment Defect.
[29] Exhibit 8, Honda Communications About Infotainment Defect.
[30] Exhibit 8, Honda Communications About Infotainment Defect.
[31] Exhibit 9 - Honda Communications About Phantom Braking.

65.     Honda has attempted to define problems with Honda Sensing narrowly, perhaps to avoid the liability and expense of acknowledging the true nature and scope of the problem. For this reason, the phantom braking issues continue to plague the Phantom Braking Vehicles.

66.     For example, in January of 2017, Honda issued ATS 170102, titled "Radar Obstructed Message in the Driver Information Interface" directed to its 2017 CR-V vehicles. Therein, Honda explained:

> If you see the message Some Driver Assist Systems Cannot Operate: Radar Obstructed in the driver information interface, it means something is blocking or covering the millimeter wave radar in the front grille, preventing it from detecting objects ahead of the vehicle. You may also see this message when driving in rain, snow, fog, etc. It's not uncommon for it to intermittently come on when driving under those conditions. …
> Although this info is covered in the owner's guide and owner's manual, some customers may think there's something wrong with the vehicle when they see that message. Be sure to pass this info along to the service advisors so they can educate their customers.

67.     On information and belief, this Tech Line Summary Article exemplifies Honda's attempts to explain away and cover up issues with the CMBS rather than acknowledge the existence of the Braking Defects. Indeed, when the plaintiff in the 2018 braking lawsuit took his vehicle into the dealer, he was told that the problem was a dirty sensor lens which the dealer cleaned without doing more. This failed to solve the problem.

68.     A more in-depth timeline of the Braking Defects is included below, but a brief summary includes the following:

69.     In February of 2017, Honda issued ATS 170204 titled "ACC, Collision Mitigation Braking System, and Road Departure Mitigation, Indicators On with DTC P2583-76" directed to its 2017 CR-V vehicles. Over the following months and years, Honda continued to roll out communications about Honda Sensing in general and the Collision Mitigation Braking System in particular, including general communications

CLASS ACTION COMPLAINT

on March 29, 2017, two communications in 2017, two communications in November 2017, January 2018, March 2018, and April 2018 as well as reports in the Phantom Braking Vehicles at issue here on the following dates: March 30, 2021, April 22, 2021, May 26, 2021, June 15, 2021, July 7, 2021, July 22, 2021, August 9, 2021, August 25, 2021, September 10, 2021, and October 25, 2021.

70.    Most recently, Honda has also referenced the phantom braking problem— or, as Honda calls it "unexpected brake application."  On March 30, 2021, based on a consumer complaint, Honda issued a request for information about unexpected brake application in, *inter alia*, 2017 Honda CR-Vs, 2018-2021 Odysseys and 2018-2021 Pilots—in other words, this most recent communication references phantom braking in 2020 and 2021 Odysseys and Pilots, the Phantom Braking Vehicles involved in this suit. However, the March 30, 2021 communication and request was solely directed to Honda dealership personnel—not to consumers.  Honda subsequently issued similar communications on April 22, 2021, May 26, 2021, June 15, 2021, July 7, 2021, July 22, 2021, August 9, 2021, September 10, 2021, and October 25, 2021, always directing them only to dealership personnel.

71.    Implicit in these communications is the admission that Honda itself apparently does not understand the reason for these failures.  For example, the March 30, 2021 communication, like many of the others, states: "To better understand the cause of this [unexpected CMBS operation or a brake application], AHM would like to collect specific information from the vehicle prior to you attempting a repair of any kind."

72.    Upon information and belief, to date Honda has not provided any explanation regarding why it waited until March 2021 to start issuing these communications (even though it had prior notice from the lawsuit regarding the 2017 Honda CR-Vs as early as May 2018) or why it has failed to act on this investigation.

73.    ***Honda Has Legally-Imposed Knowledge of the Defects.***  Consumers have reported a large number of complaints on the NHTSA ODI website—

www.safercar.gov—as well as other customer forums addressing car defect and safety issues.[32]

74.     Automakers, including Honda, are legally required to disclose defects and related data to NHTSA, including early warning requirements for customer satisfaction campaigns, consumer advisories, recalls, or other activity involving the repair or replacement of motor vehicles or items of motor vehicle equipment.  *See* TREAD Act, Pub. L. No. 106-414, 114 Stat. 1800 (2000), Sec. 3. Reporting Requirements. Automakers, including Honda, are required to identify and report defects and emerging safety-related data—including field reports, customer complaints, and warranty data— to NHTSA under the early warning report requirements of the TREAD Act. 49 CFR § 579.21.  Failure to comply can result in civil and even criminal penalties.

75.     Consistent with its legal duties identified above, and in addition to dealer reports made directly to Honda, Honda knew or should have known of the many complaints about the Defects logged by NHTSA ODI, and the content, consistency, and large number of those complaints that alerted, or should have alerted, Honda to the Defects.

76.     The reported Defects are pervasive in the Defective Vehicles, and in the vehicles of the preceding years.  Consumer complaints address various manifestations of the Defects, including the loud and unexpected popping and crackling sounds coming from the speakers or no sound audio system for the Infotainment Defect.   A non-exhaustive segment of the complaints is included below.

77.     The complaints about 2018 and 2019 vehicles directly support Honda's knowledge of the Defects prior to sales of the 2020-2022 makes and models at issue here.  The 2020 complaints further support Honda's knowledge of the issues prior to selling the 2021 and 2022 makes and models at issue here.  The 2021 complaints further

---

[32] These complaints contain typographical and spelling errors.  Aside from addition of initial and terminal punctuation at the beginning and end of the quotes, the complaints have not been corrected and the typographical errors appear in the original.

support Honda's knowledge of the issues prior to selling the 2022 makes and models at issue here.

78.    All these complaints further demonstrate the actual existence of the Defects at issue, and some of them additionally show Honda's unwillingness or inability to fix the underlying problems, misrepresentations Honda made about the extent of the problems, and misrepresentations Honda made regarding identification and ability to fix the problems.

### *Select Honda Pilot NHTSA Complaints*[33]

79.    The 2018 Honda Pilot SUV FWD and AWD have 196 complaints listed on the NHTSA ODI website, including 53 "electrical system" complaints and 8 "service brakes" complaints.  Select examples of Defect-related complaints include:

- **2018 Honda Pilot | NHTSA ID Number 11154596, November 28, 2018, (Incident Date: Nov. 28, 2018).** "Vehicle was stopped in a parking lot in 'drive' with the auto-idle feature in use. car would not re-start when foot taken off brake. Radio cut out briefly as well. dashboard lit up with many error messages - one of them was 'collision mitigation problem' or something similar. placed car in park and pushed start button numerous times. Only got clicking sounds, with occasional engine turnover noise, but it wouldn't start. Turned off a/c and radio. Car finally started after several more minutes of pushing start button while in park with foot on brake."

- **2018 Honda Pilot | NHTSA ID Number 11259123, September 30, 2019, (Incident Date: June 30, 2019).**  "The navigation screen of the vehicle blacks out intermittently and without warning when I turn on the vehicle. I have called the nearest dealer at least 3 times over the past 3 months and they keep telling me that Honda is supposedly working on the issue- but nothing so far. Sometimes the problem clears when I turn off the engine and restart but I never know when it is going to work or not. Contacted Honda customer service- no satisfaction."

- **2018 Honda Pilot | NHTSA ID Number 11453829, February 24, 2022, (Incident Date: November 13, 2018).**  "Just saw the article concerning the automatic braking in Honda CR-V's and Accords. Since purchasing my

---

[33] Approximately half of the NTHSA complaints (the older ones) are all capitalized on the website.  For formatting consistency, the capitalization has been standardized.

CLASS ACTION COMPLAINT

2018 Pilot, in September 2018, this has occurred multiple times. While driving "Brake" will flash on my dash screen and a momentary braking action, along with a shimmy in the steering wheel will occur. I have never had a complete stop happen. I went to my local Honda dealers in Modesto and Stockton, CA. Spoke to their service personnel and they both had no idea what might cause this to happen. I then called Honda customer service and they hadn't heard of this problem. After it happened a few more times I called them again. I voiced my concerns of it happening and causing me to be involved in an accident. Laura, the rep I spoke to, gave me a case number (09698440) to reference should I call again. She could provide no explanation for this happening. This does not happen on a regular basis. I can go for long periods of time and nothing will happen. Then it can happen multiple times in a week."

80.    The 2019 Honda Pilot SUV FWD and AWD have 354 complaints listed on the NHTSA ODI website, including 152 "electrical system" complaints and 29 "service brakes" complaints.  Select examples of Defect-related complaints include:

- **2019 Honda Pilot | NHTSA ID Number 11165340, January 5, 2019, (Incident Date: Nov. 15, 2018).** "While driving, both highway and around town, loud crackling would occur through the speakers. Then both the navigation screen and/or the speedometer screen would go completely black. The message "network connection lost" would sometimes appear. All Bluetooth connectivity and speaker usage was lost. This occurs almost every day while commuting. Car has been brought to Honda service twice for repairs."

- **2019 Honda Pilot | NHTSA ID Number 11194482, April 7, 2019, (Incident Date: March 31, 2019).** "When driving the car, the instrument panel (including the speedometer) will shut off for approximately 2 minutes, and the reboot. This result in the inability to tell exactly how fast the vehicle is moving. This will occur under multiple conditions while the car is in drive, and is not dependent on the type of road being driven on. Additionally, the center console infotainment screen, which also serves as the screen for the back up camera will shut off, for varying amounts of time, rendering the ability to see/use the back up camera useless. I have encountered, on numerous occasions, both systems shutting off at the same time, while the car is in drive or reverse, leaving me with the unable to safely gauge how I am operating the vehicle."

21

- **2019 Honda Pilot | NHTSA ID Number 11204651, April 30, 2019, (Incident Date: April 16, 2019).** "8 days after purchase and less than 200 miles, the rear entertainment screen stopped working. The dealer kept the vehicle for 7 days and replaced the res screen. When the vehicle was returned to us, the res screen immediately failed to turn on. This is a known issue related to the infotainment system and there is an open class action lawsuit. Honda is aware of the issue and has no fix, yet they are still selling defective vehicles."

- **2019 Honda Pilot | NHTSA ID Number 11205095, May 1, 2019, (Incident Date: Feb. 11, 2019).** "At about 300 miles entire display does not work on cold start and throughout the day. Screen flashes blue and then activates, however does not remain on. No rear view camera, navigation, or other apps available to the driver. screen flashes while driving which is a safety issue and distraction. Rear view camera non-operation is also a safety issue since unable to view children as they cross behind the vehicle."

- **2019 Honda Pilot | NHTSA ID Number 11206993, May 11, 2019, (Incident Date: March 29, 2019).** "[']Takata recall' cracking noise throughout vehicle started a month into owning the car. Slowly the system started to fail phone would work radio wouldn't work screens would go off and on and finally the screen went black and never recovered. They put new driver interface instrumental panel and it still didn't work so Honda changed the wiring harnesses inflowtainment system. It now back in the service bc still not working. Vehicle in motion. Doesn't matter if it moving going fast or slow."

- **2019 Honda Pilot | NHTSA ID Number 11209110, May 21, 2019, (Incident Date: Nov. 26, 2018).** "TL* The contact owns a 2019 Honda Pilot. While driving various speeds, the front driver side brake sensor activated and sounded a warning beeping. Erroneously, which signaled the contact to brake. In addition, the brake senor warning indicator illuminated. The failure occurred intermittently. The vehicle was not diagnosed or repaired. The manufacturer has not notififed. The failure mileage was 110,000. This has occurred since I purchased the car. *BF dealer has been notified. The sales rep told me that other people are reporting this issue too and that there will probably be an update to the car's software at some paint in the future. *JB"

- **2019 Honda Pilot | NHTSA ID Number 11240582, July 30, 2019, (Incident Date: June 18, 2019).** "Center display and dashboard display go blank while driving. It restarts after some time. The center display sometimes flickers, sometimes it makes a popping noise. You get a message network connection lost before the whole sequence of events start. It is a brand new vehicle and no one is taking ownership. The scary thing is you are driving on the road and this happens all of a sudden. You are forced to move over to the right lane and I have taken it to the dealer multiple times. Am hoping Honda can take ownership and fix the issue. In all instances, I was driving on the highway at around 60MPH."

- **2019 Honda Pilot | NHTSA ID Number 11242489, August 8, 2019, (Incident Date: May 1, 2019).** "The radio in this vehicle freezes, produces static feedback and electrical feedback while operating the touchscreen. Sound from the speakers becomes distorted and lacking power. Electrical surging can be heard. This occurred within the first 1000 miles since purchased new. Rear hatch alignment was also not installed properly from the factory and required a body shop to attach it correctly. Seat fabric material was also defective and coming apart."

- **2019 Honda Pilot | NHTSA ID Number 11256266, September 17, 2019, (Incident Date: June 27, 2019).** "There are several issues and they have happened many times - all related to electrical system, speedometer and infotainment defects. The infotainment and dash display including the speedometer shut off while driving. This includes the speedometer, all safety features, cruise control shutting off while driving. Also the audio will completely shut off while driving and I will have no audio for hours at a time. Also there are pops and crackles out of the speakers every time I drive the vehicle. I have detailed documentation for these issues including videos of the issues happening while driving. Dealership has attempted to repair several times and the issues get worse, not better."

- **2019 Honda Pilot | NHTSA ID Number 11256170, September 17, 2019, (Incident Date: April 16, 2019).** "I purchased my vehicle in March of 2019, by May my dash/radio went out. First it started when Bluetooth was connected, it would sound like a cracking noise, like static. This is all while vehicle is on and in driving mode. It was a scary sound like that of an electrical fire was going to happen at any second. Ultimately, both dash and radio completely shut off and didn't come back on. I took it in to the dealership, they kept my car for almost a month and finally gave it back and stated that the wire harness was loose, or not properly installed and they

had re done it properly. Almost 2 months later the cracking noises started again, and would spontaniously cut off the Bluetooth. Then a few weeks later the dash would re start ( shut off and then back on) Bluetooth would not connect and same noises all over again. Now my dash turns on sometimes and the radio does not connect and is a black screen. It does turn on sometimes, but this is a new car and it's very annoying. Honda was not able to fix the problem, and I have heard similar issues from other owners of my same vehicle."

- **2019 Honda Pilot | NHTSA ID Number 11258912, September 30, 2019, (Incident Date: Sept. 28, 2019).** "I purchased the vehicle on August 10, 2019. Within 2 weeks the radio began making a popping and cracking sound that sounded like rocks hitting the windshield. This sound happens daily when I drive the vehicle. About one week after this happened, the DVD player would stop working and the sound from the radio would begin to completely go out. It would come back on eventually, sometimes as much as 30 - 45 minutes later. After about two weeks, these problems continued and the screen for navigation, along with the speedometer screen would completely go black while the vehicle was in motion. It restarts after about 10 - 20 seconds. In two instances the rear backup camera has shut off while I was backing up as well. I have reported the issue to two dealerships including the one where I made the purchase. I am scheduled to take it in to have repairs done tomorrow."

- **2019 Honda Pilot | NHTSA ID Number 11267053, October 8, 2019, (Incident Date: Sept. 9, 2019).** "The issue is related to the Honda infotainment system. After only 2000 miles the system began having issues. While the driver is driving, the center display and the display on the control panel will frequently go blank. When this happens the driver is unable to activate or deactivate specific safety controls including lane keep assist, adaptive cruise control and automatic braking. The automatic braking warning is also lost when the display goes out. The driver also loses the speedometer. From the center display, the driver is unable to use the backup camera, the radio, navigation and the ability to make hands free phone calls."

CLASS ACTION COMPLAINT

81.    The 2020 Honda Pilot SUV FWD and AWD have 234 complaints listed on the NHTSA ODI website, including 136 "electrical system" complaints and 17 "service brakes" complaints.[34]  Defect-related complaints include:

- **2020 Honda Pilot | NHTSA ID Number 11282937, November 29, 2019, (Incident Date: Nov. 29, 2019).**  "We've had 3 Hondas and have been very loyal Honda fans for, claiming to never buy another brand. We bought our Pilot brand new and loved it. We're 3700 miles and having major electrical issues. The speakers crackle and pop loudly constantly, with the audio on or off so there's no way to get a break from it. The car will think there's going to be a collision when there's nothing in front of it. Now today, my husband did the remote start and when he got out to the vehicle, all the windows were half down and the sunroof half open! We have the warranty, I made an appointment with our dealer for service but here's the thing...after researching online I have discovered this is an ongoing issue that apparently has no solution?! This is very discouraging and disappointing. Our brand new Pilot that we loved is now a source of stress and anxiety. Honda, why continue rolling out vehicles knowing there is an issue with your infotainment system??? My love of Honda is rapidly souring."

- **2020 Honda Pilot | NHTSA ID Number 11289868, December 18, 2019, (Incident Date: Nov. 19, 2019).**  "TL* The contact owns a 2020 Honda Pilot. While driving or in park the problems could occur 5 mph or 70 mph, the speedometer, fuel gauge, odometer, radio and navigation screen turned black. The contact heard an abnormal noise and the "no audio connect" and "check tuner" warning indicators were illuminated. the vehicle was taken to Pohanka Honda of Fredericksburg (located at 60 S Gateway Dr., Fredericksburg, VA 22406, (540) 735-9100) where it was diagnosed with sanding wires. Fourteen miles later, the failure recurred. The manufacturer was notified of the failures. The failure mileage was 200. *LN *DT*JB consumer stated this is the same problem they were experiencing with 2019 touring Pilot and 2020 Pilot.*JB"

- **2020 Honda Pilot | NHTSA ID Number 11291392, December 26, 2019, (Incident Date: Nov. 16, 2019).**  "PLEASE NOTE: All of the problems occurred on our 2019 Pilot which we turned in as a "lemon". Now we have same problems with our 2020 Pilot. Screen blacks out showing

---

[34] Occasionally, complaints related to the Defect were categorized differently. *E.g.*, **C**rackling and popping noise issue categorized as "unknown or other" rather than electrical (Complaint No. 11524185).

speedometer so we have no idea how fast we are driving. Gas gauge goes black so we don't know how much gas we have. Screen goes black & voice controls stop during navigation use so we get lost. Back-up/parking sensors stop working. Loud noise like sand storm on windshield can be occasional or non-stop. Entire infotainment system stops working. All of the above can be while car is in park or while driving. Pls advise if I can send you photos from my phone to the email address of an investigator."

- **2020 Honda Pilot | NHTSA ID Number 11297378, January 6, 2019, (Incident Date: Jan. 6, 2020).** "As per other drivers of 2019 Pilots and Odysseys, the screens on my new 2020 vehicle have gone out, while driving, rendering it impossible to get any information about the vehicle, including speed, while the vehicle is in operation. Dashboard reboots several times while driving. Backup camera is not able to be utilized during these events. While not as dangerous, speakers emit a loud crackling noise and no entertainment or navigation systems are able to be used (including rear entertainment center)."

- **2020 Honda Pilot | NHTSA ID Number 11298042, January 8, 2020, (Incident Date: Dec. 17, 2019).** "These issues occur when driving, regardless of speed, road conditions, etc. The issue began on approximately 12/17/2019. The problem usually starts with a loud crackling noise through the speakers, even when the radio is turned off. The dash, including speedometer, will shut off leaving a black screen which means I have no idea how fast I'm driving. The center console, including satellite navigation and radio, also shuts off leaving a black screen. I purchased this model specifically for the satellite navigation system as I drive for work & depend on this functionality. The entertainment system shuts down. The backup cameras and safety sensors also stop working which makes parking and reversing dangerous. Voice controls and ability to make emergent phone calls are no longer available. All of the aforementioned 'shut down' issues occur simultaneously and do not generally resolve prior to the vehicle being turned off. when the dash is working, the brake warning often flashes when there are no other cars close by. The car has been returned to the Honda service department three times since 12/18/2019, and the entire wiring harness was replaced at the third visit. The issue still persists so I will return to the Honda service department again tomorrow."

- **2020 Honda Pilot | NHTSA ID Number 11298525, January 11, 2020, (Incident Date: Jan. 10, 2020).** "Brand new vehicle. About 500 miles in, I was driving on the highway when the center instrument panel froze --

navigation, radio, etc--basically all functionality on it was inoperable. Tried to shut the car off to reset everything, but power would not shut down to the screen, draining battery. Backup camera also did not work as a result. This was highly distracting while driving. The non-functional backup camera + related sensors also impaired safe movement of the vehicle in dense parking lots. Was asked by dealer to schedule service for a few days later, but obviously that wasn't an option as the car would not shut itself down. I insisted on a fix that day, and the dealer did a hard reset to correct the issue. Dealer mentioned this is a common issue in late model Hondas, but didn't have any recommendations on how to permanently fix. Basically have to keep bringing it back in every time this happens."

- **2020 Honda Pilot | NHTSA ID Number 11298668, January 12, 2020, (Incident Date: Jan. 1, 2020).** "The 2020 Pilot infotainment system freezes while driving: 1. when the infotainment system freezes, the backup camera does not work 2. phone connection becomes unavailable; can't place calls in case of emergency 3. the navigation system freezes, which can cause distraction while driving 4. other safety systems, if linked to the infotainment system, may not work properly this has happened several times in the last 2 months while driving on freeways and city roads."

- **2020 Honda Pilot | NHTSA ID Number 11299986, January 16, 2020, (Incident Date: Jan. 16, 2020)**.    "Display audio/information screen became hot while driving and screen malfunctioned while using apple Carplay with Iphone plugged in via USB cord. Display screen runs warm while phone is disconnected. Display screen does not turn off after tuning off the engine and the lights dim. The problem occurred concurrently while driving in rain, the gas light alarming, and Carplay running audiobooks. The audio/information screen lost FM radio, Bluetooth, Carplay, back-up camera, and hands-free capabilities[.]"

- **2020 Honda Pilot | NHTSA ID Number 11300489, January 20, 2020, (Incident Date: Dec. 12, 2019)**.  "The collision mitigation system (brakes) will slam on the brakes with no hazard in the area. The system frequently flashes a message on the display to brake in red and black. At least once the system has actually slammed on the brakes and nearly caused an accident. The salesman said this is a known problem and that I should shut the system off. Honda apparently does not contemplate a fix to the system."

- **2020 Honda Pilot | NHTSA ID Number 11301126, January 22, 2020, (Incident Date: Jan. 20, 2020)**.  "We we're driving down the interstate and

the instrument panel as well as the infotainment center went black/completely out. We could not tell our speed nor any other vehicle data as the instrument pane was dead. While the infotainment center going out is bad, having no instrument panel is very dangerous and a major safety concern."

- **2020 Honda Pilot | NHTSA ID Number 11302503, January 28, 2020, (Incident Date: Jan. 26, 2020)**. "With just under 5000 miles on my 2020 Pilot, the infotainment system froze and would not shut off when the car was turned off. I lost access to the rear camera, GPS, cross traffic alert, radio, hands-free phone and other features. I was also afraid that the screen staying on all night would drain my battery. I took it to the dealership the next day and they fixed the problem. However, I don't think that a car this new should be having these types of problems. It seems to be a common occurrence in late-model Hondas. It will remain to be seen how long the fix works. I use this car for road trips with my family and I am concerned that this will happen again while we are traveling. The only way to fix the problem seems to be taking the car into the dealership, and leaving it there all day. This poses both safety concerns and is also extremely inconvenient. A brand new car shouldn't have these problems. Honda needs to fix these issues by issuing a recall. I have been a loyal Honda owner for as long as I've been driving and this is the first time I've experienced a problem like this."

- **2020 Honda Pilot | NHTSA ID Number 11306354, January 31, 2020, (Incident Date: Jan. 31, 2020)**. "Entertainment system blanks out and digital info on dash blank out ( no speed info) happens while in motion surface street or highway[.]"

- **2020 Honda Pilot | NHTSA ID Number 11306908, February 4, 2020, (Incident Date: Jan. 15, 2020)**. "I was driving down the highway , had the cruise control set . 75 no other cars around when is slammed the breaks and the screen flashed a big red brakes box . Scared the life out of me . At random times the red brakes box with pop up[.]"

- **"2020 Honda Pilot | NHTSA ID Number 11306906, February 4, 2020, (Incident Date: Feb. 3, 2020)**. "While driving my speakers began to crack : you can't listen to the radio . After a few momments the screen turns black ' network connection lost ' goes blank or audio turned off . Them goes completely blank . Them the speedometer will also go blank. This happen while using Apple Car play , GPS. as well as xmradio . I was on city roads

CLASS ACTION COMPLAINT

the first time it happened then highway were it happened frequently."

- **2020 Honda Pilot | NHTSA ID Number 11308272**, **February 10, 2020, (Incident Date: Dec. 20, 2019)**.  "I been having a lot of problems with the 2020 Honda Pilot black edition the brake alert on the dash comes on out of no where without anyone or anything around me. The infotainment, dash and speakers with shotting off n making popping noises. This SUV I use it with my family and that can cause a really nasty accident bc all that happens all of sudden and is really scary. I had my SUV already twice in the dealer n now is going to be 3rd time. Something have to be done. This a 50k+ sun and driving with a vehicle that have does types of issues is a big risk especially with our kids."

- **2020 Honda Pilot | NHTSA ID Number 11308680, February 12, 2020, (Incident Date: Feb. 6, 2020)**.  "On two separate occasions my infoentertainment center froze, completely shut off my dash. It would say network connection failure. I lost all dash operations. No radio, phone, speedometer, fuel range, reverse camera, etc. After the 5th time the first day, on the way to Honda it would not come back on. Windshield tells the car to brake with no one in front of it. The electrical harness was replaced. Then, after being in Honda for 7 days, the navigation froze and the dash froze again. It spent another 4 days with Honda. They have no answers. The interior light is dim and pulsates, the windshield does it's own thing, high beams turn on at incoming traffic. It brakes with no one around. The dash freezes and goes to a complete black screen. It's a brand new Pilot because mine was totaled when someone drove into my 2018 Pilot. I'm not happy I am worried about my safety since the vehicle brakes randomly. My 2018 did not have any of these issues and my husband's 2017 Pilot does not have these issues."

- **2020 Honda Pilot | NHTSA ID Number 11309592, February 17, 2020, (Incident Date: Feb. 16, 2020)**.  "Purchased 2020 Honda Pilot 12/29/2019 off the dealer display floor. Pilot has less than 1000 miles. While in motion on the city streets and highway, a cracking sound will occur from the dash board and the speedometer and the audio information screen will black out unable to gage anything. Still in motion the screens will upload, but the screens will blackout again. This will happen for several minutes at a time. This was reported to the dealer and wife is hesitant to drive the brand new Pilot. The question below is requesting a date of occurrence, but this is happening daily when we drive the Pilot. Never been in an accident."

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11310885, February 23, 2020, (Incident Date: Feb. 22, 2020)**. "As I was driving the infotainment system started crackling and then the middle console went black includinv my dash middle with the speedometer not knowing how fast I was going all info went blank and it kept happeninv[.] "

- **2020 Honda Pilot | NHTSA ID Number 11311955, February 27, 2020, (Incident Date: Feb. 12, 2020)**. "With only about 1200 miles on my new 2020 Honda Pilot, I started to hear loud popping and crackling sounds coming from my speakers. On the first trip to the dealership they said they replaced the amp on the infotainment system. That lasted for about 2 miles, then it started to do it again, this time with the infotainment system led screen going black for several minutes then rebooting multiple times before finally coming back on. On my second trip to the dealership, they told me that they adjusted the wiring harness and tightened a few screws. This temporary fix did last about 4 weeks, but the problem came back with a vengeance. This time, in addition to the popping and crackling sounds that are annoying in itself, both led screens, the infotainment one and my instrument panel one are constantly rebooting and staying out for long periods of time each. In addition, the screen panel does feel hot to the touch now when this happens. So, on my third trip to the dealer we discussed this and they kept my vehicle for a couple days so they can look it over... when I picked it up I was told that they couldn't replicate the problem after driving it for about 18 miles over 2 days. They also informed me that they contacted Honda directly and were told that their engineers are aware of these issues but don't have a "fix" yet. So a day after leaving the dealership the instrument panel as well as the infotainment center went black/completely out while I was going down a busy interstate. I could not tell my speed nor any other vehicle data as the instrument panel was dead. While the infotainment center going out is bad, having no instrument panel is very dangerous and a major safety concern. I'm worried this is only the beginning of something more serious which is going to cause a fatal crash. There needs to be a nationwide recall immediately!!"

- **2020 Honda Pilot | NHTSA ID Number 11316327, March 5, 2020, (Incident Date: Feb. 8, 2020)**. "While driving, crackling and popping started coming out of speakers, even with radio off. The infotainment system then said 'network signal lost' and the dashboard display with the speedometer started rebooting over and over again until I shut the car off and turned it back on. This is a significant safety issue since the displays go blank, I can't tell how much gas I have, the rear-view camera doesn't work

and I can't tell how fast I'm going. This is being reported by hundreds of people on various sites and needs to be investigated and a recall issued immediately."

- **2020 Honda Pilot | NHTSA ID Number 11320996, April 13, 2020, (Incident Date: April, 6, 2020).** "Last week 4/8/2020, my 2020 Honda Pilot Elite starting making cracking noises through the speakers while driving. A couple of seconds later the entire radio, navigation, and information center with speedometer, gas and other vital information of engine systems went black. The system came up and stated that it was rebooting and did not have data access. I called the dealer and they told me how to conduct a hard reboot. I did this and it worked for about 20 minutes and then did it again. When I called the Honda dealership back they stated that Honda was aware of the problem but did not yet have a software fix for the problem. During my research on the internet, I have found that this is a huge issue well documented on the internet for 2017 - 2019 model Pilots. In fact there is a class action lawsuit for those model years for the same exact issue. But now, having been to the NHTSA site, I see that it is also an issue for new 2020 models with very low mileage. This is a big problem and needs to be investigated immediately as everything that the driver needs to safely monitor their driving is affected by this problem and vehicle owners are not getting help from their local Honda dealership service departments. A national recall for safety needs to be issued right away and pressure on Honda to find a solution and fix should be required by law! Our local Honda dealership did state that there appears to be a problem with the wiring harness, but it only temporarily fixes the issue after being replaced."

- **2020 Honda Pilot | NHTSA ID Number 11322363, April 27, 2020, (Incident Date: April 2, 2020)**. "The entire electrical system shuts down while driving, including the main display which has the speedometer. The speakers make an enormous cracking sound before, during and after the shut down. It is a huge safety issue and makes the car an unsafe vehicle to drive. It appears Honda has known about this issue with no fix, but has continued to sell unsafe vehicles."

- **2020 Honda Pilot | NHTSA ID Number 11322786, April 30, 2020, (Incident Date: April 29, 2020)**. "No instrument paneldisplay, no information or entertainment display[.]"

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11325209, May 19, 2020, (Incident Date: Nov. 15, 2020).** I bought this 2020 Honda Pilot Touring Oct 2019. I noticed the popping in the speakers after having the car a month maybe. I also noticed DVD issues and connection problems. Every single time I get in my car I hear popping noises throughout the speakers. Occasionally I have "lost network connection" and once my whole dash/speedometer went black. It only came back on 3 days later when I took it to the dealership. Leith Honda in Southern Pines/Aberdeen, NC acted "surprised" with these issues. They said they had never seen a speedometer go out. I don't believe them. I've heard one of the doctors in the area raised cane in the dealership and they replaced his Honda Pilot with a new one. This popping in the speakers, DVD issues, and other major electrical problems are very distracting and therefore dangerous. I have videos of the popping and pictures of everything else. Unfortunately the videos will not upload to this safety complaint. Evidently this has been going on since 2017ish. I would have never purchased this Pilot if I'd known there were electrical issues!!!! Worse $41,000 cash I have ever spent! Shame on Honda for not correcting the problem and continuing to sell problem automobiles to customers! Please consider these electrical problems as a danger. We need our automobiles repaired by Honda before something terrible happens on the highways! *TR"

- **2020 Honda Pilot | NHTSA ID Number 11325205, May 19, 2020, (Incident Date: April 4, 2020).** "I just left staples and car speakers were popping a lot. I've been trying to video the problem so that hopefully Honda will fix the problem. About 3 minutes into the ride, my navigation/radio/DVD system screen "lost connection" and had to restart. Paid $41,000 cash Oct 2019, and this has been an ongoing problem since I bought it! Sooooo frustrating and I feel ripped off. In March, the speedometer and navigation screen when out for several days. Honda acts "surprised" at problem. I call BS. *TR"

- **2020 Honda Pilot | NHTSA ID Number 11325104, May 19, 2020, (Incident Date: March 3, 2020).** "On the way to work while driving, navigation screen and speedometer screen went blank/black and stayed off for 3 days until I could get it into the dealership. I had to continue to drive back and forth to work 4 miles each way. Backup camera didn't work nor did USB cable. Car had approximately 4,500 miles on it at the time. This happened Tuesday March 3, 2020. *TR"

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11325097, May 19, 2020, (Incident Date: May 18, 2020).** "Problems with the computers including dash board information and infotainment system. previously heard "popping noises" and had intermittent black outs. I went to start my vehicle after work and both screens were black and would not come on. This means all functions of these two screens absent; I had no speedometer, no odometer, no lane mitigation, no sensor braking, no cruise, no radio, no blue tooth, no GPS, no maintenance lights'etc. I had a gas gauge and a h/c gauge that did function. *TR"

- **2020 Honda Pilot | NHTSA ID Number 11325260, May 20, 2020, (Incident Date: Jan. 1, 2020).** "The speakers would emit constant popping/cracking sounds and the dash/radio would constantly power cycle off and back on. *TR."

- **2020 Honda Pilot | NHTSA ID Number 11326619, May 30, 2020, (Incident Date: April 30, 2020).** "After 2 months of driving a new 2020 Pilot Elite, the speakers started popping loudly and continuously even when the audio is turned off. The popping occurs sporadically and touch screen reports "network connection lost" where it will not play Bluetooth audio or an FM radio station. The popping occurs when stopped and when moving. This popping is extremely annoying and it cannot be stopped while it is occurring. *TR"

- **2020 Honda Pilot | NHTSA ID Number 11327148, June 3, 2020, (Incident Date: June 1, 2020).** "Brand new Honda Pilot 2020; 32 days off the lot and the radio screen goes blank, the system sends a message of "network connection lost" or "no audio connection". This happens across audio features; Sirius; AM; FM: Bluetooth and Apple Car Play. When the radio is working there is a constant crackling sound almost like you are listening to a vinyl record in your car. I gave the blank screen the benefit of the doubt thinking it was a one off but by the third time that it happened I brought it to the dealership. They can't figure out what's wrong and they have to keep calling California for advice. *TR"

- **2020 Honda Pilot | NHTSA ID Number 11328061, June 9, 2020, (Incident Date: March 15, 2020).** "I purchased my 2020 Honda Pilot on 12/9/2019. It has been 6 months and each time while driving, I hear a loud, "crackling" sound coming from the dashboard, presumably the speakers. This happens even when the audio system is off. At times, when the radio is playing, it will disconnect and it sounds like an electrical short. Also, the

door lock button when depressed makes a crackling sound. This is all extremely distracting while driving. *TR"

- **2020 Honda Pilot | NHTSA ID Number 11328005, June 9, 2020, (Incident Date: June 2, 2020).** "The electrical system to the communication hub is faulted. The entire console goes off in the middle of the drive including the speedometer and other aspects of the communication console. At times it reboots in few minutes and others it has stayed blank for over 10 minutes and once it was totally shut down till I took it to the dealership for repair. This happens in motion. The dealership has to repair for two days with the help of the Honda factory. Now the problem is resurfacing again slowly as it did the first time. First it will start rebooting within few minutes (happened few times now), now it is taking few minutes to reboot and android auto is totally disconnected now (second stage as previously). *TR".

- **2020 Honda Pilot | NHTSA ID Number 11328882, June 15, 2020, (Incident Date: June 12, 2020).** "There is a crackling noise coming out of the speakers that begins once the car is put into reverse or drive and continues intermittently while driving. The crackling noise is exacerbated when making turns. Sometimes the radio loses connection, after which the entire dash has blanked out, losing all information pertaining to odometer and more importantly, speedometer. This has occurred while the vehicle was in motion, while driving in a community. It is not only a distraction while driving to lose this information, but also a safety threat to not have any indication of your speed while driving the vehicle. The component part/system of concern is believed to be wiring/electrical. After taking it into Ralph Schomp Honda to have it diagnosed twice, we have been told 'this issue is currently under investigation and customer will be contracted once a fix becomes available.' Apparently, they are waiting on a tool to come in from Honda to allow them to resolve the issue. In the meantime, we are awaiting resolution to this annoyance that has worsened and now become a safely hazard. American Honda is unreachable by phone (1-800-999-1009), as they are continuously experiencing 'technical difficulties' and provide no alternative phone numbers or alternative suggested method of communication. *TR"

- **2020 Honda Pilot | NHTSA ID Number 11329484, June 17, 2020, (Incident Date: June 16, 2020).** "Vehicle entertainment (radio) system crackles and pops through the speakers connected to it. Connected phone calls sometimes drops or your voice is unable to be heard by the person you

are speaking to. Satellite radio sounds through system also crackle and pop and sometimes fade out. These things have happened while the vehicle is in motion and have happened while stationary. *TR"

- **2020 Honda Pilot | NHTSA ID Number 11329921, June 21, 2020, (Incident Date: June 20, 2020). "**It first started a couple weeks before this with a crackling in the speakers. Then it wouldn't play anything plugged into the USB. Then on the 20th it wouldn't play the radio. It would say radio unavailable. Then when trying to access the radio, it would say network communication lost and everything would go black. No speedometer, no gauges, nothing. It would then restart the system. Then the Bluetooth stopped working. Now it just constantly loses network communication, blanks out and restarts. It did it about 8 times in my 10 minute drive home. I got a video of it while someone else was driving but it won't let me upload it. It happens at all speeds, even being stopped at a light.

- **2020 Honda Pilot | NHTSA ID Number 11330321, June 23, 2020, (Incident Date: June 22, 2020).** "Same problem as I am seeing on this website. While driving, cracking and popping noise from the speakers, then the entertainment screen shuts off and there is a notice saying no connection, also, the screens where the speedometer, and mileage info shuts off completely black, then resets itself. *TR"

- **2020 Honda Pilot | NHTSA ID Number 11337254, July 2, 2020, (Incident Date: July 2, 2020). "**1. Car flashes brake and sometimes brakes on its own when it detects an object along the side of the road or when a car may be approaching in the opposite lane or in a center turning lane. This has nearly caused an accident on two different occasions. Each time the lane we are in is clear and usually doesn't even have a vehicle in front of us. 2. When in cruise control the ACC will detect a vehicle in front of us going maybe 2 mhp slower than our set speed and our car will abruptly slow down to about 10 mph below the ACC set point. Then it detects there is clear distance to the vehicle in front and will abruptly accelerate till it again detects the vehicle and then repeats the same actions - abrupt slowdown - abrupt acceleration and so on vs. a gradual slowdown to match the vehicle in front speed and holding steady at that speed. I have set the distance detection to each setting and it makes no difference. 3. Lane keep assist is plain down dangerous. Tried to merge onto a busy highway with turn signal on and the lka would not let us merge and jerked the wheel back to the right and the vehicle abruptly hit the brakes when there was nothing in front of us. Nearly caused traffic behind to rear end us. 4. Hands free cell feature is

not hands free if connected to Apply Car Play. This was not what we were lead to believe at the time of sale. Honda has some serious issues with the Honda Sensing and a recall is a must as these issues will eventually cause an accident and I have to assume already have. To date the car is unsafe with the sensing on and if I turn it off I risk liability with my insurance as they provide discounts because of the Honda sensing safety features.

- **2020 Honda Pilot | NHTSA ID Number 11337181, July 2, 2020, (Incident Date: July 2, 2020).  "**It started with a popping sound coming from speakers, the info screen would then shut down and you would be unable to determine your speed and have no use of backup camera. After this occuring 6 or 8 times (the car has less than 2000 miles) the display will no longer even come on. I have left with the dealer today to repair. This problem occured at random times, I was driving each time resulting in no use of instruments for speed of backup camera."

- **2020 Honda Pilot | NHTSA ID Number 11338545, July 10, 2020, (Incident Date: July 8, 2020).**  "The infotainment went out after less than 20 miles and 1 week of owning the vehicle brand new. There is no backup camera now - which is mandatroy, and no radio or anything from the dash. This happened while driving on local street and the speedometer also goes in and out. The vehicle is unsafe to drive. Tried leaving the positive battery unhooked for a while but it didn't fix anything. Seeing the other complains about this, this appears to be a lemon right from the factory and Honda is mass producing them, knowing this is a defect with no fix. The dealer needs my new car for 2 days to rewire the whole dash and they claim it won't fix it. They say that after that doesn't work, a special Honda tech gets flown in to try to fix it, but there is no guarantee that will work. just great, my new car is junk and I'm stuck paying for it."

- **2020 Honda Pilot | NHTSA ID Number 11338782, July 11, 2020, (Incident Date: Dec. 23, 2019).**  "Iinfotainment screen and speedometer go off randomly. Honda has no fix, and has had problems with this for years. Picture 2 is from 3/17/20. 5 is from 4/14/20. 10 is from 5/14/20. I have 4 videos of this if you can give me a way to send them. Problems started 2 days after buying new car."

- **2020 Honda Pilot | NHTSA ID Number 11338731, July 11, 2020, (Incident Date: July 11, 2020).**  "About 30-40 minutes into driving when we hit a bump or pothole the speedometer and infotainment screen flickers

says tuner lost, the audio pops severely like something hitting the windshield. It's scary - looks like the electrical system is loose[.]"

- **2020 Honda Pilot | NHTSA ID Number 11338894, July 12, 2020, (Incident Date: July 12, 2020).** "While driving on the highway at 75 mph the speakers made a terrible popping even thought the audio system was off and then entire dash screen with the speedometer went out and rebooted so I had no idea what speed I was going for 10 seconds. .We had cruise control on and the whole system went haywire. It was beyond scary. The car doesn't feel safe to drive."

- **2020 Honda Pilot | NHTSA ID Number 11339028, July 13, 2020, (Incident Date: July 1, 2020).** "TL* The contact owns a 2020 Honda Pilot. The contact stated that the back-up camera and dashboard warning light failed to operator correctly while in reverse or in motion, with an abnormal noise being heard. The vehicle was taken to Gerald Honda of Matteson (5505 Auto Ct, Matteson, Il 60443) where it was diagnosed and determined that the Apple Car Play software needed to be updated. The vehicle was repaired however, the failure recurred. The vehicle was taken back to the same dealer four additional times. The manufacturer was contacted but no further assistance was provided. The failure mileage was approximately 1,300."

- **2020 Honda Pilot | NHTSA ID Number 11339277, July 14, 2020, (Incident Date: Dec. 15, 2019).** "I bought a 2020 new Honda Pilot Elite on October 2, 2019 with 245 miles on it. I brought my Pilot Elite into the dealership on December 26, 2019 after discovering a popping noise which sounded like a firecracker going off that seemed to be between the windshield and dash while driving.Mileage was at 3,956 at this time. On January 17, 2020, I brought my Honda Pilot into the dealership again. It developed a popping noise again between the windshield and dash sounding like a firecracker going off when I was driving. On February 5, 2020, the Honda Pilot was once again brought back in. It was popping and cracking this time in the audio unit but now also door locks we're making noise when in stationary or while driving. The control panel had also shut off a couple times where you only saw a dark screen and it would reboot. On July 14th, after hearing this loud popping noise for a couple months now while driving, I have taken it back to the dealership. It is worse when you go around any type of curves or on bumpy roads. If the road is completely straight and smooth, I do not have this problem. This whole ordeal is scary because it is a huge distraction for me and I fear for my safety. I have been

told by the service advisor again today that Honda is aware and working on this issue. He stated a recall is coming out for it as well as the Odyssey and Passport but they are making the parts for it before they recall it. He said they can put a band-aid on it in the meantime until the part can be made. Since this is the 2nd time in the last 6 months I have been told this, I'm worried they are covering up the issue and waiting for my warranty to be up. Also, the sensor that tells you when a vehicle or object is close to you is faulty. I will be driving with nothing around me and it tells me to brake and goes into its 'safety mode' which has caused me to almost have a wreck."

- **2020 Honda Pilot | NHTSA ID Number 11339959, July 17, 2020, (Incident Date: May 12, 2020).** "My infotainment center and dashboard speedometer have been going out for the past three months while I drive. Looking online this was an issue with the 2019 models and no solution to the problem was made. I was not informed when purchasing the vehicle that these issues existed and when taking it into the dealership no long term fix to the problem is offered. I purchased this vehicle for the navigation and DVD options that I now am now able to use yet I still pay the payment for them. To me Honda is negligent because they are aware of the problem yet they have not fixed it when I call about doing anything to it I am told they have to experience the problem while driving it which could take seconds or it could take a week then they offer no time table on how long it will take to fix it. They also do not offer a courtesy vehicle while they fix the defect. no recalls have been issued for this problem either this problem can occur on any type of road at any time driving or parked. the last time it was on was 7/12/2020 and it has been off since[.]"

- **2020 Honda Pilot | NHTSA ID Number 11340119, July 18, 2020, (Incident Date: March 1, 2020).** "Poppling noise from speakers. Electrical malfunctions in digital displays. Replaced wiring harness. 700 miles later same problem, information cuts out...could lead to crashes or malfunctions. Thousands of complaints on line. happens stopped, driving, or parked. thousands and thousands of complaints. what are you going do do NHSTA[.]

- **2020 Honda Pilot | NHTSA ID Number 11340056, July 18, 2020, (Incident Date: July 17, 2020).** "I have been going back and forth with the dealership about the car makeing poping sounds a.d the entire dashboard going out and I can't see anything on there. Screen is out I can not see my speed and it hits the brakes when ever Im driving and I almost crashed with my kids in the car with me. I am worried for the safty of my kids."

- **2020 Honda Pilot | NHTSA ID Number 11340683, July 21, 2020, (Incident Date: June 16, 2020).** "When I started the car, put my car into reverse mode as I was moving out (backward) the rear view camera screen will go black and will not display after the error "network communication lost" on the screen. It takes at least a minute to two until it restart, sometimes more than 10 mins or it restart and go black again. Another multiply times, same error happened, and everything went black, the center infosystem and the drivier information screen. (see picture) the GPS was lost, so I am not sure if I am still on the right path, I have no idea how fast I am going, or if any of the driving assistance are still active. i.e. cruise control, lane departure warning/assistance, speed meter tires pressures if any other warnings. All these started happening in around middle of June. Now, this error is happening everyday, every drive, I have went to dealer service center to have them check and fix the error. They said they reset the system and should not see this error anymore, but I am still seeing this error even after they service the car. I went back to have it services at least 3 times already, they told me they did some wiring, reset the console and it shouldn't happen again, but still seeing this problem as of today."

- **2020 Honda Pilot | NHTSA ID Number 11341595, July 27, 2020, (Incident Date: July 15, 2020).** "The infotainment and sometimes the dash go blank. Prior to losing all signals and visual, there is loud popping noises around the windshield. The noise sounds like rocks hitting the windshield, but it ends up with infotainment losing all communication and dash sometimes going blank. This happened in January 2020 with about 1000 miles on the vehicle and has happened on/off over the past few months. In July it has been a daily occurance and no longer safe to drive."

- **2020 Honda Pilot | NHTSA ID Number 11341587, July 27, 2020, (Incident Date: July 26, 2020).** "Follow-up on complaint #11340119. July 26, 2020. As previously noted in complaint, 2020 Honda Pilot information system popping noise: now the electrical service to information system is completely blacking out: no speedometer information, no telephone, no back-up camera. All information systems go black from 10

seconds to several minutes. Just before this happens emergency breaking notification is displayed. No display on freeway for speed, lane assist malfunctions and backing sensors do not work. Car is unsafe to drive and Honda says it cannot fix system. Only have 1900 miles on vehicle. Thousands of lives are at stake. What are you going to do NHSTA? Wait for folks to die?"

- **2020 Honda Pilot | NHTSA ID Number 11341783, July 28, 2020, (Incident Date: July 17, 2020).** "We purchased brand new in June 2020. After less than one month, we began hearing popping & crackling from the speakers. The res began freezing to the point that the DVD player would not work at all. Popping & crackling continued intermittently, to the point where the infotainment screen would display "no connection" on everything--Carplay, Siriusxm, FM radio, etc. The infotainment screen, as well as the gauge cluster (including speedometer, rear back-up camera, etc.) then began going completely black while we were driving on a county highway, and rebooted multiple times. We haven't even made a payment yet on this vehicle, and it has been sitting at the dealer for repairs for the last week. They acknowledge that it is a known problem, but there is no known permanent fix. I cannot stress enough what a safety issue this is. Yes, the popping is incredibly annoying, but it's terrifying to be driving and have no speedometer, warning lights, backup camera, etc. Honda corporate needs to acknowledge this and make it right before someone is seriously injured."

- **2020 Honda Pilot | NHTSA ID Number 11342380, July 30, 2020, (Incident Date: July 30, 2020).** "All problems started about a month or so after owning the car and have gotten worse over time. Speaker popping / crackling problem - can be very loud and persistent and annoying radio freezes and is inoperable speedometer goes black (no speed indicators) when turning steering wheel outside mirrors have auto collapsed at least once the random nature of these electrical problems leave worry that something catastrophic may randomly happen at any time and either start a fire or cause a dangerous accident, or leave one stranded with an inoperable vehicle. Honda just announced SW upgrades that supposedly fix the instrument console, but have yet to announce a fix for the other bizarre electrical issues. And to top all of this off, with this being a well known issue, dealerships continue to sell these cars and in my opinion that is poor ethics."

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11342308, July 30, 2020, (Incident Date: Feb. 2, 2020).** "TL* The contact owns a 2020 Honda Pilot. The contact stated that while operating the vehicle, the display screen became inoperable. The contact stated that the speedometer and several other functions were not available during the failure. The vehicle was taken to Luther St. Cloud Honda located at 1500 Hwy 23 West, Waite Park, MN 56387, where the mechanic replaced an unknown electrical wiring and connectors however, the failure recurred. The manufacturer was notified of the failure. The failure mileage was 100. *BF*JB"

- **2020 Honda Pilot | NHTSA ID Number 11342590, July 31, 2020, (Incident Date: May 6, 2020).** "We purchased brand new in April 2020. After less than one month, we began hearing popping & crackling from the speakers. The res began freezing to the point that the DVD player would not work at all. Popping & crackling continued intermittently, to the point where the infotainment screen would display "no connection" on everything--Carplay, Siriusxm, FM radio, etc. the infotainment screen, as well as the gauge cluster (including speedometer, rear back-up camera, etc.) then began going completely black while we were driving on a county highway, and rebooted multiple times. We haven't even made a payment yet on this vehicle, and it has been sitting at the dealer for repairs for the last week. They acknowledge that it is a known problem, but there is no known permanent fix. I cannot stress enough what a safety issue this is. yes, the popping is incredibly annoying, but it's terrifying to be driving and have no speedometer, warning lights, backup camera, etc. Honda corporate needs to acknowledge this and make it right before someone is seriously injured."

- **2020 Honda Pilot | NHTSA ID Number 11342832, August 2, 2020, (Incident Date: July 17, 2020).** "While in motion, vehicle has very loud audible pops. This problem occurred first in May and again in July, with the addition of the infotainment screen going out multiple times, including lost access to backup camera and navigation. screen shows network connection lost. A dealership has been working for two weeks to solve the problem by inspecting the MOST bus connectors per Honda TSB but has been unable to resolve the pops thus far. See paperwork image below for initial attempted fix in May."

- **2020 Honda Pilot | NHTSA ID Number 11342911, August 3, 2020, (Incident Date: July 31, 2020).** "Regardless of whether the car is in drive or park, the electronic system makes an awful cracking/popping sound. This

41

CLASS ACTION COMPLAINT

also happens when the doors lock, etc. Last week, the sound got so intense that and all of the sudden the speedometer and radio system went completely blank and would not come back on. This will be the second time that this car has gone into the shop for repair. I have also noticed that the automatic braking system will brake for no reason - which could potentially cause a very serious accident. I purchased this car feeling that it would be one of the safest options for transporting my four children. However, I have become quick to realize that may not be the case. I was told that this was a recent recall released by Honda and the dealership would repair it this morning. However, I have not been able to find any type of recall on this vehicle. I see that numerous people have this same complaint and I feel that this should be taken care of before someone becomes seriously hurt."

- **2020 Honda Pilot | NHTSA ID Number 11343361, July 21, 2020, (Incident Date: Aug. 4, 2020).** "The forward collision system in our 2020 Honda Pilot will alert us to brake, shake the steering wheel back and forth and beep with nothing in front of us or will do it when another vehicle is out of the alert zone in the opposite lane. We have taken it to our local dealer and they have not found an issue. We can be on backroads, main streets and recently on empty bridges."

- **2020 Honda Pilot | NHTSA ID Number 11343225, August 4, 2020, (Incident Date: July 9, 2020).** "We purchased a new 2020 Honda Pilot, Touring model, from stokes Honda north in North Charleston, SC on June 27, 2020. Within several days, we experienced persistent static coming from the front speakers, with or without the radio on and regardless of the vehicle being in motion or stationary. This issue resulted in distracted driving on each occasion. On July 14, 2020, while driving on the highway, the dashboard panels went completely black affecting the speedometer, temperature gauge, fuel gauge, navigation, cruise control, back-up cameras, etc. The same issue occurred several hours later while in street traffic. We went in person to notify stokes Honda about this serious concern and to initiate our warranty agreement to fix the problem. We were advised that they were aware of this problem with Honda Pilots; that they knew of this problem when they sold us the vehicle; and that there was nothing they could do to fix the problem even though it fell under our warranty guidelines. As of today, the safety concerns have not been resolved and stokes Honda representatives have become unresponsive."

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11343716, August 6, 2020,
(Incident Date: April 14, 2020).** "I drive an 2020 Honda Pilot Elite. After
6 months of driving the car the windshield has started making noises. It
wounds like the windshield just shattered or is shattering. The next sound
is like a thousand small peddles hitting the windshield. When the noise first
happened it almost made me wreck because I thought someone threw
something into the windshield. This happens when you are driving in
motion. I have contacted Honda USA twice and the car has been to the
dealer twice. Absolutely nothing has been repaired or fixed or done to take
care of this issue. I have noticed other[.]

- **2020 Honda Pilot | NHTSA ID Number 11343866, August 7, 2020,
(Incident Date: July 15, 2020).** "Infotainment system shuts off and restarts
on its own, near constant loud pops and cracks are heard in speakers.
Speedometer disappeared and went black while driving at high speed,
backup camera shut off during use, navigation and radio fails and states
'check tuner' infotainment system goes black and unable to turn back on.
'MOST net off' displays multiple times when system shuts off. System is
essentially unusable due to this issue. Horn may have also stopped working
during black screen."

- **2020 Honda Pilot | NHTSA ID Number 11343845, August 7, 2020,
(Incident Date: Aug. 2, 2020).** "We purchased a new 2020 Honda Pilot
Touring on July 11,2020. After 2 days we noticed static,c crackle and
popping sounds from the radio and this happens with the car in motion or
sitting still. Then the dash goes completely black affecting the speedometer
and all the gauges, backup camera, etc. Took car back to Wolfchase Honda
service department and was told that there was nothing they could do
because it was out of their hands. But American Honda was aware of the
problem, contacted American Honda and was also told that they could not
replace the car but we would have to wait until a recall was issued. No
regards for our safety at all. As of today, august 7, 2020 with 637 miles on
the car Honda still have not repaired the problem. We have purchased 3
vehicles from Honda but after this, its our last. Very unhappy and
dissatisfied with Honda at this point."

- **2020 Honda Pilot | NHTSA ID Number 11344222, August 9, 2020,
(Incident Date: Aug. 5, 2020).** "The infotainment center goes blank,
statics when on, sometimes the speedometer screen goes off, or the the
entire infotainment center goes away."

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11344206, August 9, 2020, (Incident Date: July 31, 2020).** "Bought a 2020 Honda Pilot EX-L in Albuquerque from Garcia Honda in mid July 2020. First weekend after purchase, I took a 2 hr trip (one way) with my wife and kids (5yo and 10mo). On my way back, I started hearing crackling noise coming from the speakers, all while listening to radio and 'google maps' directions. The crackling nose became more severe/persistent, then the infotainment system shut off; first displaying "network connection lost", then off completely. At some point, after the center infotainment system display went off, the instrument cluster also shut off (only displayed engine temperature and gas fill level). Yes, with my kids still in the car... why would Honda keep on selling vehicles that are known to be defective in this way? Very likely part of the reason is to help just continue to help themselves and their pocket books, all at the expense of my kids' safety. Nice going Honda Corporates!! Please look at your kids then look in the mirror and think about what you are doing! in the past weeks since the vehicle purchase, seems I have spent more time at the dealer (3 times, 4th time scheduled... and threshold for 'lemon' law) than with my kids. The service manager (Andrew Neufeld) and personel at Garcia Honda are very attentive but have told me that there is nothing they can do to fix this issue. so I'm stuck with a vehicle I don't dare to drive with my kids in due to safety concerns. I tend to be less optimistic than most but a fair concern of mine is the following: Honda does not know what causes the issue, nor can they fix it. Do they know what all is really affected? Are other systems (or system outputs) impaired? What can I expect from lane departure and front collision warning when the infotainment system and instrument cluster decide to shut off? Back up camera goes off... a no -no with kids around the house!!!!!!!!!!!!!!!!!!!!!!!"

- **2020 Honda Pilot | NHTSA ID Number 11348682, August 11, 2020, (Incident Date: Aug. 10, 2020).** "Stopped at a red light waiting to make a right turn. After traffic cleared pressed on the gas and car immediately started revving really loud. Looked and it said it was at 6000 rpm even though I was barely touching the gas. The car then started decreasing speed without me taking my foot off the gas. I quickly pulled off the road and it wasn't until I put the car in park that it finally stopped revving so loud. I shut the car off and let it sit for a few minutes before starting it again and driving. It then started flipping from showing the Blu-ray info to Apple Carplay repeatedly on the info screen."

44

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11348533, August 11, 2020, (Incident Date: June 1, 2020).** "While driving the dash display blacks out intermittently in addition to a constant popping/cracking sounds from the infotainment system. This is a known issue with the 2019-21 Honda Pilots in all trim models except LX. The service department has issued the service ticket to what needs to be replaced but are on a parts back order until the end of September. Recommended solution is to install/replace the FAKRA connector set and most service cords associated the MOST bus network."

- **2020 Honda Pilot | NHTSA ID Number 11348660, August 11, 2020, (Incident Date: Aug. 11, 2020).** "Popping, cracking even if radio off. Sometimes light pings like rock hitting windshield sometimes loud long static sound. Radio cuts odd and on. navigation screen will cut in and out and go blank (black). Speedometer dial will reboot and or go blank and reboot. This is all while driving the car. I have had the rear view camera not come on when first putting it into reverse to back up. It did come on after putting car into park and then back into reverse. We had recall work done yesterday 8/10/20. 20-047 6mb002018-21 and 20-051 6hr002019-20 picked car up today and popping and cracking not fixed. Had service tech ride with me and he heard it and also witnessed the radio/navigation screen go out. The 'cluster' did not go out during this time. Unsure if the cluster will go out again but the other issues are not fixed. He put in a ticket that states they are unable to fix problem at this time as Honda does not have a fix. These issues occurred on highways, parking lots, stationary in driveway."

- **2020 Honda Pilot | NHTSA ID Number 11348894, August 12, 2020, (Incident Date: April 2, 2020).** "There is a crackling/popping sound coming from the infotainment center. It happens when the radio is playing and on calls. It is very distracting and annoying since it is very loud. This has been happening for some time and has not stopped or diminished in volume."

- **2020 Honda Pilot | NHTSA ID Number 11348830, August 12, 2020, (Incident Date: Aug. 1, 2020).** "Infotainment screen goes blank, instrument panel goes blank, radio, loose backup camera, radio, GPS. the radio intermittently works, and has a static or cracking sound. These problems occur while the car is in motion, or stationary, while in the city or on a highway. I get messages such as network communication lost, no audio connection, check tuner. There have been occasions where I lost the instrument panel, and did not have a speed indicator, and have been backing

and loose my backup camera. This last time I took it to a dealer, they pulled it over to the side for over an hour, then came to the waiting room and told me they didn't have any parts to repair the problem, and did not know when they could get the parts. it was as though they never heard of such a problem. The dealership did update the gauge control module software, but the safety problems persist. I have video on my phone of some of these occurrences, and can upload the invoices I received from the dealership.*DT*JB"

- **2020 Honda Pilot | NHTSA ID Number 11349307, August 14, 2020, (Incident Date: Aug. 10, 2020).** "The center dash infotainment display for backup camera and other features went dead (black) while driving. This occurred on a new 2020 awd Honda Pilot Touring purchased in December of 2019. At approximately 1,000 miles a loud intermittent "popping" began coming from the speakers. It increased in frequency and became constant over time. A few days ago, August 10, 2020 with approximately 3,700 miles on the vehicle, the sound was at it's worst and the dash console suddenly went out while driving. It would not come back on. I had to back out of a grocery store parking lot without any rear visibility from a high profile vehicle which felt very unsafe."

- **2020 Honda Pilot | NHTSA ID Number 11349621, August 15, 2020, (Incident Date: July 13, 2020).** "While driving on the highway the instrument panel, including the speedometer and all gauges, went black and there is a horrible popping and crackling sound coming from the speakers. The sound system was completely off when this happened. the dealership had the car for a week to 'fix' it. Its been 3 1/2 weeks and now its started back up again. This is a new 2020 pilot with 1060 miles on it purchased on 6/24/2020[.]"

- **2020 Honda Pilot | NHTSA ID Number 11349738, August 16, 2020, (Incident Date: Aug. 13, 2020).** "Audio crackles, instrument panel and audio screen reboots randomly, intermittent connection lost[.]"

- **2020 Honda Pilot | NHTSA ID Number 11349452, August 19, 2020, (Incident Date: Feb. 15, 2020).** "2020 Honda Pilot. Consumer writes in regards to electronic sparking from dash display. *ld the consumer stated a noise could be heard coming from behind the dash. The sparking and grounding blanks out the instrument panel and dash display. The dealer was made aware of the failure and advised there was no known fix. *JS"

- **2020 Honda Pilot | NHTSA ID Number 11350374, August 20, 2020,
(Incident Date: July 15, 2020).** "Main dashboard display goes dark, along
with infotainment system. Cracks and pops heard from the speakers. Hands
free stops working. We've reported this to the dealer and had the car looked
at on multiple occasions. This week a software update was applied that
seemed to make the problem worse. With main gauges and hands-free not
working the vehicle is not easily or safely driven."

- **2020 Honda Pilot | NHTSA ID Number 11351221, August 25, 2020,
(Incident Date: Jan. 10, 2020).** "Crackling and popping around the dash
area occurs while vehicle is stationary or in motion. The infotainment
system will blip or completely go out. While driving the whole display
panel has blacked out. I had to pull over, turn the car off for about 15 min
before the displays came back on. Also, while in motion, the back up
camera will black out. Probably the worst issue is that randomly, on the
freeway or in town, the crash sensor detects something that isn't there and
the "brake" warning flashes at me. The car has even braked for me, which
thankfully happened in town while not at a high speed. These electrical
issues started with less than 3000 miles on the car. The first trip to the
dealership for repair, they said it was crimped wiring by the factory. The
"repair" lasted less than 2 weeks. Three months later, two different
dealerships, 3 times in the shop, and the problem still has not/can not be
fixed. The dealership is now telling me they have a tsb for the
popping/crackling but the parts are back ordered. We'll see. Very
disappointed with Honda on this."

- **2020 Honda Pilot | NHTSA ID Number 11351137, August 25, 2020,
(Incident Date: Aug. 25, 2020).** "Ever since I have purchased this car I
have had nothing but issues. First started with cracking and popping sounds
with the speakers, even when all audio was off in the car it would still make
the noise. Then the DVD player stopped working. Next the cracking and
popping started all the time and it was near impossible to make phone calls
with Bluetooth in the car. Finally after the 3rd time back the speakers were
80% fixed after a Honda representative came out from corporate. Then my
automatic braking starting having significant issues. At first it was a random
occurrence and only once in a blue moon. Now, like the other issues, it is
progressively getting worse. I have already had it in once and they stated
they could not replicate it but were able to see that it had been triggered.
Since I have had my car back in less than two full weeks it has occurred at
least 12 times on different roads (open highway, places with no cars or trees,
at night or day it doesn't matter). I am now awaiting another call back about

CLASS ACTION COMPLAINT

getting this issue fixed. Oh and there was that time that my backup camera stopped working completely, can't forget that. Overall, incredibly upset about how much we spent on a brand new lemon."

- **2020 Honda Pilot | NHTSA ID Number 11351478, August 26, 2020, (Incident Date: Aug. 24, 2020).** "Driving vehicle cracking sound coming from windshield and radio has static . Drive on smooth road does not do it .It does it when hitting bumps or going up curbs .Car was taken to dealer 8 25 2020 picked it up today 8 26 2020 drove it home pulled up in driveway started cracking turned around brought it back .Service dept said they know its a problem service chief tech said something about wiring issue."

- **2020 Honda Pilot | NHTSA ID Number 11359801, September 18, 2020, (Incident Date: Oct. 15, 2019).** "Nearly constant crackle/popping through speakers largely related to body flexing. The rougher the road surface, the more evident the noise becomes. Clearly a mechanical issue with electrical connections. A temporary improvement may occur after applying an open hand smack to the dash surface above the instrument cluster. Pop/crackle is evident even with the sound system powered off. Additionally, the instrument cluster completely fails occasionally and the vehicle must be turned off and on to have the display returned. very much a safety issue! Based on my long experience in the electronics industry, this is some sort of grounding or connector issue'or possibly an intermittent short circuit (although no fuses have blown). The issue started soon after purchase 10/2019 and continues through today, 9/18/2020."

- **2020 Honda Pilot | NHTSA ID Number 11361217, September 26, 2020, (Incident Date: Sept. 24, 2020).** "The rear camera fails as a result of the center console (infotainment system) shorting out. This also causes distraction while driving. Additionally, there is a lound crackling and popping noise from the audio system which is related to this issue."

- **2020 Honda Pilot | NHTSA ID Number 11362203, October 1, 2020, (Incident Date: Oct. 1, 2020).** "2020 Honda Pilot Touring has complete black out of all electronics and the dash board since purchase regardless if the vehicle is moving or stationary. Popping and cracking constantly throughout and behind dash/windshield regardless if the car is stationary or moving. There is no way to measure engine speed, fuel, oil pressure, or what gear you are in. Total electrical failures are occurring since purchase, and the dealer has no fix for the issues, but does acknowledge all of these safety and electrical failures are factory born, and Honda has failed to find

or provide a fix. With all systems failing, the car is not safe to drive. The brake system will brake when you are traveling slow or at high speeds, regardless of the fact that nothing is around the vehicle. This car should be recalled and returned to the factory before more people are killed or injured. The current recalls do not fix any of the electrical safety issues. These cars require a total rewire of faulty harness wiring which is a fiber optic defect from the factory, therefore, software updates do not and will not fix these safety issues. All of these vehicles require a total rewire. Honda should be ashamed of themselves for allowing consumers to continue driving these death traps!."

- **2020 Honda Pilot | NHTSA ID Number 11362565, October 4, 2020, (Incident Date: July 1, 2020).** "The CMBS (collision mitigation braking system) is too sensitive. Multiple times, the CMBS has activated without a valid reason. 1 example, I was on an interstate highway in the left lane passing a slow moving 18 wheeler in the right lane. I was passing the 18 wheeler in a curve and my SUV suddenly braked because it thought I was going to crash into the 18 wheeler. I was in control of the vehicle the entire time and I can only think the system was confused by the speed differential between my vehicle and the truck in a tight curve. Several other times on two lane roads, the system will flash 'brake' even if I am not crossing the center line. I think the CMBS is too sensitive."

- **2020 Honda Pilot | NHTSA ID Number 11363071, October 6, 2020, (Incident Date: Oct. 5, 2020).** "Issue #1 : I was driving in highway with Garmin navigation turned on, the display reboots with an error "network connection lost". Issue #2: while connecting my iPhone with google navigation, the display gets stuck and reboots again. serious issue while driving this car with navigation on. Issue #2: rear camera sometimes doesn't show up or there is a delay when gear is switched to reverse. Issue #3: when a USB is connected to play audio/video, the display freezes after sometime and reboots automatically. Similar issue with blue ray DVD."

- **2020 Honda Pilot | NHTSA ID Number 11365683, October 22, 2020, (Incident Date: Oct. 2, 2020).** "First month I bought vehicle 10/2019 began hearing loud cracking and popping noise which at first thought was windshield. As it continued we realized was coming through speakers. Then entertainment system began to shut down and reset with various messages. Mainly "network communication lost". Other messages as radio not available would also come up. Screen would go black. Then speedometer / tachometer data screen would go black and reboot. took to dealer was told

loose wires from DVD system. They 'repaired'. Within two months all the same problems and more began again. Rear view camera would not come on. Or it would come on while driving forward down the road. System would reboot and go black several times per day. Took back to dealer. They were now aware of problem in other vehicles. Told me needed new wiring harness. They kept car for a week and replaced wire harness. Vehicle was fine for about two months then problems all came back. Screens all went black repeatedly while driving, or stationary. It didn't matter conditions but all electronic systems would continuously shut down and reboot. A couple weeks ago everything went black and has remained off. Vehicle is now back at dealer for the third time to try and fix problems. They told me there are recalls for the back up camera and speedometer portion. And tried to tell me there must be a link in the wires somewhere that they need to locate. Obviously Honda must be aware of this problem as there are hundreds of posts online about the identical problems in other 2020 Honda Pilots. It is not safe to drive the vehicle without any speedometer or information systems functioning."

- **2020 Honda Pilot | NHTSA ID Number 11366203, October 24, 2020, (Incident Date: Oct. 22, 2020).** "I was driving on the freeway and my whole instrument panel where my speedometer is and apps ect are turned black where I couldn't even see how fast I was going , but before that happened my stereo was crackling and cutting out and then blacked out as well and then came back on again. I have it recorded for my records. Then when I was on my way home from what they said at the dealership which would fix the dash was a recall on the vehicle but as soon as I came in my car there was an update on the dash of my stereo, was still cutting in and out and I couldn't use my Bluetooth like I should be able to or listen to my radio through the internet or just regular FM radio. I only have 3800 miles on my vehicle and have had my vehicle for just shy of 5 months. It's ridiculous to spend 40k for a vehicle that doesn't even work properly. Also before purchasing the vehicle I asked the salesman at Tracy Honda who then asked his sales manager my question if there were stereo problems in the vehicle I was buying like the ones I've been reading about and researching and they told me no it was a model above mine and they hadn't heard of it at first. I also asked about the dash turning black and they responded with the same thing. So technically they sold me a vehicle with a recall and lied about the things that were wrong with the vehicle before I even bought it. It should have been sold to me as a used vehicle due to the recalls already on the vehicle before I purchased. When I took my Pilot in for my recall the service guy said that his 2019 Civic does the same thing and he just lives with it and that's kind of pathetic especially when you

50

CLASS ACTION COMPLAINT

actually work at a Honda dealership do you still have vehicles and can't even have a stereo that works in a car something so basic."

- **2020 Honda Pilot | NHTSA ID Number 11367000, October 29, 2020, (Incident Date: Oct. 28, 2020).** "Multiple times this vehicle indicates that my car has crossed center line when it hasn't and has activated one or more "safety" features including an alarm and steering wheel shaker. Today my vehicle actually applied the brakes when another car was approaching me in the opposite lane. I have had car into dealership 1 time for these issues and they said it was fixed."

- **2020 Honda Pilot | NHTSA ID Number 11372786, November 2, 2020, (Incident Date: Oct. 30, 2020).** "After having known recall issue repaired, electrical/sound system still continues with aggressively loud cracking and popping noises. The noises at times are out of the blue, causing the driver and passengers to be startled. The instrument panel will freeze up and blue tooth/voice activated features will stop functioning. These issues occur when the car is moving or stationary. No improvement after the recall reprogramming was completed despite being told by the service technician it would resolve the issue."

- **2020 Honda Pilot | NHTSA ID Number 11372846, November 3, 2020, (Incident Date: Oct. 31, 2020).** "2020 Honda Pilot Touring 1,156 miles - 3 months old. Vehicle began to stall when pulling into garage and applying breaks. Loud sounds coming through speakers as if you're driving through hail. Tuner lost, network connection failed, dashboard black. Vehicle can also apply breaks when no other car is around. Latest system failure car stalled when applying breaks at an intersection. Also driver passenger mirrors independently move while driving. Software update to control box and gauge control module without fix. Now tightened wires behind Blu-ray player. Sensing/break issues are unknown to Honda and have not been fixed."

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11374528, November 13, 2020,
  (Incident Date: Sept. 1, 2020).** "TL* The contact owns a 2020 Honda
  Pilot. The contact stated that while applying the brakes, there was an
  abnormal popping sound coming from the vehicle. the vehicle was taken to
  frank fletcher Honda (2921 Moberly Ln, Bentonville, AR 72712) where the
  contact was informed that the sound was normal. The vehicle was not
  repaired. The manufacturer was not notified of the failure. The approximate
  failure mileage was 3,100."

- **2020 Honda Pilot | NHTSA ID Number 11375792, November 22, 2020,
  (Incident Date: Nov. 10, 2020).** "The display audio and entertainment
  disconnects and stay off during running the vehicle(in motion on any road
  and any speed), it does not work audio for direction map, radio, CD player.
  And unwanted cracks sound are heard while driving the vehicle which is
  distracting while driving the vehicle. Dealer mentioned issue should fix
  with two recall repairs, which eventually did not fixed. Following below
  recalls repair below did not fixed the issue. recall# 20-051, front control
  box OTA software update. op# 0105b3, .3 hrs, temp# a20051a recall# 20-
  047 guage control module software update op# 7165a5, odd temp#
  a20047a, pass temp# a20047b, pilot temp# a20047c. .5 flat rate hrs[.]"

- **2020 Honda Pilot | NHTSA ID Number 11383258, December 13, 2020,
  (Incident Date: Dec. 4, 2020).** "Vehicle cracks and pops from speaker
  system. sounds as if your in a hail storm. radio / navigation systems goes
  blank and back up camera goes black. Have had to Honda of Bristol and
  they have 'fixed/repair' the problems. Vehicle works great for a few months,
  this past time after repairs it has only lasted one week. I do not feel as this
  is a safe vehicle for me and my family . The cracking popping sounds , the
  blackout of the panels and no backup camera is a hazardous situation . this
  happens when the car is in motion and it's scary I have read their is a civil
  suite against Honda for this vehicle- how does one find out more
  information on this[.]"

- **2020 Honda Pilot | NHTSA ID Number 11383527, December 15, 2020,
  (Incident Date: Aug. 9, 2020).** "While driving we noticed what sounded
  like small rocks hitting the windshield. As we drove the car more the
  crackling/popping noise grew with frequency and intensity. Now every
  time we drive we hear intermittent crackling/popping noises. At times it is
  very loud and constant. It sounds as though the windshield is cracking or
  going to crack. When I park the car and turn the engine off the
  crackling/popping noise is still heard. I am worried that this problem with

progress and we may get instrumentation blackouts like others have gotten."

- **2020 Honda Pilot | NHTSA ID Number 11383844, December 16, 2020, (Incident Date: Dec. 1, 2020).** "Purchased my 2020 Pilot on 12/30/2019 in Fresno, CA. recently this month December 2020, I started hearing a cracking and popping noise from the speakers. The popping noise happens whether or not music is on. I also started hearing this weird noise that almost sounded like there was a compressor in my vehicle. I did some research on several Honda Pilot threads and it seems to be the ac compressor and the speakers. Apparently the wiring harness needs to be changed. I've looked over the NHTSA website and seen multiple complaints regarding the speakers popping issue. I have not taken my vehicle to the dealer yet, I dont completely trust dealership service centers and they prey on customers and over charge and make you think there's other things wrong with the vehicle. I like to do my research prior to taking my cars to any repair shops. I also video and voice recorded all the weird sounds that the Pilot is making. Honda needs to fix this, if this in fact is a wiring issue, this can possibly cause a short out thus a safety issue. I will be printing out several of these complaints and showing them to the dealer before they try to swindle me out of an excess amount of money. Although since it hasn't even been a year my vehicle should be under warranty."

- **2020 Honda Pilot | NHTSA ID Number 11384709, December 23, 2020, (Incident Date: Sept. 10, 2020).** "Random popping noise, like sound of small rocks hitting windscreen. Occasionally the display where speedometer is goes out. Audio problems with random volume issues. Popping noise occurs whether audio system is on or off. Notice it more while in motion and going over bumpy road. Been to dealer 5 times and replaced wiring, amp, head unit, and still have issue."

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11388590, January 17 2021, (Incident Date: Jan. 17, 2021).** "I've taken my vehicle in 4 times now for electrical issues and the sensors randomly going off. Today while driving, I got a notification of an engine system problem as well as an emissions failure and AWD failure. I purchased my vehicle brand new from the dealership and this will now be the 5th time going in for electrical issues and now whatever this engine failure is. The dealership is closed right now so I do not have a full diagnosis but the warning on the screen tells me to limit driving and keep the car off due to potential fire. This should absolutely be investigated."

- **2020 Honda Pilot | NHTSA ID Number 11391088, February 1, 2021, (Incident Date: Dec. 1, 2020).** "The infotainment system is not functioning to include: back up camera, phone hands free, maps, radio, clock, etc. The unit has been inoperable since December 2020."

- **2020 Honda Pilot | NHTSA ID Number 11399810, March 8, 2021, (Incident Date: March 6, 2020).** "Speakers make crackling noise while playing DVD/Bluray. Gets louder and more frequent until all audio eventually stops."

- **2020 Honda Pilot | NHTSA ID Number 11399913, March 9, 2021, (Incident Date: March 5, 2020).** "The infotainment unit is consistently shutting down. This includes the navigation, tv, radio and backup camera. This happens while vehicle is in motion."

- **2020 Honda Pilot | NHTSA ID Number 11402976, March 15, 2021, (Incident Date: Feb, 2021).** "I'm writing to inform you of a severe safety issue that occurred with our 2020 Honda Pilot Touring Edition. My family and I were driving on the highway at about 70 mph when all of a sudden the car wouldn't accelerate and in fact lost power. The engine light was flashing and we were fortunate to have an exit ramp close and we coasted off on the exit ramp limited to 5 mph. All electronics were on (radio and DVD), but the car forced us to a stop. We called the Honda service line because this car is still under warranty. They informed us not to drive the car at this time with the engine light on. We sat in the car with the engine light on and pulled over for approximately 20 minutes. They recommended turning the car off for 10 minutes, like manual said, and then restart the car to see if we can drive to safety. We did this and the engine light was off and we were able to drive to a safe location. 100+ miles away from our home, we took it to a Honda dealer. They did an inspection of the car and

attempted to read the system to find out why the engine light came on. They wrote up a detailed report and said that the engine light may not have been on long enough to get a read/report, but everything else looked ok. They did write in their report that there is a known bulletin for a fuel injection problem. They said they recommended it, but that the engine light would need to be on longer to justify recall. And lastly, I want you to be aware that this car, since purchasing new, has been in the shop or not correctly working for 4+ month of the year we have owned it. the DVD player, information electronic screen system broke and needed replaced. Additionally, we had loud cracking and popping noise and it required a cable with proper shielding to be replaced."

- **2020 Honda Pilot | NHTSA ID Number 11405195, March 28, 2021, (Incident Date: March 16, 2021).** "This vehicle has been nothing but problems since day 1. It began with the sunroof leaking and causing puddles in the front and rear passenger floors. That issue required 4 trips to the dealer. The speakers then began popping and the radio and dash would completely shut off while driving. Fixing that has been attempted 5 times and the radio still continues to have problems. I have also experienced false crash sensing and once, the auto braking system made me come to almost a complete stop while going about 45mph and no one was even around me. This car has been a problem and is now becoming a huge safety concern as my wife who regularly drives it is now pregnant. She is scared to drive it and Honda is unwilling to help solve the issues."

- **2020 Honda Pilot | NHTSA ID Number 11406028, April 1, 2021, (Incident Date: April 15, 2020).** "I keep hearing static from my dash console. I took it in many times and they just reset it. I'm aware that the harness needs to be replaced from research."

- **2020 Honda Pilot | NHTSA ID Number 11406461, April 5, 2021, (Incident Date: Jan. 27, 2021).** "The information/entertainment system shuts off every few minutes rendering the backup-camera, GPS, and all other information presented on the center display inoperable. Vehicle is currently at the dealer. This is the second time I have taken it to them for repair."

- **2020 Honda Pilot | NHTSA ID Number 11408535, April 17, 2021, (Incident Date: Jan. 27, 2021).** "My 2020 pilot has several issues. 1. the dashboard and infotainment system blackout. In Sept 2020, Honda replaced the most module and said this would fix the problem. Several weeks ago,

my infotainment system again went blank (3/6/2021), I had no back up camera or information. This fix obviously did not work. I took video on my phone. I took the vehicle to Honda, they would not look at my video and said that they needed to recreate it (3/26/21). They did nothing. I also got the following message several days later (3/12/21), "unfortunately, com.honda.telephonyservice has stopped." I also showed this to the Honda service center, they said interesting, we have never seen that. They did not want my picture, and could not recreate, so they did nothing. The crackling/popping noise is also back after it was supposed to be fixed, with the Honda repair. They could not recreate this either, so they did nothing. 2. I have issues with the forward collision braking, auto sensing. I live in a rural area and when driving on two lane roads, head on to the other traffic the vehicle constantly brakes. When driving over two lane bridges, which I do often, it brakes several times a trip trying to get over the bridge. This is not safe. One time I was on 66 in VA (1/27/21), at night, an 18 wheeler was coming off an exit ramp, I was in the right lane. The vehicle slammed on the brakes and dropped my speed approximately 20-25 mph for no reason. The 18 wheeler was still on the exit ramp. I was almost rear ended by the vehicle behind me. The brake sensing it too sensitive. I have taken it in for this, they could not recreate and told me to turn it off. That is not an answer. If a vehicle has safety options, we should be able to use them and not be told to turn them off! The 2020 Pilot has a lot of issues that are not being fixed. This vehicle should be taken off the road."

- **2020 Honda Pilot | NHTSA ID Number 11417534, March 17, 2021, (Incident Date: May 15, 2021).** "We purchased a 2020 Honda Pilot EXL AWD. The collision mitigation system engages arbitrarily, no vehicles or obstacles in front of me and the system activates. Honda Dealership said they can't find a problem. However, there is a class action lawsuit against Honda, filed in California, for this and other problems with their safety system. Most Recently drove the car on a 560 mile trip, the collision mitigation system warning came on 5 times when there were no cars or obstacles in front of me. Hopefully NHTSA can apply some pressure on Honda to address this issue. It is VERY FRUSTRATING when you have problems with a new vehicle and HONDA will not correct them."

- **2020 Honda Pilot | NHTSA ID Number 11417803, May 19, 2021, (Incident Date: April 7, 2020).** "On April 4.7.2020 I visited The Honda Dealer to report my dashboard and control console shutting off while driving. On 4.14.2020 I again visited the Honda Dealer to report a problem related to the same issue since it was not repaired. On 5.4.2020 I emailed

the asst service manager about the backup camera going black/off. On 4.21.2021 I returned to the Honda Dealer again for the entire control display/camera display shutting off and crackling from the audio system. The dealer is not writing my concerns when the vehicle is inspected, I believe to deny the issue and avoid lemon law."

- **2020 Honda Pilot | NHTSA ID Number 11420829, June 14, 2021, (Incident Date: June 11, 2021).** "Vehicle brakes automatically when operating at highway speeds when passing a vehicle that is either moving slowly or stopped in a turn lane waiting to turn left. Occurs when Collision Mitigation System is in both the on and off position and when cruise control is engaged and disengaged. This has occurred approximately twice a month since purchasing new in July of 2020. Vehicle also breaks when encountering an approaching vehicle on the highway while going around a corner when turning to the right. One time the vehicle behind me almost hit me and had to go onto the shoulder to avoid a collision. I reported this to the Honda dealer in the winter months and they said it was likely caused by road salt. It's now June and there is no road salt and problem is still occurring. The orange break indicator when on turning the automatic breaking."

- **2020 Honda Pilot | NHTSA ID Number 1142107, June 15, 2021, (Incident Date: June 15, 2021).** "The electrical system including the rear camera, dash board speed display, hands free phone system radio intermittently goes blank and resets randomly during operation of the vehicle. Two Honda dealers have attempted repairs unsuccessfully and continue to try changing parts. Failure during driving is distracting and potentially hazardous to the vehicle occupants and other vehicles near them. Honda can or will not give me any assurance that this problem will not cause problems with other electrical component of the car that are more safety critical. The dealer tells me they are waiting on parts and Honda Customer service sends me to a case managers voice mail who does not return calls."

- **2020 Honda Pilot | NHTSA ID Number 11424148, July 9, 2021, (Incident Date: April 18, 2021).** "[T]he vehicles bus connectors where called have been taken to 3 different dealer ships to get fixed an problem still has not been resolved. the cars display screen and rear view camera has absolutely no power sometimes will turn on when I first start vehicle but will turn off completely while driving nothing is visible. reversing I can't see objects and while driving have gotten lost since gps will completely

turnoff and I can use my phone while driving. the bus connectors will pop constantly while driving. I have all documents stating the cars been seen and different things have been done to get fixed no warning problem started April 18th[.]"

- **2020 Honda Pilot | NHTSA ID Number 11426977, July 29, 2021, (Incident Date: July 29, 2021).** "The vehicle makes uncontrolled loud noises. It is very intermittent and sounds like loud cracking/exploding of windshield. It sometimes startles the driver and makes the driver cringe. Leading to uncontrolled movement of steering wheel. Potential hazardous. Honda has acknowledged that there is a problem with several hundred thousand cars and done service bulletins (A19030B Version 3) and others. Our car now has been in for the same problem 7 times. Twice a specialist was working on the car in the last 22 months but the problem persists and is getting worse by the month. This is unacceptable and can lead to an accident but Honda does not want to take responsibility."

- **2020 Honda Pilot | NHTSA ID Number 11429213, Aug. 16, 2021, (Incident Date: May 1, 2021).** "When vehicle is on, in drive-braked-or parked status, an incremental sound of electrical crackling and popping increasingly develops both in noise level and intensity, and emits throughout the vehicle. Culmination of this erratic electrical activity results in a loud chromatic/bursting "crack" sound and shutdown of the audio system. Component - appears to be in the wiring harness and electrical system connections. Safety Issue - total distraction to driver's attention, disturbing, and alarming concern to passengers. Problem Confirmed or Reproduced - Yes. Diagnostic errors captured and recorded on multiple occasions, with shutdown randomly occurring. Warning and Appearance - No warning or apparent related catalyst is evident. First occurrence at 7,000 miles and continues."

- **2020 Honda Pilot | NHTSA ID Number 11429638, Aug. 18, 2021, (Incident Date: Oct. 9, 2020).** "I have been dealing with the issue of my stereo crackling for over a year. The first appt is listed below. I have taken my car in 4 different times for this issue and am still as of today waiting on the part to come in to fix my car. I had an appt today and was told that the part was in and after dropping off my car was told the part is not in stock and they don't know when it is coming in. This is a dangerous and unsafe driving situation. The navigation turns off, the radio completely shuts off including my dashboard so I don't know how fast I am going. The crackling noise continues if the car is on or off. This is very distracting and loud

especially since you cannot control the level of the noise. I think waiting a year for this to be resolved has been long enough and I expect the dealership to step in and provide some options."

- **2020 Honda Pilot | NHTSA ID Number 11429887, Aug. 20, 2021, (Incident Date: July 28, 2021).** "The large amber Brake warning indicator on the dash and the associated buzzer comes on giving a false positive indication periodically in two way traffic even on straight roads with adequate traffic separation. There is no specific pattern to getting this false indication and it is very annoying. I am concerned that it could also automatically apply the brakes when it is not necessary. In my normal commute of 20 miles it may occur five or more times. I have read online that other 2020 Honda Pilot owners are having the same problem and that dealers have been unable to correct it."

- **2020 Honda Pilot | NHTSA ID Number 11432190, September 8, 2021, (Incident Date: Sept. 15, 2020).** "The center led screen and all components cut out and reboot many times while driving. This includes backup camera, hands free phone communication and navigation. Radio is also non functioning during this time. Honda has referred this fix as fakra components. Items have been replaced or worked on 4 times as of September 7th 2021 and the system failed again already today Sept 8th 2021. The first incident occured 1 week after purchase and this is the fifth time it will need repair in less than 1 year, although dealer service has told me there is nothing else they can do until Honda comes up the a fix. Apparently this occurring on several years of high end pilots. I contacted Honda today and started the process for a case number."

- **2020 Honda Pilot | NHTSA ID Number 11433318, September 17, 2021, (Incident Date: Sept. 1, 2021).** "Have had numerous occasions where the Center Display Console Screen has gone completely blank when driving ( Nav, audio & driver systems integration items). A Bigger problem is that on ONE occasion on the highway, the Driver's Main Display Screen has also gone completely blank at the same time as the center display -- i.e. TOTAL LOSS OF SPEED INFO AND ALL SYSTEM WARNING LIGHTS. It takes almost 2 minutes for the screens to "reboot" and come back to normal. Honda has released several TSBs regarding the center display console, MOST network connection and audio issues but nothing I am aware of about the Main Drivers Display failure. This is a totally random & intermittent condition but a severe Safety Issue when the driver's main screen goes out . I'll be going to the dealer soon but this issue has been

around on various Hondas for quite awhile with little apparent fanfare from Honda??"

- **2020 Honda Pilot | NHTSA ID Number 11436007, October 8, 2021, (Incident Date: Sept. 24, 2021).** "I'm reaching out to you because I have no options and am completely frustrated. After looking into it (simple google search), I know I'm not alone. There appears to be hundreds (or thousands) of 2020 and other year Honda Pilots where the Infotainment system is failing. It begins with "pops" & "crackles" and just keeps getting worse. Also, intermittently, you will get error messages or a blank screen which could be dangerous. The problem comes and goes which makes it even more frustrating. I have personally taken my 2020 Pilot Elite (MSRP near $50,000) into my local Honda dealer 4 times already. Ten days after the most recent "repair" it has started all over again. In the past they have admitted they really don't know how to fix it and just keep replacing harnessing and wiring. They want me to bring it in AGAIN for a 5th time. Why should I bring it in when they clearly have no fix? The Pilot was purchased from Shottenkirk Honda (Cartersville, GA) in May 2020 and currently has around 30,000 miles on it. . My father lives in another state and he asked his local Honda dealer if they knew of the issue. They quickly admitted they did and again, admitted they don't know how to remedy it. If you do any simple research you will see it over and over. You can start with this simple Google search: honda pilot infotainment problems. As I said, I haven't found anyone who states it's been fixed permanently. I do appreciate the efforts and kindness of my local dealership (Shottenkirk) but at what point will Honda step up and do something of substance to fix the issue or replace the vehicles? This, in my opinion, is not a "Shottenkirk" problem, it is a "Honda" problem. I have tweeted Honda North America and Honda Customer Service and simply got a reply that says they've created a file and will look into it."

CLASS ACTION COMPLAINT

- **2020 Honda Pilot | NHTSA ID Number 11439305, November 4, 2021, (Incident Date: Oct. 25, 2021).** "My 2020 Honda Pilot has stalled 4 times in the past two weeks after the auto engine idle occurs at a red light. The engine will shut off automatically, but when I lift my foot from the brake, the car engine does not turn back on, and the car shifts into park, and acts as if stalled. In order to get the car to restart, I have to power down completely, open the driver side door(!!!) and "reset" the whole system before I can apply the brake and press the ignition button. Even then a couple of times it doesn't start for me doing that, and I have to cycle through the entire process a second time. This happened to me with my 3 children in the car twice on very busy (50mph) roads, and is incredibly dangerous. The second major issue I have noticed, but less frequently (about 3-4 times in the past 6 months), is that the auto braking system will randomly alert and apply the brakes while I'm driving down a straight road with no traffic in front of me! Needless to say, terrifying. This thankfully only lasts a few seconds before I regain control of the car, but also incredibly dangerous. I am scheduling service with Honda to evaluate ASAP, but I have read *many* accounts of the exact same problem online and every single person says Honda has never been able to find any cause. Some say replacing the battery helps, others say the stalling issue remains after battery replacement. If we can't solve this problem, or have the auto engine idle completely and permanently disabled, I will be selling this car very soon. 16,104 miles driven as of today."

- **2020 Honda Pilot | NHTSA ID Number 11440006, November 10, 2021, (Incident Date: Aug. 10, 2020).** "I have constantly had to bring my car in again for the same problem since I bought it brand new in May 2020. On September 22, the audio/entertainment system completely shut down—it stopped playing music from the device connected to it and would not connect to a new device. The console then went completely black, and the audio system began to crackle incessantly, even when I turned it off. When I turned off the ignition and restarted the car, there was an error message on the display: "No Audio Connection" This had already happened multiple times since I had brought the car in for this problem a year prior. In some cases, I lost all displays, meaning I had no GPS, speedometer, fuel indicator, or other safety indicators. Each time I called and/or I brought the car to the dealership, I was told that sometimes the system just crashes and that I should "reset it by restarting the car, just like an iPhone." However, this has never actually worked. In every instance, I had to restart the car 2-5 times and hope that the system would correct itself. Usually it did not, and I would just have to wait for hours or even days before the entertainment system

61
CLASS ACTION COMPLAINT

would spontaneously begin functioning again. When it happened in September, I brought the car in and demanded that something be done. After a day, a service advisor called me and said the previous repair from a year ago was done incorrectly, which led to recurring problems with the wiring harness. You can imagine how furious I was since I had to bring the car back several times during the first ordeal in 2020. Fast forward another 24 days (October 16), and the same problem occurs. When I lividly informed the service department that I was having problems again, I was informed that this is a common issue with 2019 and 2020 models (citing a lawsuit that was filed against Honda). The dealer was fully aware that these cars have this problem that pose a severe threat to passenger safety, yet it continues to sell them."

- **2020 Honda Pilot | NHTSA ID Number 11440215, November 12, 2021, (Incident Date: Dec. 27, 2020).** "To whom it may concern, VEHICLE: 2020 Honda Pilot Touring Purchase Date: 9/9/2020 After purchasing a 2020 Honda Pilot Touring brand NEW, the vehicle began to make a crackle sound via speakers. Then we began to notice the entire infotainment center would cut out displaying a "Network Communication Lost" and "MOST Net Off" message. The music, radio, dvd player, aux, dash board electronics would no longer work until the vehicle is stopped and restarted. Upon reboot, the same thing will occur once you hit a bump or just randomly will show same message. Below is a timeline of occurrences. Timeline 12/29/20; Dropped vehicle off to Chantilly Honda to resolve problem - dealer replaced "fakra connectors". Problem occurred shortly after. 04/21: Received notice from Honda Inc. of MOST Bus Network Connectors recall 06/21/21: Dropped vehicle off to Chantilly Honda because dash was going out. In addition, vehicle lost 80% of power on major highway and had to be pulled over to avoid accident. We were stuck driving 20mph on the NJ turnpike in the middle lane. THIS IS DANGEROUS. VERY SCARY INCIDENT. 8/5/21: We filed a claim with Honda Inc to resolve situation b/c now this has become a safety hazard. 10/26/21: Newly designed Honda Issued connectors were installed via Chantilly Honda. 11/4/21: Vehicle displays "Network Communication Lost" error again on infotainment/dash. We have not been able to resolve this dangerous recall with Honda. After many phone calls and requests to speak with managers, nothing has been done. We are out of options and would like to receive counsel from the state. Thank you in advance, [XXX] INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)."

- **2020 Honda Pilot | NHTSA ID Number 11444494, December 20, 2021, (Incident Date: April 17, 2021)**.  "My vehicle was recalled twice before 2,500 miles for wiring harness connector issues (snapping, popping, crackling). I was told I could lose visibility with all dash functions, navigation, radio, etc. After the first and second recall service fix I continued to experience the same symptoms. I opened a case with Honda in June, 2021, and notified my local dealer. The Honda case number is 12314702. I have heard nothing from either Honda and my local dealer, and I am concerned nothing is being done on this issue and I will lose visibility of my dash at some point, putting myself and family in danger."

- **2020 Honda Pilot | NHTSA ID Number 11445959, January 3, 2021, (Incident Date: Aug. 25, 2021)**.  "Head unit has supposedly been "fixed" already, still losing all electronics, black out screen, loud and startling popping noises. Been asking Honda to fix for months, assigned a case, they just do not seem to care and now vehicle is undrivable due to loud, startling sound that may cause an accident, as well as not knowing if any of the safety electronics are working or not. It almost sounds like shorting out and that means possibility of electrical fire. Honda is dragging their feet doing ANYTHING on this obviously as this has been going on for months."

- **2020 Honda Pilot | NHTSA ID Number 11449070, January 27, 2021, (Incident Date: Jan. 26, 2021)**.  "Since new, the audio/navigation system has repeatedly turned off and on, had crackling noises emitted from the speakers and issues system warnings. I retuned my first Pilot for the same issues and now this Pilot is demonstrating the same issues. I have had the vehicle at the dealer several times and they just say that it's common with this vehicle model and the Passport with navigation systems. HONDA national service does not return calls and this issue is noted on many HONDA forums. This condition is unacceptable and dangerous."

- **2020 Honda Pilot | NHTSA ID Number 11449245, January 28, 2021, (Incident Date: Dec. 27, 2021)**.  "I was driving and a LOUD cracking popping noise started coming from the dash. The stereo went dead and the instrument panel went dead. I was startled at the noise and almost lost control of the car. I can't see my speed or other functions of the car. Honda has no permanent fix for this."

- **2020 Honda Pilot | NHTSA ID Number 11449877, February 2, 2022, (Incident Date: Dec. 25, 2021)**.  "My Honda often displays the brakes warning and on rear occasion apply brake in response to oncoming traffic

CLASS ACTION COMPLAINT

on two-lane roads. I already went with onboard camera recalibration at one of the safe glass location but this problem persist on narrow two-lane roads."

- **2020 Honda Pilot | NHTSA ID Number 11452259, February 16, 2022, (Incident Date: Feb. 9, 2022).** "The infotainment system makes a popping/crackling sound. The dash display and infotainment display flickers on and off at times. This condition makes impedes the use of the the user controls and feedback systems. The vehicle went in for service on October 15, 2021 to have a technical service bulletin update implemented. The vehicle started exhibiting the issue again on February 9, 2022 in a much more extreme and severe way. It went back for service on February 15, 2022 to have the original work "inspected". The dealer said everything was fine and did nothing. Honda as implemented a couple of Technical Service Bulletins, but no permanent fix has been implemented. The dealer mentioned that they apply this TSB to approximately 2 Pilots per day."

- **2020 Honda Pilot | NHTSA ID Number 11453862, February 24, 2022, (Incident Date: Dec. 23, 2021).** "The automatic emergency braking system will sometimes just start flashing as if there is an object in front of me. There are no objects in front of me and it would flash. There has been 2 occasions where the vehicle would slam on the brakes and then release even though no objects are on the road. This has happened at least 10 times where the warning would flash. Also, the adaptive cruise control would slam on the brakes even though we are following at a safe distance. Of all the times I have used the ACC, the car would slam on the brakes 80% of the time."

- **2020 Honda Pilot | NHTSA ID Number 11454864, March 2, 2022, (Incident Date: March 1, 2022).** "The automatic collision avoidance system continually gives false warnings, shaking the steering wheel and beeping, while flashing a brake warning. This occurs even if there is no other traffic on the road, which could cause an accident by startling the driver when it unexpectedly activates. The automatic brakes are also overly aggressive, which could cause a rear end collision."

- **2020 Honda Pilot | NHTSA ID Number 11459885, April 6, 2022, (Incident Date: Oct. 1, 2021).** "The infotainment screen in the vehicle which includes the backup camera display, navigation, radio, Bluetooth and other important vehicle functions and settings, shuts down and reboots in a continuous loop and sometimes turns off (blank screen) completely. This

CLASS ACTION COMPLAINT

results in a backup camera function that is no longer useable as the screen does not/cannot display the camera image behind the vehicle. This is an SUV with a large rear blind spot that cannot be viewed simply by turning your head especially if there are short/small objects below the view of the rear glass. The other functions that rely on the screen also do not work and this constant rebooting/flashing is very distracting to the driver. There are also strange noises emanating from the sound system regardless of whether the system is on or off. This appears to be a widespread problem with this vehicle that still does not have a permanent solution. Several repair attempts by the OEM have not fixed this issue."

- **2020 Honda Pilot | NHTSA ID Number 11460283, April 9, 2022, (Incident Date: April 6, 2022).** "Automatic Emergency Braking engaged while I was driving on the highway with no cars and no warning brake light on dash. There were no cars in front me ( this is the second time). Periodically the Braking light flashes on the dash if I'm driving on a two way road in the curve part of the road."

- **2020 Honda Pilot | NHTSA ID Number 11471305, June 28, 2022, (Incident Date: June 19, 2022).** "The contact owns a 2020 Honda Pilot. Upon purchase of the vehicle, the contact heard an abnormal, screeching noise emit from the front driver-side tire. The contact's husband took the vehicle to a dealer where they found no defect with her rotors or tires. The contact stated that while in stop and go traffic, the brake warning light appeared on the instrument panel as the vehicle independently came to a sudden stop; the contact was able to resume normal operation after the failure. On a separate occasion while traveling downhill at approximately 20 MPH, the brake pedal depressed to the floorboard without warning. The contact panicked and pumped the brake pedal but to no avail. The contact steered the vehicle into the grass to avoid oncoming traffic. The contact hit a neighbor's mailbox and then a tree, which stopped the vehicle. The airbags did not deploy upon impact. The contact nor her daughter were physically injured by the accident but both have suffered traumatic mental anguish due to the failure. A police report was filed. The vehicle was initially towed to an independent tow yard and was later towed to an independent body shop for repair by insurance. The manufacturer was notified of the failure and offered no assistance. The vehicle had yet to be repaired. The failure mileage was approximately 28,000."

- **2020 Honda Pilot | NHTSA ID Number 11471946, July 1, 2022, (Incident Date: April 12, 2022).** "This has happened since I bought this

vehicle brand new. whenever I am on a 2 lane road, the brake warning light and brake warning chime activate fairly often but intermittent when traffic coming from the opposite direction. if I am on a 4 lane road and in the lane that is closest to the oncoming traffic , it will send a false brake warning and brake warning chime. I have video taped this and sent to waltrip Honda in Franklin, TN. their technician verified the problem and replaced the radar unit on the vehicle, but it is still doing this even after the new part has been replaced. feel free to call me [XXX] or email [XXX]. thank you [XXX] INFORMATION Redacted PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)."

- **2020 Honda Pilot | NHTSA ID Number 11472189, July 3, 2022, (Incident Date: May 10, 2022).** "The radio began making crackling noises. After a week or so, the entire system (navigation, clock, charging ports, dvd, radio/ sound system) stopped working completely. Shortly there after, the battery became completely drained. The dealership refused to honor the 100 month battery warranty, so I was forced to purchase a new battery. The radio & electrical system began to work again, but only for a week. Then the crackling sound began again, followed shortly thereafter with the entire system not working again."

- **2020 Honda Pilot | NHTSA ID Number 11472771, July 7, 2022, (Incident Date: June 25, 2022).** "This malfunction has been described to the dealer (s) on multiple occasions. They stated that is how it functions. I disagree. These typically happen on 2 way remote highways not multicar lane express ways. If on a two way roadway and you are turning right. Your vehicle sees and oncoming vehicle in the other lane and Emergency braking happens. The emergency braking system also has gone on when travelling straight for no know reason. It happened recently on a 2 way back road in Washington olympic area and my daughter was driving. The brakes just went on and she could not see why? the car in the rear had to emergency brake as well to prevent rear ending us. It has happened multiple times for no apparent reason? It is aggravating and not safe. Honda seems to not believe me so I thought that I would bring the issue to a higher authority."

- **2020 Honda Pilot | NHTSA ID Number  11476090, July 27, 2022, (Incident Date: July 25, 2022).** "The vehicle radio/nav, display goes completely out. Sometimes it just goes full volume. Makes full volume popping noises out of the blue. Sometimes is blacked out and sometimes it just won't turn on or shut off. Symptoms have be getting progressively worse and worse. I'm afraid of the other systems this will effect due to the

bus system. It is very scary to my wife when it just goes full blast and I'm afraid it's going to cause an accident. It's been doing things for a year since 12000 miles or so, but it had just recently gotten terrible."

- **2020 Honda Pilot | NHTSA ID Number 11476567, July 29, 2022, (Incident Date: June 2, 2020).** "The auto emergency braking (forward collision mitigation) will trigger and brake hard frequently on 2 lane roads. This has surprised me multiple times. Honda service says that this is normal and they don't seem interested in fixing it. I have read that there is an investigation into this issue on certain Honda sedan models, and wanted to be sure that the Honda Pilot was included in the investigation. This has occurred multiple times since I've purchased the vehicle new."

- **2020 Honda Pilot | NHTSA ID Number 11479504, August 16, 2022, (Incident Date: Aug. 12, 2022).** "Issues with infotainment system, a continuous crackling sound, sounds like electric spark. This occurs for several days and now the system is not working and this affects the operation of backup camera."

- **2020 Honda Pilot | NHTSA ID Number 11487405, October 1, 2022, (Incident Date: July 29, 2022).** "When I drive the 2020 Honda Pilot it has started to make a cracking noise when I turn or go over any bumps in the road. It cuts off navigation and phone conversations from my infotainment system. The cracking noise happens if the system is on or off. It makes it difficult to even carry on a conversation with someone in the car. Not what I expected when I paid over $40k."

- **2020 Honda Pilot | NHTSA ID Number 11487760, October 3, 2022, (Incident Date: Oct. 3, 2022).** "My vehicle has had repeated instances of the audio "infotainment" system causing loud, unexpected popping and crackling noises. During these instances, the infotainment system sometimes quits working completely and often the handsfree telephone function quits working. When this occurs, the volume control and audio on off button have no effect whatsoever. It can occur with or without my telephone connected to the system. The only way to temporarily correct the condition (and it only works sometimes) is to pull off the road, turn the car off completely, and then restart it. This issue has occurred during three seperate time periods, and each time, it has progressed from intermittent to continuous. The first time I took it to the dealer and they replaced some small wiring harness connectors. The second time, they had a Honda Field Engineer look at the car and replaced the entire dashboard harness system

(July 2022). Then today, it began doing it again. I have reported this to my Honda Dealer (Hendrick Honda Pompano Beach, FL) and they said they are contacting Honda for more information[.]"

- **2020 Honda Pilot | NHTSA ID Number 11489886, October 18, 2022, (Incident Date: Sept. 24, 2022).** "Our Honda Pilot displays and shakes the wheel for Forward Collision Warnings a minimum of 30 times a day over approximately 32 miles daily. The vehicle has on more than one occasion engaged the Collision Mitigation Braking System (CMBS) as well in situations where no vehicle was on the road ahead or beside us, nearly causing us to be rear ended at high speeds. This has also happened when pulling out into intersections where the closest vehicles are approximately 75 feet. This has happened while travelling at anywhere from 15 mph to 55 mph, and has occurred every 1 to 2 months since owning the vehicle. We have been nearly rear-ended at least 5 times since owning the vehicle. Honda has told us that the collision warning "can't be adjusted" to fix this, and that our "best option is to disable the alert or the system". Being told to disable safety systems as a fix rather than actually fixing the issue is wildly inappropriate and unsafe."

- **2020 Honda Pilot | NHTSA ID Number 11491898, November 2, 2022, (Incident Date: Oct. 28, 2022).** "Third time now that my speakers have been popping and crackling. All this leads to "Network Connection Lost" and the entire NAV screen goes black, also the main dashboard display sometimes...very unsafe. First couple of repairs were the connectors in the dash being replaced. This time my dealer has to call Honda for authorization. Received a call from dealer this morning that my battery was dead and this cleared out all of the warning codes, how convenient and it's only 3 years old. Now it needs to be kept until the warning codes "possibly" come back."

- **2020 Honda Pilot | NHTSA ID Number 11495780, December 2, 2022, (Incident Date: Aug. 17, 2022).** "There is a popping and crackling sound that comes from the speakers whether it is on or off. When this occurs the infotainment system, rear entertainment system, and blue tooth stops working. This happens every single time the vehicle is used. This causes distracting driving because the noises happen all of a sudden when driving. Second problem-the car seems to shut off and turn back on by itself after pressing the gas when its on auto idle shut off. For a few seconds when I let go of the brake peddle, instead of turning on from the auto idle shut off it just shuts off, then I press the gas and it turns on. It has done this several

CLASS ACTION COMPLAINT

times that it is concerning and I fear it can cause an accident if it moves forward when I think it shut off on its own."

- **2020 Honda Pilot | NHTSA ID Number 11498532, December 22, 2022, (Incident Date: Sept. 1, 2020).** "The radio and other components of the "mostbus network" fail constantly (radio, rear entertainment and Blu-ray drive, in dash meter, amplifier). The rear view camera frequently fails to activate when switched to reverse gear. The car will also frequently give a forward collision warning and occasionally slam on the brakes even where there are no other cars in sight. Honda has been unable to fix these issues, and says that even after 2.5 years of owning the vehicle and 2.5 years of attempting to have it repaired, that they haven't exhausted all of their options yet."

- **2020 Honda Pilot | NHTSA ID Number 11500653, January 8, 2023, (Incident Date: Jan. 7, 2023).** "I just bought this vehicle yesterday. While driving it home the front collision breaking system came on twice. There were no other vehicles, pedestrians, animals, or objects on the road. On both occasions it was only momentary. One time the instance was on a curve, the other was on a straight-a-way. This happened on a 2 lane (one in each direction) road. I will be reaching out to the Ford dealership where it was purchased along with Honda."

- **2020 Honda Pilot | NHTSA ID Number 11501205, January 11, 2023, (Incident Date: Jan. 7, 2023).** "Issue with auto start-stop. Upon being stopped at a light, the auto start did not reengage and upon starting back up again the radio defaulted to an AM station and would not allow us to change anything."

- **2020 Honda Pilot | NHTSA ID Number 11503007, January 22, 2023, (Incident Date: Jan. 21, 2023).** "The entire infotainment screen shuts off, screen goes dark. So far it turns back on with no issues. The problem is intermittent. The USB phone connection also intermittently looses the connection. Sometimes it reconnects, other times I have to disconnect the phone and reconnect. I have changed the usb wire...same problem[.]"

- **2020 Honda Pilot | NHTSA ID Number 11503761, January 26, 2023, (Incident Date: Jan. 21, 2020).** "We purchased our 2020 Honda Pilot in January 2020. Shortly we heard popping sounds in the windshield. It became more frequent so we called our local Honda service and they didn't know what was wrong. Later we called another Honda service and they

knew what was wrong. We took our car in and they replaced some part in the radio electrical unit. It lasted a year and started doing the same thing again. Popping sounds and our display network would black out the whole screen as before. We lose our gps and backup camera and also no radio. We called Honda and they said it was the wiring harness and we would have to pay for it ourselves. There have been law suits filed against Honda for this very thing. Other owners have had the same problem we are still having. The popping sounds are very distracting while driving. Honda said it was out of warranty even though it's the same problem we started having soon after buying our car which was brand new."

- **2020 Honda Pilot | NHTSA ID Number 11505699, February 5, 2023, (Incident Date: Jan. 28, 2022).** "Events happened about 5 times in 3weeks , car will flash brake , brake brake and steering wheel will shake for no reason[.]"

- **2020 Honda Pilot | NHTSA ID Number 11505944, February 7, 2023, (Incident Date: Jan. 31, 2023).** "The infotainment system screen will go black/turn off for several minutes, completing disabling the backup camera and other functions. Last week, the system went black completely and I tried to turn off / on the car multiple times but the infotainment system still did not reboot. I had to disconnect/reconnect the main battery to make the system to reboot. Few days later, the system went black again for a short period of time. When the system is up an running, there are many time that my concentration on driving has been disrupted by the sudden cracking and popping sounds stemming from the infotainment system. There is no pending recall on my car, so I do not what to do with my situation."

- **2020 Honda Pilot | NHTSA ID Number 11511679, March 13, 2023, (Incident Date: March 11, 2023).** "As I was driving vehicle it shut down. Dashboard went haywire as did the front panel, radio, windows. Could not turn on car at all, not even put it on neutral. Hazard lights did not work either."

- **2020 Honda Pilot | NHTSA ID Number 11514674, March 30, 2023, (Incident Date: Sept. 1, 2022).** "Electrical components for navigation, hand free devices, back Up camera & radio have an advisory from HONDA. Can has been into dealership multiple times claiming to be "fixed" but when delivered it is not. Wiring harness for radio is on back order for 5+ months, but dealership is unsure if this will correct the problem. Another concern is that 60,000 warranty is within 10,000 miles of expiring."

- **2020 Honda Pilot | NHTSA ID Number 11521372, May 10, 2023, (Incident Date: Feb. 1, 2023).** "From the time we purchased the vehicle, the radio suffered from popping and crackling in the speaker. It was repaired but the problem persisted. Starting this year, the center console that controls the radio as well the back up camera will shut down with the following failure "Network Communication Lost, MOST Net Off". This results in unexpected use of our rear back up camera as well as the additional features the center console provides. In total, Honda has attempted to repair this vehicle 4 times and have not been successful. My concern is if the rear camera fails as I am backing out of a parking spot, I do fear in that moment I could hit another vehicle or pedestrian."

- **2020 Honda Pilot | NHTSA ID Number 11524185, May 28, 2023, (Incident Date: May 18, 2023).** "There is a crackling/popping noise coming through the speakers and then a sudden loud noise and the audio system will shut off. The warning sounds from the safety features also stop working when the loud noise happens. The noise is quite shocking when you are driving. The audio system has to be restarted to work again."

- **2020 Honda Pilot | NHTSA ID Number 11525197, June 3, 2023, (Incident Date: June 3, 2023).** "We had the recall repair done for the crackling speakers issue but it started again and is worse. The crackling sounds like rocks hitting the windshield and scares the heck out of everyone in the vehicle. Now when it does this we also get a network failure notice on the infotainment screen and then the infotainment system shuts down. Sure wouldn't expect these issues with a $50 K dollar vehicle barely over 3 years old with only 24 K miles on it. This has happened 4 times since it started again. That's 4 times in the past 3 weeks."

- **2020 Honda Pilot | NHTSA ID Number 11526828, June 13, 2023, (Incident Date: Sept. 30, 2021).** "Audio problem and the screen dashboard doesn't work no connection Bluetooth we stop on the road trying to turn off

CLASS ACTION COMPLAINT

the car but when we started we have same problem … I have videos I can't upload[.]"

82.    The 2021 Honda Pilot SUV FWD and AWD have 105 complaints listed on the NHTSA ODI website, including 21 "electrical system" complaints and 7 "service brakes" complaints.[35]   Defect-related complaints include:

- **2021 Honda Pilot | NHTSA ID Number 11374713, November 15, 2020, (Incident Date: Nov. 14, 2020).**  "While driving for about an hour on the freeway the sound to my Bluetooth audio quit. Then the Apple Carplay would not connect. When I got to the grocery store tryin to maneaver into a parking spot the backup camera did not work when I put in reverse. At first I thought I had pressed park instead of reverse but that was not the case. Not until I parked, shut the vehicle off and restarted it did everything start working properly ( at least for now). The vehicle has approximately 1500 miles on it. I have been reading about a recall on newer pilots (y7y) and was wondering why my vehicle is not included since I am experiencing the same issue. I mention also that twice at about 500 miles I experienced the crackling noise in the audio that has been a problem with the 2018 and newer pilots."

- **2021 Honda Pilot | NHTSA ID Number 11404563, March 23, 2021, (Incident Date: Jan. 19, 2021).**  "When using the handsfree Bluetooth function, the recipient cannot hear what was spoken as it makes boisterous/ static noise. This is even severe when the heater fan is on. Both iOS and android phones observe the same results. My local Honda dealer says it is the characteristic of this model, and this is not acceptable."

- **2021 Honda Pilot | NHTSA ID Number 11422110, June 24, 2021, (Incident Date: April 1, 2021).**  "The dash crackles sometimes a little and other times it crackles constantly all across the dash. If the radio is playing, it interferes with the radio or using the Bluetooth. At first it seemed like something hit the windshield and now it's worse and crackles all the time. There was a recall on this recently but not for the 2021 Pilot. This needs to be fixed. It is quite distracting and annoying."

- **2021 Honda Pilot | NHTSA ID Number 11427520, August 2, 2021, (Incident Date: July 29, 2021).**  "I have a major safety complaint with Honda's computer system. I understand that Honda works hard to make

---

[35] Occasionally, complaints related to the Defect were categorized differently.

their vehicles as safe as possible. With that said, on 7/29/21 around 9:40am I was driving on a country style road. Out of no where with nothing around me but trees the auto break safety feature came one. When this occurred I was jerked forward and got whiplashed. The car went from 40mph to 0mph immediately with no reason. As someone who has had concussions in the past this immediately gave me a headache. Thank goodness no one was behind me that would have rear-ended me. This issue with the auto break system occurs a couple times a week. Sometimes the breaks don't enact but the break warning light comes on and shakes the stirring wheel in which is extremely distracting. With this being said we have brought it up to a Honda Service Member and the response back we got was: "Oh, yeah that happens sometimes. There's nothing we can do about it". The car is my leased by my spouse."

- **2021 Honda Pilot | NHTSA ID Number 11429168, August 15, 2021, (Incident Date: June 1, 2021).** "There is an issue with the electrical system in this car. The radio has intermittent static on any station and hands free calls drop after a short period. I have Googled this and it is a very common complaint on this type/year vehicle. I am concerned there are other electrical issues that may be more safety related. The dealer did a hard reboot of the computer, but nothing changed."

- **2021 Honda Pilot | NHTSA ID Number 11432031, September 7, 2021, (Incident Date: July 30, 2021).** "Loud popping and crackling noise emitting from speakers. Cannot turn them off, and causes major interruptions in navigation, radio, entertainment. Dealer said Falkra wiring is faulty, but is back-ordered, and could not even give us an estimate of when it would arrive. Essentially told us to suck it up, but it is more than distracting (my daughter actually said it gives her a headache) and I'm worried about larger (safety) issues if the wiring is indeed faulty. What if my other electrical systems malfunction as well?"

- **2021 Honda Pilot | NHTSA ID Number 11432266, September 9, 2021, (Incident Date: May 1, 2021).** "The front end collision camera will register on coming traffic and warn me to brake. On one occasion the vehicle actually braked for me. Luckily I was only driving 25 MPH and there were no vehicles behind me. We took the vehicle to the dealer to have them look into the issue but they informed me that Honda did not currently have a fix for the issue and that I would have to turn the camera off every time I started the vehicle to prevent it from potentially braking for me and bringing me to a complete stop while driving. Our main concern is that the

73

camera picks up an on coming vehicle and stops us while driving on the highway causing us to veer off the road or get rear ended potentially injuring us or other drivers. We have tried several times over the course of several months to contact Honda directly about the issue but they will not return our calls."

- **2021 Honda Pilot | NHTSA ID Number 11433476, September 18, 2021, (Incident Date: Sept. 18, 2021).** "On 2 different occasions within the last 2 days, the automatic emergency brake engaged for no reason. The first instance, I was driving down the road with a car in front of me about 3 car lengths ahead and a car in a left hand turning lane. For no reason the brake light engaged and the brakes hit hard but not fully. Thankfully the car behind me was far enough to not hit us as I had my child in the car. On the second instance, again with my family in the car, driving down a different road with no cars anywhere around us, going around a bend, the emergency brake engaged again and the brake hit hard but not fully."

- **2021 Honda Pilot | NHTSA ID Number 114392421, November 3, 2021, (Incident Date: Nov. 3, 2021).** "The Information board goes out frequently and does not stay connected with phone. It started with the appleplay and the bluetooth dropping my phone and saying there was nothing connected. Then it would not connect at all. My infoboard behind the steering wheel then started to go on and off. There was one time that I was driving and the entire system went out and I had no idea where to turn and how fast I was going. The heating on the steering wheel does not work and does not warm up or just warms to the 1 I have called and taken my car in 2 times. They said this last time that it was fixed. It does not recognize my phone again and starting to drop calls. There is also loud static when you do get access to bluetooth or the sound goes muffled."

- **2021 Honda Pilot | NHTSA ID Number 11452304, February 16, 2022, (Incident Date: Dec. 14, 2021).** "Our Pilot is brand new - we started noticing popping and cracking sounds from the dashboard. It is pretty loud. We thought it was possibly the radio but it continues with the radio off. We thought it was the dashboard contracting/expanding but it happens in all weather. It has become increasing loud and consistent and now any sounds from the stereo, regardless of input, skip and glitch and we turn it off and the popping and cracking sound continues seemingly from the speakers. We took it to the dealership for repair but they said they can't repair it. This is not acceptable for a new car."

CLASS ACTION COMPLAINT

- **2021 Honda Pilot | NHTSA ID Number 11453937, February 24, 2022, (Incident Date: Jan. 6, 2022).** "automatic brakes happened a couple time on highway for no reason. happened most in carpool lane and curve freeways[.]"

- **2021 Honda Pilot | NHTSA ID Number 11453811, February 24, 2022, (Incident Date: Feb. 22, 2022).** "My car has had the automatic emergency braking system kick in randomly at least 6 times since I bought it. No cars in front of me, nothing on the shoulder next to me. Twice when a car was in opposite direction lane but nowhere near the center line."

- **2021 Honda Pilot | NHTSA ID Number 11454077, February 25, 2022, (Incident Date: Nov. 20, 2021).** "There have been several times the automatic braking assist has completely stopped the car. This has caused vehicles behind me to break hard almost causing accidents. I now disengage the automatic breaking assist when I use the car. I saw there were incidents with other Honda vehicles that didn't include the 2021 Honda Pilot which I believe should be included. I have witnesses of the car breaking to a complete stop several times. Please investigate before more accidents happen with injuries. Thank you for your hard work involved."

- **2021 Honda Pilot | NHTSA ID Number 11454040, February 25, 2022, (Incident Date: Feb. 22, 2022).** "Automatic braking system is engaging when there is nothing in front of or near the vehicle. When driving on the highway it will engage, flash BRAKE on the front dash, and engage the brakes and slow WAY down while doing 60+ mph."

- **2021 Honda Pilot | NHTSA ID Number 11454038, February 25, 2022, (Incident Date: Feb. 22, 2022).** "Automatic braking system is engaging when there is nothing in front of or near the vehicle. When driving on the highway it will engage, flash BRAKE on the front dash, and engage the brakes and slow WAY down while doing 60+ mph.

- **2021 Honda Pilot | NHTSA ID Number 11453989, February 25, 2022, (Incident Date: Jan. 20, 2022).** "There have been multiple instances where the Automatic Braking system has engaged preventing me as the operator from making adjustments. I have almost been in 2 collisions due to this feature. The automatic braking system prevents me from making a correction and will automatically lock up the brakes and steering. Both times I have almost been rear ended due to this feature. There has been an instance where the braking feature engaged where there was no car in from

75

of me but a car coming from the other lane and my Honda Pilot engaged the automatic braking system. Luckily there was no car behind me. This feature while could be useful is not in my opinion a safety feature but a safety hazard due to these multiple instances. This feature should be permanently disabled upon start up. Multiple times when I start the car I don't realize it is engaged until something happens."

- **2021 Honda Pilot | NHTSA ID Number 11461925, April 23, 2022, (Incident Date: April 23, 2022).** "The cars automatic emergency breaking system malfunctions and randomly activates and applies the brakes while driving. This specific incident has occurred three times when entering the highway on ramp the "BRAKE" message is displayed in the car and the brakes have been applied as I've attempted to get up to speed entering the highway. There were no cars in front of the vehicle at the time the emergency breaking system applied the breaks. In addition, the braking system has applied when changing lanes on the highway with no vehicles or objects in front of the car and several times on curvy roads. I've taken it back to the Honda dealer and they have stated that no codes were stored and were not able to recreate the problem. However, the service advisor also informed me that they could not reset or make any changes as "there is pending litigation and investigations with the NTSB" I was charged $109 for a 'diagnosic fee' for a car that is still under the manufacturers waranty and told to watch for a recall at some point because their is nothing they are able to do to fix the problem because of the pending litigation/investigation. The incident happened two more times on my drive home from the dealership. There is no warning lamps that have come on or other symptoms that can be isolated, other than the "BRAKE" message appearing and the automatic breaking being applied. This is incredibly dangerous when the car drastically is slowed down for no reason on roads that have 45 + MPH speed limits."

- **2021 Honda Pilot | NHTSA ID Number 11468547, June 9, 2022, (Incident Date: June 9, 2022).** "Forward Collision Warning system has many times flashed the large 'BRAKE' and loud beeping warning when collision was not imminent. It never actually applied the brakes but worries us that it could slam on the brakes unnecessarily and cause an accident by getting rear ended or causing the car to lose control and skid cross lanes. Most of the time this happens on an undivided road, sometimes on a curve, when the car may think the oncoming traffic may be coming at us."

CLASS ACTION COMPLAINT

- **2021 Honda Pilot | NHTSA ID Number 11470125, June 20, 2022, (Incident Date: June 19, 2022).** "Unresponsive dash control screen. Hands free Bluetooth disconnects. Popping sound through speakers. CarPlay option disappears. Am/Fm radio muffles while error message states no audio available. Restarting car fixes these issues for short while. Turning off radio while engine is on does not work. Gear hunting in transmission 2,3,4 fourth gear."

- **2021 Honda Pilot | NHTSA ID Number 11478123, August 8, 2022, (Incident Date: July 8, 2022).** "Auto braking applies randomly cause brakes to lock up happens when driving in any conditions. This problem has already caused a minor accident with my vehicle due to brakes locking up and no throttle[.]"

- **2021 Honda Pilot | NHTSA ID Number 11481299, August 25, 2022, (Incident Date: Aug. 24, 2022).** ""The car braked automatically without any obstruction or car in front. I lost control of the brakes causing a severe Jerk and car to slip on freeway. I had a 2 month and 5 yr old in the car. We nearly escaped a serious accident as the truck was behind us in full speed. The whole warning/stopping event occurred in a few seconds. There were no obstacles in the road," the driver wrote. "There was a truck following me about 2 car lengths behind who had to stop very quickly in order not to rear-end me." I am scared and dont want to drive the car anymore[.]"

- **2021 Honda Pilot | NHTSA ID Number 11481717,  August 29, 2022, (Incident Date: Aug. 15, 2022).** "When the automatic engine shut-off is engaged during traffic stops, sometimes the power to the vehicle shuts off. It can happen at stop signs with out warning. The vehicle usually powers back up in Park."

CLASS ACTION COMPLAINT

- **2021 Honda Pilot | NHTSA ID Number 11482438, September 1, 2022, (Incident Date: Aug. 31, 2022).** "With the auto idle feature engaged (disengaging requires manually turning off the system with each vehicle start) while at a stop light the auto idle feature shut the engine off. Typically, when you release the brake the car start back up and you can begin to accelerate. Over the past few months the issue has stalled the engine, but restarted and give the warning "Collision Mitigation Braking System Malfunction." On the past 2 occurrences the engine has shut off completely and I have had to restart the car. This occurs when at an intersection or similar after going into a complete stop, so vehicles around you are ready to move. Once it took me opening the car door and closing it to get the electronics to allow the car to restart."

- **2021 Honda Pilot | NHTSA ID Number 11489954, October 19, 2022, (Incident Date: June 28, 2021).** "The contact owns a 2021 Honda Pilot. The contact stated while driving approximately 35 MPH, the Forward Collision Mitigation system inadvertently activated. The contact stated that the brakes were independently activated. The brake and several other unknown warning lights were illuminated with an audible chime. The contact stated that the software independently reset and returned to normal driving. The contact stated that the failure became constant. The contact had taken the vehicle to a local dealer on three occasions, but no repairs were performed. On the third service appointment the contact was advised that the manufacturer was aware of the failure and was developing a remedy. The manufacturer had been informed of the failure. The failure mileage was 10,486."

78

- **2021 Honda Pilot | NHTSA ID Number 11502254, January 17, 2023, (Incident Date: Jan. 12, 2023).** "The CMBS regularly activates with the brake warning lights, audible, and steering wheel shaking. There has never been anything in front of the vehicle when the CMBS activates. Most recently, the CMBS activated and applied the brakes when driving approximately 40 mph for no reason. Obviously, the safety of the driver and all passengers are at a risk of an accident caused by the CMBS' faulty activation, as well as any other people and/or property involved. We have been complaining to the dealership regularly since we purchased the vehicle over 2 years ago, to no avail. The dealership states they have not been able to confirm or reproduce the CMBS' faulty activation. No one other than the dealership has inspected the vehicle for this problem. The CMBS is on by default, so the only option until repaired is to remember to deactivate the CMBS every time the vehicle is use, by every driver. The vehicle is available for inspection upon request."

- **2021 Honda Pilot | NHTSA ID Number 11503348, January 24, 2023, (Incident Date: Jan. 3, 2023).** "There is speaker cracking noise and monitor goes black when using navigation. This is distracting and dangerous do to myself as a driver and others. It is distracting and concerning that a new vehicle goes crazy and Honda has no idea how to fix this. I have taken the vehicle to get serviced 4 times and still there is no resolution."

- **2021 Honda Pilot | NHTSA ID Number 11505546, February 4, 2023, (Incident Date: Jan. 3, 2023).** "The brake light come out for no reason[.]"

- **2021 Honda Pilot | NHTSA ID Number 11507183, February 14, 2023, (Incident Date: Feb. 14, 2023).** "2021 Honda Pilot Black Edition with 37,007 miles. Navigation screen will display "Network Communication Lost" and "MOST Net Off" before completely shutting down for 5-10 minutes at a time, only to do the same thing after resetting. This is a known issue for Honda, hence Technical Service Bulletin 20-058 to cover a range of vehicles, including my 21 Pilot; most older covered vehicles are at 5 years 60k miles, but because my vehicle is newer, it isn't covered and is limited to 3 years 36k miles. I am having to pay out of pocket for these repairs. Contacted Honda and they couldn't help, stating my vehicle is out of warranty. It makes no sense to cover older vehicle but not a newer one when these issues are known and reported under TSB 20-058. Honda complaint Case # 13646867."

CLASS ACTION COMPLAINT

- **2021 Honda Pilot | NHTSA ID Number 11513306, March 22, 2023, (Incident Date: Feb. 16, 2023).** "Collision warning system goes off when no vehicles present. Steering wheel starts shaking and brake flashes on dash display. This has happened several times before. Date of last incident recorded."

- **2021 Honda Pilot | NHTSA ID Number 11514517, March 29, 2023, (Incident Date: March 18, 2023).** "Loud, consistent, cracking sound along the base of the windshield along dashboard. Sounded as if the entire windshield would crack and shatter. Happened at least 3 separate instances, seems to be temperature related and on longer car rides. Once during NE winter with heat cranking it began to make the cracking sound. It was terrifying as I was unsure if the windshield would shatter and implode on us. I turned the heat off and opened windows to cool interior of the car. That made the sound stop. The car has not been inspected yet and unsure if they could recreate problem in the shop. Would probably need heat of engine over a long period and internal heat turned all the way up for a long period of time."

- **2021 Honda Pilot | NHTSA ID Number 11515360, April 4, 2023, (Incident Date: April 4, 2023).** "When driving the collision mitigation and brakes apply causing steering wheel shake and braking WITHOUT passing of vehicles. This happens multiple times during driving. This has been ongoing since June 2022 and has been reviewed by Honda without correction."

- **2021 Honda Pilot | NHTSA ID Number 11520821, May 7, 2023, (Incident Date: March 21, 2023).** "I've purchased my Honda pilot 2021 Brand New within the last two months. My car is CMBS has initiated, breaking for oncoming objects that were nonexistent or when on coming traffic was passing me in the other lane, causing my vehicle to break abruptly nearly causing an accident followed by all Honda, sensing features such as forward, collision collision lane assist us cruise control assist to driving along with automatic head beams. High beams. Are no longer functional."

- **2021 Honda Pilot | NHTSA ID Number 11522826, May 19, 2023, (Incident Date: Feb. 12, 2021).** "When driving the collision mitigation and brakes apply , flash dash and shake wheel violently. Almost loss of vehicle control. Almost not drivable on 2 lane roads This happens multiple times during any driving. This has been ongoing since Purchase and has

been reviewed by Honda dealer without correction. Only recourse was replace controls at owner cost even while under new car warranty[.]"

- **2021 Honda Pilot | NHTSA ID Number 11523333, May 22, 2023, (Incident Date: May 20, 2023).** "I purchased the vehicle brand new in 2021. At this time I don't feel safe driving the vehicle due to the following issues I'm having: The automatic braking system will engage without notice. On 5/20/23 I was at driving at 60 MPH at 2:00am and the car slammed on the brakes for no reason, there was NO other vehicles on the road in front of me or besides me at the time of the incident. On 5/21/22 I was driving around 45MPH and I went next to a vehicle that was parked on the should of the road, When I approached the vehicle the brakes engaged almost causing a collision with the vehicle that was driving behind me witch it happen to be a Semi Truck. 12/22/22 While driving on HWY 18th the vehicle brakes engaged for reason or warning while driving on straight line. This happens 99% of the time when I drive the vehicle. The warning yellow braking light would illuminate and the steering wheel will shake or vibrate for no apparent reason when cars are coming the opposite way. This is extremely scary situation to have in a brand new vehicle. I have taken the vehicle to the dealership in hope of repair but nothing has been done. I started having this concerns a month or so after the vehicle was purchased, and the only solution I was given by the dealership was to disengage the auto braking program, But I don't think that's the solution. This coming Thursday 5/24/23 the vehicle will be inspected. ( this will be the second or third time the vehicle will be in the shop due to the same issue. Thank you for taking the time in reviewing my concern."

- **2021 Honda Pilot | NHTSA ID Number 11523802, May 25, 2023, (Incident Date: May 25, 2023).** "The Entertainment system makes popping and crackling sounds and will cut out. This is very distracting while driving. It does not allow you to use the screen at all including to view backing up. I contacting Honda Corp and was told to get a formal diagnosis which is scheduled for June 16, 2023. Was also told this has happened many times before in other models of pilots."

- **2021 Honda Pilot | NHTSA ID Number 11526002, June 8, 2023, (Incident Date: June 7, 2023).** "Audio system popping noise affecting the dashboard system and audio system not working loss of power controls to use any of the systems digital components including speed control backup camera entire audio system[.]"

- **2021 Honda Pilot | NHTSA ID Number 11528475, June 23, 2023, (Incident Date: June 17, 2023).** "When driving the collision mitigation and brakes come on for no reason. Once when driving down a two lane road with a car coming in the opposite direction in their lane and I was in mine, the car braked. Then once getting on a road nothing coming nor any other vehicle around the vehicle did a hard brake. I just purchased the car last month and it just started happening."

83.    The 2022 Honda Pilot SUV FWD and AWD have 22 complaints listed on the NHTSA ODI website, including 4 "electrical system" complaints and 2 "service brakes" complaints.  Select Defect-related complaints include:

- **2022 Honda Pilot | NHTSA ID Number 11448719, January 24, 2022, (Incident Date: January 21, 2022).** "SUV(Honda Pilot 2022) continues to brake. and lose power after brake pedal has been released causing unsafe and un controlled stopping. ( No warning lights or errors ) We have almost been rear ended do to this. Taken back to dealer to repair after only 200 miles on SUV. Dealer replaced antilock brake module. After repairs SUV seemed to brake normally for about one week then started doing the same thing again but way worse, to the point we didnt think we could make it home. The sticking brakes, loss of power to the SUV got so bad that it was unsafe to operate and was towed to the dealer awaiting another repair...in shop now two times with less then 500 miles for same exact safety issue. This braking issue could possibly cause serious accidents if not remedied soon. Hearing stories other 2022 Hondas are dealing with this issue as well....hoping no one gets seriously hurt if issue is left unaddressed[.]"

- **2022 Honda Pilot | NHTSA ID Number 11454041, February 25, 2022, (Incident Date: Feb. 1, 2022).** "The contact owns a 2022 Honda Pilot. The contact stated while driving at various speeds, the braking system would erroneously activate causing the vehicle to abruptly reduce speed. Additionally, while operating the vehicle, the brake lights would randomly flash on and off. The cause of the failure was not yet determined. The manufacturer and local dealer were not notified of the failure. The VIN was not available. The failure mileage was 1,000."

- **2022 Honda Pilot | NHTSA ID Number 11500508, January 6, 2023, (Incident Date: Jan. 5, 2023).** "The car has used Automatic braking 3 times for no reason. No one is front of us. It also used automatic braking and then made the car die? Or lose all power and there was no object in

front of us, in the middle of the road. We were almost rear ended and the vehicle would not let us move. It was horrible."

- **2022 Honda Pilot | NHTSA ID Number 11527481, June 17 2023, (Incident Date: June 16, 2023).** "Driving on the highway and my dash and infotainment screen went black for about 15 seconds."

- **2022 Honda Pilot | NHTSA ID Number 11529014, June 26, 2023, (Incident Date: June 26, 2023).** "For the past year and a half, I have had issues with the forward collision warning and emergency braking systems. I get false warnings to "Brake" when there are no other cars around. I have also had the car brake for no reason - one time, we were on the interstate, the emergency braking system engaged and it pulled us to the side of the road. I have taken the vehicle to the dealership numerous times and they cannot get it to reproduce. It happens sporadically and there isn't anything I can do to reproduce the issue either. I fear this will happen when a car is too close, or, living in Wisconsin, that the brakes will engage when driving on snow and/or ice. It has happened at 10 mph up to 75 mph."

### *Select Honda Passport NHTSA Complaints*

84. The 2019 Honda Passport SUV FWD and AWD have 149 complaints listed on the NHTSA ODI website, including 61 "electrical system" complaints, 16 "service brakes" complaints, and 18 "forward collision avoidance" complaints.[36] Defect-related complaints include:

- **2019 Honda Passport | NHTSA ID Number 11230644, July 10, 2019, (Incident Date: July 9, 2019).** "NOTE. All has taken place while in motion except for the restart. Started with intermittent speaker crackles. Yesterday crackles with radio on reoccurring crackles folled by infotainment scren noting radio signal loss folled by data communications loss. (paraphrasing) follwed by blank screen. followed by blank instrument screen. For some seconds. Then all screns became functional. Today as radio played there was a loss of sound with visual indication radio operation was continuing as a bump in the road was noted. Radio remained silent till

---

[36] Occasionally, complaints related to the Defects were categorized differently. *E.g.*, infotainment system and instrument panel going black categorized as "unknown or other" rather than electrical (Complaint No. 11270566); sporadic infotainment system lockup categorized as "visibility/wiper" (Complaint No. 11311550).

later as engine was restarted. Radio then sounded through speakers."

- **2019 Honda Passport | NHTSA ID Number 11231366, July 12, 2019, (Incident Date: July 1, 2019).** "TL* The contact owns a 2019 Honda Passport. While operating the vehicle, the instrument cluster suddenly shut off. The vehicle was not diagnosed or repaired. Royal Honda (2633 N. Hullen St, Metairie, La) was contacted in reference to the failure. The manufacturer was not notified. The failure mileage was 2,700."

- **2019 Honda Passport | NHTSA ID Number 11233479, July 19, 2019, (Incident Date: July 13, 2019).** "Multiple issues with the infotainment system. The first issue happened around 300 miles, the Apple Carplay would not connect. Had to repeatedly disconnect and reconnect Apple xs max. At times the sound would just stop working. Switching from Carplay, XM radio, and FM would fix the issue. The infotainment completely shut down on July 13th. I tried to "fix" by turning the passport off and on, getting out of the Passport and locking the doors, getting back in and starting it. I tried this about 10 times and nothing worked. I drovee  straight to the dealership. They quickly disconnected the batter from the Passport and this resolved the issue. The issues happened both while the Passport was in drive and while in motion. I have also had issues with the driver side mirror not holding memory. The mirror sometimes does a factory reset, so I am finding myself having to reset the mirror every time I go to drive."

- **2019 Honda Passport | NHTSA ID Number 11242740, August 9, 2019, (Incident Date: July 31, 2019).** "The infotainment information display becomes blank intermittently. Data connection loss radio signal loss intermittently when screen is active. Speed indicator panel goes blank intermittently. It is currently unknown if safety features are compromised at this time. Honda has replaced systems and the problem has reoccurred. Given these problems the vehicle is not being driven. These events are while vehicle is in motion on very fat, to slightly bumpy surfaces. Harder jarring has not created similar events. This issue has been reported previously. And continues after Honda recommended repair."

- **2019 Honda Passport | NHTSA ID Number 11256408, September 18, 2019, (Incident Date: July 2, 2019).** "While driving in motion and running over slightly bumpy surface I will hear static in the speakers after hitting a few more bumps the audio will shut off. Then the infotainment screen with either say 'FM radio unavailable' or 'network communications lost' following this the infotainment screen will either

reboot or stay off until the car is restarted. In some cases when the infotainment screen went off the driver screen that displays speed, rpm and other safety warning message shuts off and reboots while driving in motion which is very distracting and unsafe. I have had my 2019 Passport at the dealer four times where they have checked connections, replaced wiring harness and even replaced the driver screen module. Weeks after this last fix the same issues happened again and now both screens are blank and will not come back on after restarting the car. It is heading to the dealer for yet another diagnostic. Note during most of these issues I was using Car Play but have also experienced it just using FM radio. The problems usually don't surface till after driving on a bumpy road."

- **2019 Honda Passport | NHTSA ID Number 11265747, October 2, 2019, (Incident Date: June 12, 2019).** "TL* The contact owns a 2019 Honda Passport. While driving at any speed, the Bluetooth seized after a few minutes of driving. Also, the clock and radio did not automatically set to the contact's current location. There was no warning indicator illuminated. The system restarted after the vehicle was turned off and restarted. The vehicle was taken to DCH Kay Honda (732-982-2732, located at 200 NJ36, Eatontown, NJ 07724), but the failure could not be duplicated. The failures recurred. The manufacturer was made aware of the failures and stated that there was a computer update that should have been performed. The contact was provided case number: 09932490 and was referred back to the same dealer; however, the dealer stated that there was no update. The vehicle was not repaired. The failure mileage was approximately 2,000."

- **2019 Honda Passport | NHTSA ID Number 11270566, October 23, 2019, (Incident Date: Oct. 23, 2019).** "Infotainment system and instrument panel both went black today and stopped working for no reason. Car has only 3000 miles on it. Vehicle was driven to work this morning with everything working. When I started it to go home at end of day neither the instrument panel or infotainment system would work; both were just black screens. Have since discovered there is a class action lawsuit filed against Honda for infotainment system problems and want to report my issue. Extremely concerning situation as car unsafe to drive without instrument panel."

CLASS ACTION COMPLAINT

- **2019 Honda Passport | NHTSA ID Number 11289200, December 15, 2019, (Incident Date: Dec. 15, 2019).** "Driving my car on belt parkway, I connected my phone to use android auto, the radio stopped working, head unit said "audio is off" and also the instrument panel was not answering to my commands. In the same drive I almost crush with a vehicle coming from my right side because the alert system didn't light on to warn me. After few more miles I could pull over, turn off the car, opened the door, close the door, turn on the engine , connect my phone and same problem came out. I have only 465 miles with my car and I already contacted the dealership 2 times regarding this problems. I also ask the dealership to give me my old car back but they refused. What should I do. I am very worried about this car and I don't feel comfortable and safe driving it anymore."

- **2019 Honda Passport | NHTSA ID Number 11291210, December 25, 2019, (Incident Date: Nov. 15, 2019).** "6000 on odometer.collision mitigation system is too sensitive. The "brake" notice will flash on the dash screen at times where is no danger of a collision. At times the system will apply the brakes when there is no danger of a collision. This may result in vehicle being struck from the rear by a following vehicle. From what I understand this a common problem on 2019 Honda Passports[.]"

- **2019 Honda Passport | NHTSA ID Number 11291915, December 29, 2019, (Incident Date: Dec. 28, 2019).** "As we were driving down i-65 in Kentucky (driving back home to Michigan), the vehicle lost functions / communications of the infotaiment system, we were relying on the GPS system via "Apple Play" to determine what exit to take. From prior experince with this "issue", I knew we needed to pull the side of the highway and shut the vehicle off, then turn back on, and thats what we did. it worked, but was not safe on that busy highway."

- **2019 Honda Passport | NHTSA ID Number 11292181, December 30, 2019, (Incident Date: Aug. 1, 2019).** "Since I have leased the vehicle, the collision mitigation breaking system is coming on when not needed, at times during highway speeds.. I have been nearly rear-ended three times, the latest causing the man behind me to almost go off the road into a ditch (thankfully he was able to just barely avoid this) and it is happening when my husband is driving the car as well. It is very startling and worrisome. The car actually nosedives and comes to a complete stop at times'other times it breaks suddenly and then releases or I have to put my

foot down on the gas while trying to disengage the system. I have taken it into the dealership a few times already and they are not able to fix it as it cannot be replicated when they have had it (weeks can go by in between when it happens) and I have expressed I do not want them constantly driving my vehicle trying to cause this issue when I was told explicitly that if this happens and they're driving my vehicle, my insurance is responsible. I have also filed a complaint with Honda Motor America where a case has been opened and closed very quickly. Their response was that it is pretty much not their problem, I am on my own unless I am able to make it happen in front of an advisor, or have an advisor drive my car frequently (like using it to go to and from work, etc. being they do not drive it far when trying to replicate the issue) and they do not hold any liability if this issue is to cause an accident where myself or other drivers on the work are injured in any capacity. I also have been getting warning lights at times that the system is malfunctioning and my automatic high beams have begun to not work properly as well. The dealer told me the only fix is to 'if I were you I would just shut it off every time I get in the car'. I want it to work properly being it was part of the reason I leased the vehicle as it's standard equipment,[.]"

- **2019 Honda Passport | NHTSA ID Number 11296948, January 3, 2020, (Incident Date: Dec. 21, 2019).** "Starting at about 500 miles, a crackling noise would propagate through the speakers and the infotainment and rearview camera would shut off. Took the car for service and the fixed the problem for a few hundred miles when it came back much more severe. Stepping on the gas, or bumps would produce erratic issues, not only freezing the infotainment along with intense crackling noises, but also, braking on its own. Took the car to back for service and the dealer stated that they could not reproduce the braking on its own issue. Not unsurprising because the pattern of problems is random. Service at least admitted the infotainment issues and I was told that this is a common problem that Honda is working on a repair involving replacement of the harness. They wanted to replace the infotainment unit but the part would not be in stock for almost 4 weeks. The problems have only worsened since and now blacking out of the speedometer is the latest safety issue. Called Honda and asked to have the car replaced, only to be told that I am a liar and the car has not been serviced once yet. The Honda representative provided the most disgusting customer service I have ever encountered denying the issues and telling me that there is no safety issue and basically implying that the infotainment problem almost does not exist. He lied telling me that Honda is not working on any permanent fix, as according to him there is not a problem. Dealer and service employees all know the problem, but Honda believes that its customers are idiots with zero intelligence. made me realize the importance

of using a lawyer and participating in class actions, as the only way Honda will respond to the "elephant in the room" is through legal action. I also hope NHTSA will act quickly on this very well known problem and force a solution."

- **2019 Honda Passport | NHTSA ID Number 11298471, January 10, 2020, (Incident Date: Jan. 10, 2020).** "Infotainment displayed 'network connection lost.' System and dashboard digital console rebooted while driving. This includes speedometer, navigation, and fuel gauge."

- **2019 Honda Passport | NHTSA ID Number 11300971, January 21, 2020, (Incident Date: April 26, 2019).** "The infotainment system fails while using Airplay, causing navigation, audio, Bluetooth failure and the rear camera goes out as well. When trying to reboot by turning off the car, the engine stays off but the info system runs darkly in the background. Battery died overnight. Battery reconnect seemed to work but being that this happened twice and I got lost once as a result, I avoid plugging in my phone. This is outrageous, it's all over the internet and no one is stepping up. What about the lemon law? Where's our protection?"

- **2019 Honda Passport | NHTSA ID Number 11301886, January 25, 2020, (Incident Date: Jan. 8, 2020).** "The infotainment center will display a connection error and then shut off while driving. The screen behind the steering wheel will also shut off while driving. The problems seem to occur when hitting a bump in the road small or large. Also when this occurs the speakers will crackle and pop if any audio was playing when the issue started. The speakers occasionally will crackle and pop even if there was no audio prior to the issue occurring."

- **2019 Honda Passport | NHTSA ID Number 11302157, January 27, 2020, (Incident Date: Jan. 2, 2020).** "While driving a crackle is emitted from the front speakers. The tuner will blank out and display "check tuner", then the entire instrument pod goes dark. No speedometer, no other instrument information. Appears to be doing a reboot , while the car is in motion. Seems to be related to turning corners or hitting small bumps in the road. Very dangerous because it happens at anytime, regardless of speed you are travelling. Suddenly entire dashboard is black. Car has approximately 6,000 miles on it, but problem began earlier and has progressively gotten worse."

CLASS ACTION COMPLAINT

- **2019 Honda Passport | NHTSA ID Number 11307944, February 8, 2020, (Incident Date: Jan. 10, 2020).** "The radio displays an error message of 'network communication lost' before the screen blacks out. This happens over and over every time I drive the vehicle. In addition, the screen for the odometer blacks out and I cannot see the traveling speed of my vehicle. I cannot use the federally mandated backup camera as well as the parking sensors. I cannot see the parking sensors. The vehicle also shows 'brake' continually when driving as another car approaches from the opposite direction. there is no need to brake at these times. This occurs very frequently while driving. The last item is the transmission does not want to shift while traveling downhill about 50% of the time when I leave my house. The engine will just rev higher and higher over 4k revs. I cannot even drive the 25-mile speed limit when this occurs. I have confirmed that the transmission settings are in the standard drive mode during these events. I also informed them that the auto high beam feature does not work properly. When another vehicle is approaching from the opposite direction many times it does not turn off and I blind the oncoming driver. I have brought this to the dealership twice and it has not been fixed."

- **2019 Honda Passport | NHTSA ID Number 11307872, February 8, 2020, (Incident Date: Nov. 19, 2019).** "The entire audio/electrical goes out while driving. Crackling, popping sounds, sound like small pebbles hitting windshield, or electrical shorts, and then the entire console goes out. Back up camera, all audio, navigation, screen fades in and out few times, with the small crackle sounds, then usually a loud crack, and everything goes dark. If you pull over, shut off car, and restart, sometimes it comes back. If you are driving, it maybe restarts in 10-15 minutes, but will continue with shorting out again. Brand new vehicle, bought at the end of October 2019. Honda does not seem to have fix, or any connections to why some vehicles have this problem, and others do not. I have reached out to the Honda corporation, with little response back from them. our garage is doing the best they can, following bulletins on updates for what or how to attempt repair from Honda. Our new car has been in garage 2 different occasions, November 2019, and February 2020, for days at a time, for the same problem. Honda knew this was a problem, and still sold vehicles."

- **2019 Honda Passport | NHTSA ID Number 11308293, February 10, 2020, (Incident Date: Jan. 6, 2020).** "While driving over slightly rough roads, the radio speakers will make a crackling and popping noise. Sometimes to the point of complete malfunction where the sound will go off completely and show a message of no audio input. The only way

to reset the audio is to stop the vehicle, shut off the ignition, and open the drivers door to end the retained accessory power feature, then restart the vehicle which reboots the infotainment system. Problem was reported to the dealer service department who says they can't replicate the problem. This occurs while using any audio input sources, including the maps feature in Apple Carplay. It's very distracting and therefore a potentially dangerous problem while driving the vehicle."

- **2019 Honda Passport | NHTSA ID Number 11311550, February 26, 2020, (Incident Date: April 30, 2019).** "The vehicle infotainment system locks up sporadically while the vehicle is in motion. as a result, the backup camera is inoperable until a fuse is removed from under the hood. This first happened shortly after purchasing the vehicle and has happened over five times since. This has not been addressed by the local dealer or Honda corporation despite multiple visits to the dealer to determine the problem."

- **2019 Honda Passport | NHTSA ID Number 11311547, February 26, 2020, (Incident Date: Feb. 25, 2020).** "Was driving 70mph on the freeway using adaptive cruise control (acc). No cars ahead of me, several behind. The car icon on my dash (lights up while using acc) began flashing then my passport (on it's own) slammed on the breaks, forcing my daughter and I into our seatbelts hard, and forced the cars behind to slam on their breaks. The break warning that usually flashes on the dash when there's a reason to break didn't happen. It was a close call but everyone avoided a collision. Immediately took to dealership. They said they'd never heard of that happening but I googled it and the issue pops up several times in online forums and there's a class action lawsuit from 2017 cr-v's from problems with the ACC. Waiting to hear what dealership says, but the guy said they'd just take it for a few test drives and see if it happens again. Absolutely do not feel safe driving vehicle now!"

- **2019 Honda Passport | NHTSA ID Number 11315738, March 2, 2020, (Incident Date: Jan. 2, 2020).** "As per other recalls of the 2019 Honda Passport we are having the same symptoms. The windshield area along both a pillars are popping and making noise. This is a problem we have been having, finally looking it up on internet we found that other Passports of this year are being recalled for faulty weld spots. We have had this noise sitting at a red light, and clear good weather conditions and also while traveling down the road."

CLASS ACTION COMPLAINT

- **2019 Honda Passport | NHTSA ID Number 11316669, March 6, 2020, (Incident Date: March 6, 2020).** "While the vehicle is running and driving, the infotainment system fails. The first event in the sequence is that the audio from any source (AM, FM, satellite, iPhone) will start to crackle and intermittently cut out. Then the infotainment screen in the center of dashboard will go dark and all sound will stop. Additional events include the driver screen (speedometer, etc.) behind the steering wheel going dark. Sometimes the messages 'no audio source' or 'network connection lost' are displayed on the screen. Occasionally the system will try and reboot after 10-15 minutes, with the screens turning on again for a short period of time (5-10 seconds) before going dark again. the only way to recover temporarily is to park, turn the vehicle off, open the driver's door (shuts off retained accessory power) and then restart the vehicle. this system failure happens with and without an iPhone connected via genuine apple USB cable. None of the following have resolved the problem: resetting the infotainment system to factory settings; disconnecting the battery cable under the hood; and, temporarily removing the infotainment power fuse under the hood. Checking the system settings via the infotainment system application indicates that the system is up to date and no updates are available. This has been happening for several months. The Honda dealer service department stated that they never heard of this issue, and suggested that I film the issue when it occurs!"

- **2019 Honda Passport | NHTSA ID Number 11317033, March 9, 2020, (Incident Date: Feb. 27, 2020).** "When using the audio system (Appleairplay, Bluetooth, Sirius or FM radio), the speakers at some point will begin crackling and making popping noises, similar to static noises, which causes the music to interrupt and cut out. even when you turn the audio off, the speakers continue to make the crackle and pop sounds. You have to turn the car off and open the door to completely cut off the audio. It happens randomly and is a complete distraction while driving. The display screen also cuts in and out while in use using the backup camera, music or Google Maps, etc. as well. The car can be in motion or parked, it happens. This started in Feb 2020, 1 month after leasing the car and approx 1000 miles."

- **2019 Honda Passport | NHTSA ID Number 11320010, April 2, 2020, (Incident Date: Nov. 21, 2019).** "While driving on the highway my Passport, I smelled what reminded me of electrical wires sizzling it was coming from the Honda display audio unit .The apple play stop working and I had no audio sound from the radio or other app. The unit was

unresponsive and remain on with the engine cut off. The display while not working remain on for three day before turning off. The unit randomly continue to go out after the smell of burning wire. And error code begin to display: 6382 appeared. this problem is still occur and I had to replace my I phone because the inside of the phone was burn. I do want to have the Passport cause harm to someone before check this safe issue out."

- **2019 Honda Passport | NHTSA ID Number 11320456, April 7, 2020, (Incident Date: Jan. 20, 2020).** "My complaint concerns the infotainment system. The sound output will crackle, skip out or shut down altogether. When this happens, it affects all outputs including FM, satellite, Carplay and the hands free. Restarting the audio system does not work. When feasible, shutting off the engine will not reset the system until the driver door is opened. This may or may not fix the problem. The most severe problem occurs when the speedometer instrument panel goes black while the vehicle is in motion. The instrument panel going black has always occurred while on the highway at greater than 65mph. These problems have always happened when the vehicle is in motion. Occasionally it may start crackling after hitting a bump. Other times, there is no identified cause for the dysfunction. The attached pictures show some of the error codes and messages seen[.]"

- **2019 Honda Passport | NHTSA ID Number 11324118, May 11, 2020, (Incident Date: Dec. 9, 2019).** "Computer shuts down on the audio system. Has been to the dealer 3 times for repair something is wrong in the wiring. While driving these loud noises come from the dash then after awhile it says audio off. Then network shutdown. *TR"

- **2019 Honda Passport | NHTSA ID Number 11325758, May 25, 2020, (Incident Date: May 23, 2020).** "Infotainment system malfunctions causing backup camera and navigation systems to not function and sends loud crackling noises through speakers. Also causes instrument panel to fail for minutes at a time. Connections to infotainment and dashboard displays fail while in motion after minor bumps in road."

CLASS ACTION COMPLAINT

- **2019 Honda Passport | NHTSA ID Number 11327513, June 6, 2020, (Incident Date: June 5, 2020).**  "The Honda sensing system almost constantly thinks there is a vehicle coming at you when there isn't one coming at you. It will shake the steering wheel and flash the orange brake warning at you. The infotainment system also stops working almost every drive as well and says there is no input for audio. *TR"

- **2019 Honda Passport | NHTSA ID Number 11328508, June 12, 2020, (Incident Date: June 7, 2020).**  "The automatic braking system activated unnecessarily while driving on the interstate. The cruise control was set to 75 mph. There were no objects or vehicles in front of my car during the brake activation. While cruising down the interstate, the "brake!" message appeared and the vehicle automatically applied the brakes. I noticed that the vehicle shouldn't be braking and to avoid being rear ended on the interstate, I pressed the gas pedal to try to deactivate the system. Since the first incident it has activated unnecessarily again 3 times. *TR"

- **2019 Honda Passport | NHTSA ID Number 11330554, June 24, 2020, (Incident Date: June 2, 2020).**  "Infotainment system fails, sometimes reboots. Cracking and popping precede it usually - sounds as if it's coming from speakers. Then complete infotainment lcd fails - goes black. This leaves the *backup camera* non-functional. *TR"

- **2019 Honda Passport | NHTSA ID Number 11331397, June 29, 2020, (Incident Date: June 24, 2020).**  "The automatic collision braking system activates on the highway on its own with no traffic in front of my vehicle and no reason to apply the brakes. It flashes the brake warning and then abruptly applies the brakes. This cause vehicles behind to abruptly apply their brakes. This is going to cause collision and loss of life. My wife brought the vehicle to the Honda dealer who cleaned the sensor and the vehicle did the same thing on the drive home. *TR"

CLASS ACTION COMPLAINT

- **2019 Honda Passport | NHTSA ID Number 11338563, July 10, 2020, (Incident Date: July 1, 2020).** "Vehicle will intermittently activate collision mitigation braking system with no traffic nor objects nearby, causing the vehicle to come to a near stop, or full stop. Speed, weather, and driving conditions vary during false activation, but it has also happened at highway speed, nearly causing a high-speed rear-end accident. Vehicle has twice been taken to local dealer and since they claim that it cannot be easily recreated due to intermittent condition, then they cannot diagnose & repair."

- **2019 Honda Passport | NHTSA ID Number 11340935, July 22, 2020, (Incident Date: July 1, 2020).** "While the car is in motion the speakers make a loud crackling and popping noise. The car audio fails with an error message that says "radio unavailable" or "network communications lost". This causes all audio to quit working, along with the back up camera, navigation and Bluetooth. In addition, the speedometer fails and goes completely blank while driving. sometimes the system reboots itself after staying dead for several minutes. I have taken the car to the Honda dealership twice. They tell me they submit videos to the tech line of the problem occuring, but they do not have a solution for a fix. Problem started when vehicle had approximately 10,000 miles. now vehicle has 32,000 miles and the issue has progressively gotten worse. These issues occur every time the car is driven, which is multiple times daily."

- **2019 Honda Passport | NHTSA ID Number 11341491, July 26, 2020, (Incident Date: July 26, 2020).** "Infotainment system fails, screen goes blank, backup camera and speedometer goes blank. This has happened numerous times, dealer supposedly repaired two weeks ago but problems persist."

94

CLASS ACTION COMPLAINT

- **2019 Honda Passport | NHTSA ID Number 11342667, August 1, 2020, (Incident Date: Aug. 1, 2020).** "The collision detection system frequently lights up the flashing "brake" notice under conditions that should not require a braking notification. It is too sensitive and I'm very concerned it will activate the brakes when not necessary and cause a rear end collision. This happens regularly and has occurred numerous times over the year we've had vehicle. The most noticeable is when when going around a curve and a car is in the other lane directly in front of you. So far it has not activated the brakes, but there should be some AI built into the system to know that you are going around a curve based on the fact that the wheels are turned and not be as sensitive going around a curve."

- **2019 Honda Passport | NHTSA ID Number 11350159, August 18, 2020, (Incident Date: July 1, 2020).** "While vehicle is in motion I've experienced issues with collision mitigation system braking the vehicle when a vehicle is coming toward me in the opposite lane (oncoming traffic). This occurs while I'm driving the vehicle. I've taken to the dealer and the issue was not replicated. It does occur intermittently. I've experienced issues with the infotainment system too. The entire system freezes and becomes inoperable. It does not correct until vehicle is parked, turned off, driver door opened, then vehicle restarted. Lastly, the auto idle features consistently does not engage. I have the system randomly engage when I'm parking my vehicle in the garage. Again, all of these issues have been reported to the dealer providing service and remain unresolved since they can not be duplicated at service appointment."

- **2019 Honda Passport | NHTSA ID Number 11350641, August 21, 2020, (Incident Date: July 15, 2020).** "This problem has occurred ever since we bought the Passport in May of 2020 it is an ongoing problem and has occurred many times. Occasionally, while in motion and driving 45-60 mph on a two lane road, particularly on a curve to the right (has occurred on straight stretches too) the anti-collision brake system will apply the brakes as a warning. The speedometer lights up orange with large letters twice in a row (brake! brake!). At this time I can feel the brakes applied lightly and the dealers service writer has confirmed that the brake lights also activate. This happens very frequently in my vehicle (and according to many on the passport owners forums it is a common problem). With me it will happen at least once every 75-100 miles or more frequently. On a trip in July of about 5000 miles, this occurred over a hundred times. I have only seen this system operate correctly twice, with cars in front of me.....the other times the car is in the oncoming lane. Once, a car passed me on an interstate (me

in right lane, he in left, same direction) and when he was about 20 feet ahead of me the warning activated. I have had the car in twice mentioning this problem and the technician has not been able to re-create the problem on their short test drive. The customer service at Honda USA suggested they check the aiming of the windshield camera and the front emblem radar. I asked them to check these the second time I had it in they said these both were aimed properly and there was nothing else they can do about it. They tell me I can disable this at the start of every trip but if I forget to do that and happen to have this occur on an icy road in winter, it's not safe. The car has been in twice for three recalls already and they have not been able to see or fix this problem. and it activated again on the way home after my last recall appointment so it is still a problem."

- **2019 Honda Passport | NHTSA ID Number 11352026, August 29, 2020, (Incident Date: Aug. 28, 2020).** "I went to the store and everything was working fine. I noticed a crackling sound while talking on Bluetooth. Parked the vehicle to go shopping. Once I returned the infotainment/instrument cluster completely went dark. Infotainment screen never powered on. Was unable to turn screen on. Turned vehicle on and off with no success. Drove home with everything completely unresponsive. Infotainment system started working the following day."

- **2019 Honda Passport | NHTSA ID Number 11361188, September 25, 2020, (Incident Date: Aug. 13, 2020).** "The collision avoidance braking system and warning goes off randomly when there is no danger or even another car present. The warning occurs and the steering wheel will shake and on a few occasions the brakes were actually applied when no danger was present. I now disable the system by shutting it off upon starting. It is a dangerous circumstance when the brakes go off un-commanded. This has happened a number of times during the one year and 3500 miles I have owned the vehicle. I did identify one particular location this would occur quite often. The dealer, upon my complaint, claimed the system was ok. Normal. I went on-line and read of many people complaining of this same thing happening to their Honda Passport and one report stated it happened at highway speed and they were hit from behind. I suggest this system be reviewed or permanently be disabled. I reported below the last date I had this happened and roughly the mileage on the vehicle I first noticed it."

- **2019 Honda Passport | NHTSA ID Number 11376247, November 24, 2020, (Incident Date: Nov. 24, 2020).** "System gives false

positives and tries to slam on brakes with nothing in front. This happens quite often so I have to disable the system but still get the warning frequently[.]"

- **2019 Honda Passport | NHTSA ID Number 11376092, November 24, 2020, (Incident Date: Dec. 4, 2019).** "When driving this vehicle on a two lane road, the vehicle will give false forward collision alerts from oncoming vehicles in the opposing lane. When driving on a four lane highway with adaptive cruise control engaged, vehicles driving slower in the lane to your left will cause the vehicle to slow down suddenly (there are no vehicles in front). Both of these issues happen intermittently and can cause an unsafe driving condition when triggered. The vehicle has been at a dealer service department on five occasions. The dealer is unable to resolve the issue.

- **2019 Honda Passport | NHTSA ID Number 11376260, November 25, 2020, (Incident Date: Nov. 3, 2020).** "Very frequent false warnings for collision braking system. Bushes, road signs, roundabouts, oncoming traffic, etc. will false trigger the system. Many owners reporting false warnings or braking but no fix. Distracting and dangerous when it happens. Once the vehicle slammed on the brakes for no good reason due to a car turning off the roadway far ahead at low speeds. The system is distracting and could in some circumstances apply brakes when no reasonable threat is present. Careful driver who leaves distance, and I now disable this supposed safety system to be safer from it."

- **2019 Honda Passport | NHTSA ID Number 11385675, December 30, 2020, (Incident Date: Dec. 27, 2020).** "Noted that the dashboard blanked out momentarily while driving on the interstate. The speedometer came back, first, followed by the remaining dashboard items. The instrument panel control module software update (recall) had been completed 3 weeks previously and approximately 1200 miles prior to this event. Did not experience this issue before the software update. Returned the vehicle to the dealer for recheck but they did not note any software error codes."

CLASS ACTION COMPLAINT

- **2019 Honda Passport | NHTSA ID Number 11406973, April 7, 2021, (Incident Date: April 2, 2021).** "When driving the brake warning light will flash even if I car or object is in front of the car and then just go away or at times the light flash and the brakes will lock this happens on the city street or highway[.]"

- **2019 Honda Passport | NHTSA ID Number 11417381, May 17, 2021, (Incident Date: May 11, 2021).** "The vehicle's adaptive cruise control and collision mitigation braking system are flawed. The vehicle will give false collision alerts (large brake sign on screen and shaking steering wheel) when oncoming traffic is approaching to the left of you. Both vehicles are in their respective lanes. Also, the adaptive cruise control will slow down or suddenly brake the vehicle when a vehicle to your left is driving slower. There are no vehicles directly in front of you. Both vehicles again are in their respective lanes. I have video evidence of this that I can provide. I have made Honda and dealership personnel aware of this. No one representing Honda has been able to resolve the issues. One service manager said he can't do anything to fix it until Honda releases an update, meaning this person acknowledges there is an issue. Another service staff stated to me that his wife's Honda Pilot has the same issue and implied I shouldn't worry about it. This is a serious flaw and I expect Honda to release an update to address this issue. This issue has been occurring since I took delivery of the vehicle (November 2019 with less than 1000 miles) and has been ongoing until present. The date and mileage listed is one of the most recent occurrences."

- **2019 Honda Passport | NHTSA ID Number 11425200, July 16, 2021, (Incident Date: July 11, 2021).** "Digital Speedometer display went blank when experiencing other symptoms of the MOST Bus Connector issue. I could not determine my actual speed as there is only the digital display. See uploaded pictures showing the mutimedia display and also the digital display where speedometer is displayed[.]"

- **2019 Honda Passport | NHTSA ID Number 11431786, September 5, 2021, (Incident Date: Sept. 2, 2021).** "The automatic brake system locked up when the vehicle sensed a truck traveling on the driver's side of the vehicle. it then caused the vehicle to veer to the right and swipe a curb. this caused wheel and tire damage on both front and rear passenger side. There were two flat tires."

CLASS ACTION COMPLAINT

- **2019 Honda Passport | NHTSA ID Number 11431785, September 5, 2021, (Incident Date: Jan. 16, 2021).** "The Automatic brake goes on and off randomly. It has caused an accident in my vehicle and also two flat tires and wheel damage. The sensors will make it brake on a smooth road with no vehicles nearby. It will also brake in the rain while turning a corner. It has put my safety at risk. I have a child under 1 year old that should this brake system lock up on me and cause an accident with my child in the car it could pose serious harm. This has been an issue since I first received the vehicle."

- **2019 Honda Passport | NHTSA ID Number 11441544, November 24, 2021, (Incident Date: Nov. 1, 2021).** "Constant sound of "pebbles" hitting the windshield when driving over 45 mph."

- **2019 Honda Passport | NHTSA ID Number 11453193, February 21, 2022, (Incident Date: July 16, 2021).** "My Collision Mitigation Braking System activates when there is no reason to do so. I took it to my dealer and they said it is because there is dirt on the car logo that is in front of the radar so they cleaned it. It was not dirty in my opinion. When I dove it again with a very clean logo the system flashed BREAK again and shook the steering wheel. I know I can turn this "feature" off by pressing a button on the dash board but I have to do that every time I start the car - it malfunctions regularly. In addition to be inconvenient it is distracting and dangerous do deal with when driving if I forget to turn it off. If I loan my car to someone It is embarrassing and difficult to explain to them how to handle it."

- **2019 Honda Passport | NHTSA ID Number11453947, February 24, 2022, (Incident Date: Oct. 15, 2021).** "The auto braking system comes on randomly without warning and for no reason. A warning flashing BRAKE. BRAKE comes on, you can feel the brakes grab slightly. It's very unnerving in traffic and slows the car slightly....it hasn't cause the car to stop yet. When I took it to the dealership they "couldn't find anything wrong with it and couldn't get it to do the same thing" I explained that it was happening randomly, that's why they couldn't get it to duplicate. This is definitely a safety hazard when driving and distracting the drive from their attention on the road. Their seems to be something wrong with the sensors but they don't seem to know what to do or are willing to acknowledge the problem. This has happened at least a dozen different times since I bought the car 4 months ago."

CLASS ACTION COMPLAINT

- **2019 Honda Passport | NHTSA ID Number 11453971, February 25, 2022, (Incident Date: Feb. 24, 2022).** "We are experiencing frequent phantom braking like the 2019 Accords and CRVs and believe the 2019 Passport should be included in the upcoming recall."

- **2019 Honda Passport | NHTSA ID Number 11454257, February 26, 2022, (Incident Date: Feb. 1, 2022).** "The collision warning flashes and brakes are sometimes activated for no reason. Almost as if it sees a phantom vehicle. Other times this happens when there is opposing traffic in the other lane but not in my path. This was reported to Honda of Kirkland during a routine service. I was told no problem was found and no activations of the system were recorded in the car's computer."

- **2019 Honda Passport | NHTSA ID Number 11454974, March 3, 2022, (Incident Date: Oct. 11, 2021).** "Frequent shutdown of center display panel to a black screen with "MOST Network Failure" message posted. System repeatedly tries to reboot. Sometimes requires a restart to recover."

- **2019 Honda Passport | NHTSA ID Number 11457936, March 23, 2022, (Incident Date: February 18, 2022).** "Popping crackling noise from dashboard Screen went blank Sporadic occurrences when driving with radio On and Off Dealer says NO CODES Found?"

- **2019 Honda Passport | NHTSA ID Number 11460763, April 14, 2022, (Incident Date: June 23, 2020).** "I have has consistent problems with the braking system. It will brake and/or show the warning when nothing is there. The jerking of this has caused me to get in an accident June 2020 while moving to a new duty station. It was raining and there were no other cars on this highway thankfully. It was scary and I was even going below the speed limit. This caused my car to become nearly uncontrollable. My children and I were fortunately unharmed, but pretty shaken up. I had everything repaired and the same thing still happens to this day. That was only about 3 months after I purchased my car. I hear a lot of rattling as if something has come undone inside. Many times when I am driving I can feel the car jerk to a certain side or forward. That issue almost caused another accident in Feb 2021. I was backing out of a parking spot with plenty of room between myself and the other cars. My braking warning came on and it stopped my car. Then immediately it jerked back aggressively and almost hit a car behind me. Soon after I managed to back out and shift into drive, it jerked forward while stopping then jerking again. Although it is not all of the time, it has happened enough to cause accidents

and almost a lot more. I think the 2019 Honda Passport should be looked into more and corrected. As these issues should not be happening."

- **2019 Honda Passport | NHTSA ID Number 11473678, July 13, 2022, (Incident Date: Jan. 1, 2020).** "Autobraking system incorrectly warns and sometimes brakes when oncoming cars are in their own lane and not in my lane. It's super scary and dangerous. I was told by the dealer that they can't really do anything about it. Crazy."

- **2019 Honda Passport | NHTSA ID Number 11476797, July 31, 2022, (Incident Date: Jan. 15, 2020).** "My Passport has been in the Honda service department 12 times for the entertainment display not working. The system makes pops and crackles. My biggest concern is not being able to see backing up. And also losing navigation during travel to unfamiliar places. Now I'm also losing connection to the anti-theft system. The auto-stop-start malfunctioned at a stop sign and would not work until I turned off the engine and opened the door and then it worked. Overall, very unhappy with this vehicle."

- **2019 Honda Passport | NHTSA ID Number 11482110, August 30, 2022, (Incident Date: Aug. 30, 2022).** "When driving, a red BRAKE warning light will flash across dash display and the steering wheel will start shaking. Sometimes vehicle will start braking on its on. This has happened multiple times, randomly and with no obstructions in front, or even close to the car. Scary when it occurs."

- **2019 Honda Passport | NHTSA ID Number 11490683, October 4, 2022, (Incident Date: Oct. 24, 2022).** "With less than 1,000 miles this car had to go in multiple times for a radio electrical issue, floor harness, IP harness etc replaced. Now at 60,000 I'm getting transmission failure faults where my car will stall out and not engage. HUGE safety issue. Now I'm waiting 2 weeks to get into a dealership[.]"

- **2019 Honda Passport | NHTSA ID Number 11497298, December 13, 2022, (Incident Date: Dec. 12, 2022).** "Forward collision warning alert (Brake) warning triggers frequently when opposing traffic is present. Sometimes the brakes apply that has led to several near miss collisions from being rear ended. The blind spot warning false triggers during wet conditions. Both of these items are distracting and first is dangerous. The two different dealers I have contacted are aware of these issues and have stated that Honda has no solution. One of the dealers said they could check/adjust the radar for $270 but may not fix the problem."

- **2019 Honda Passport | NHTSA ID Number 11509286, February 27, 2023, (Incident Date: Feb. 6, 2023).** "My Honda Passport will trigger false forward collision alarms randomly, and for no reason. As the BRAKE warning appears, the steering wheel vibrates. This happens for no apparent reason. It is distracting and if the brakes apply, very dangerous. My dealership says this is normal. It is not normal or safe."

- **2019 Honda Passport | NHTSA ID Number 11522251, May 16, 2023, (Incident Date: May 1, 2022).** "The contact owns a 2019 Honda Passport. The contact stated that on several occasions while driving at various speeds, the vehicle experienced phantom braking. The contact stated that on one occasion, the failure caused the vehicle to come to a complete and abrupt stop. The brake warning light was illuminated. Additionally, the contact also stated that the steering wheel was shaking with an unknown chime heard. The vehicle was taken to a local dealer however, the failure could not be duplicated. The failure recurred and the vehicle was taken back to the dealer, where it was diagnosed that the braking system needed to be recalibrated. The vehicle was repaired; however, the failure persisted. The vehicle was taken back to the dealer, where it remained awaiting diagnostic and repair. The manufacturer was made aware of the failure. The approximate failure mileage was 60,000."

85.    The 2020 Honda Passport SUV has 31 complaints listed on the NHTSA ODI website.[37] Upon information and belief, Defect-related complaints include:

---

[37] The NHTSA website lists the number of complaints but does not currently allow access to these particular complaints, so they have been pulled from other sources. However, complaints are also common on other websites and forums. *See, e.g.*, https://www.passportforums.com/threads/brake-front-collision-system-ultra-sensitive.5845/ (discussing additional 2020 Honda Passport Phantom Braking Defect complaints).

- **2020 Honda Passport | August 5, 2020.** "Short in the electrical system causes crackling/popping to come out of infotainment speakers. Infotainment system can be set to off and problem will still persist. The crackling and popping can happen randomly and to various loudness levels. Under abrupt braking or road bump, problem will occur loudly. The noise can sound like road gravel hitting windshield and is very distracting. Weather, such as very humid or raining conditions worsens the problem and increases odds of it happening.

- **2020 Honda Passport | October 28, 2020.** "Static, cracking, popping, and loss of infotainment center, even when vehicle is turned off."

- **2020 Honda Passport | September 7, 2021.** "Manufacturer Communication Number: A21-012 Summary Service Bulletin - A loose connection in the MOST bus network is causing a popping or crackling from the speakers or no sound from the audio system. You may also see a Network Loss message and/or display issues. This is a known problem. On my vehicle it caused the rear camera to go out which is required safety equipment. Also the noise is so loud sometimes it startles me and I jerk the steering wheel. I have been to the dealer 2 times and they say it is a known problem but have no parts. This has been going on for over a year now and this problem need to be a safety recall."

- **2020 Honda Passport | March 31, 2022.** "When driving at any speed vehicle computers (system and entertainment) loose communication and malfunction, causing loss of display and function. This loss of communication causes a loud crackling & popping noise to be generated by the system through the vehicle speakers. This problem persist while driving until the vehicle is stopped, turned off and door opened. Research on Honda internet forums has revealed thousands of postings from owners with the same and similar problems. I have taken this vehicle to Honda service more than 3 times. Each time was told a manufacturing defect in wiring harness of the MOST system is the cause. Each repair has been unsuccessful in permanently correcting the defect. This problem, being random and tied to rough terrain or road bumps can happen at anytime. When this happens it is a major distraction. When system error many warnings are flashes and various vehicle features stop functioning. This affect drive system, safety system and entertainment system. It is unknown if safety systems would function when this problem is actively happening. This is the scary part of it. I have given Honda every opportunity to fix the problem. They tell me it is not a recall but is covered under an "extended service period" due to this

CLASS ACTION COMPLAINT

known issue. I have seen many technical service bulletins pertaining to this issue. This needs to be elevated to a recall. I do have videos of this malfunction."

86.    The 2021 Honda Passport SUV FWD and AWD have 48 complaints listed on the NHTSA website, including 8 "electrical system" complaints, 3 "service brakes" complaint, and 12 "forward collision avoidance" complaints. Defect-related complaints include:

- **2021 Honda Passport | NHTSA ID Number 11414260, April 28, 2021, (Incident Date: April 27, 2021).** "TL* The contact owns a 2021 Honda Passport. The contact stated that while driving at various speeds, the collision mitigation braking system inadvertently and forcefully activated and the steering wheel would shake. The brake warning light was illuminated. Norm Reeves Honda Superstore Vista (401 W Vista Way, Vista, Ca 92083) was made aware of the failure and informed the contact that the collision mitigation braking system activated in error, sensing a possible collision. The contact was also informed that the failure occurred occasionally with curves in the roadway or when a metal sign was detected. The contact was informed that the feature operated as designed. The manufacturer was not notified of the failure. the failure mileage was 4,300."

- **2021 Honda Passport | NHTSA ID Number 11436749, October 14, 2021, (Incident Date: Oct. 11, 2021).** "The contact owns a 2021 Honda Passport. The contact stated that while driving the 49 mph they noticed their radio suddenly went off and the vehicle's instrument panel blacked out. The vehicle's horn no longer functions properly. The vehicle's windows failed to open and close and the vehicle turned completely off in the middle of the highway losing all power. The contact stated the failure caused an oncoming vehicle to end up rear-ending them. There were no injuries and no medical attention was needed. The vehicle was towed. A police report was filed. The contact took the vehicle to the dealer who was informed by the manufacturer that they were not to proceed forward with any diagnosing or repairs for the vehicle. The manufacturer was made aware of the failure and opened a case regarding the matter. The failure mileage was 3,627.

- **2021 Honda Passport | NHTSA ID Number 11462717, April 29, 2022, (Incident Date: April 22, 2022).** "I purchased a 2021 Honda Passport Sport on April 30, 2021. Since purchasing the Passport, we have

experienced a "Phantom Braking" problem, in which the automatic emergency braking system is deployed for a few seconds. This occurs several times a month. We have taken the Passport to a Honda dealer and they claimed that there maybe some type of obstruction on the emergency braking system camera that is causing the problem. We have not seen any obstruction on the camera and clean it regularly, but we still experience the braking issue. While no serious incident has occurred to date, we are extremely concerned that the braking issue could cause our Passport to brake and be rear ended by a car behind us."

- **2021 Honda Passport | NHTSA ID Number 11472223, July 3, 2022, (Incident Date: April 3, 2021).** "Car will brake when no one is near sometimes jamming on brakes. I reported it to dealer 2 times. They said no software updates avalable and no codes showing a problem. I left the dealer and drove less than 2 miles down the road when the brakes can on again. I returned to the dealer again when they informed me there is nothing they can do. Maybe I have a fly on the sensor setting it off. I replied don't try to BS me, I'm a CDL Driver for over 40 years."

- **2021 Honda Passport | NHTSA ID Number 11477255, August 2, 2022, (Incident Date: Aug. 2, 2022).** "The Radio started to "crackle or skip" while using apple CarPlay. The crackle noise continued after audio had been paused. Our safety was at risk because the noise was very distracting. I needed to take my hand off the wheel to unplug my phone to stop the noise. The equipment has not been inspected. The only sign of failure were small cracks that were much more intermittent, compared to constant crackling that I am experiencing now."

- **2021 Honda Passport | NHTSA ID Number 11488424, October 7, 2022, (Incident Date: Sept. 24, 2022).** "Last year my wife and I purchased a 2021 Honda Passport. For the past year we have complained to Honda that the sensor for the Brake Assist was not working properly when the vehicle is in a curve. The sensor could not distinguish the vehicle's lane of travel and would sense oncoming traffic in the other lane as though it was in my lane, and would flash "Brake" with a high pitch alarm. Up until last month, this was only an annoying issue. We complained to the dealership, who said they know about the issue, but Honda does not have a fix. We were under the impression the problem was only a passive issue. Given the lack of vehicle inventories, we decided to keep the vehicle. Two weeks ago, the sensor caused the vehicle to abruptly brake, causing an extreme change of speed from 65 mph to 45-50 mph. My wife struggled to keep the vehicle in

the lane of travel. We spoke to the Honda dealership, who advise this active response is also a known issue, especially at night, and there is nothing they can do about it. We asked about a recall notice or fix. The dealership said there is nothing from Honda Corporate. The dealership service department commented that the sensor has issues distinguishing the vehicle's lane of travel, especially at night, and can cause the active braking. Our frustration is with the obvious severe safety issue. My wife and son almost struck another vehicle on the freeway because of this. Had we known about this safety issue, we never would have purchased the vehicle. Honda never disclosed this safety problem to us at the time of sale, and has never made any attempt to communicate this issue to us."

- **2021 Honda Passport | NHTSA ID Number 11491201, October 27, 2022, (Incident Date: Aug. 2, 2022).** "i have had two incidents of the CMBS slamming on my brakes on my 2021 Honda Passport, EXL, with no threat to warrant the incident. It locked the brakes instantly and I was injured mildly the first time and the second time caused medical bills, a cervical neck epidural injection and injury to my shoulder with still does not have full movement. The first incident occurred on a busy through street and a small car about 1/2 block in front of me did a tight U turn and proceed along the medium on the other side of the street and I was also next to the concrete medium on my side of the street. My car went into full slamming on my brakes, with no warning light o and I had no control of the car. I was very fortunate that the car behind me was about two lengths back and also braked fast enough to avoid a collision. They did honk, yell, etc., as I was pretty stunned and finally realized I should turn off my car to be able to drive again. I had a very sore neck and shoulder but thought it would clear up. I was driving apx 30 mph. I try as a rule to remember to disable this CMBS every time I get in the car but a month later I forgot The second time it happened, I was actually on the same street, same speed and there was a jacket in the road. Looked like a man's winter jacket. As I got right up to it, I only needed to correct a little to not run over the jacket with the driver side tire. Exactly when I did that the brakes slammed on and I came to an instant stop and the brakes again locked. This time my injury was compounded and I have since seen two doctors, had an MRI and cervical injection done and my shoulder is not fully functioning yet. I got the car to dealer after the first incident, but was told there was nothing they could do. Waiting until I got thru all the doctors appointments and testing after the second incident, which took about seven weeks, I went back to the dealer. They did thorough inspection, found nothing. Offered trade."

- **2021 Honda Passport | NHTSA ID Number 11500844, January 9, 2023, (Incident Date: Oct. 29, 2023).**   "On October 29, 2022, the CMBS emergency braking system slammed the brakes on for no obvious reason. This happened at least four or five times while traveling eastbound on I-40 in AZ. There were no cars in front of or changing into my lane. After it happened a few times, I called the dealer RSM Honda in Rancho Santa Margarita, CA, where i service the car to see if i could turn it off. They suggested reducing the sensitivity, which I did. After changing the sensitivity, I still experienced two or three more incidents of surprise emergency braking for no reason. After the fifth or sixth incident, I pulled over and searched a pdf copy of my owners manual and found a way to turn off the CMBS with a button on the dash. This worked to stop the braking incidents, but I had to do it over again every time I restarted the engine after stopping for gas, etc. This scared me and was dangerous as this would happen while i was going 70 mph. I think every instance occurred while I was passing a "big rig", but I was never in the same lane as the truck. Sometimes it was on a very gentle curve, but other times we (truck and I) were both going straight down a straightaway. I had done similar trips previously in February, June, and July without having this issue, but had it happen multiple times on my October trip as described above."

- **2021 Honda Passport | NHTSA ID Number 11516499, April 11, 2023, (Incident Date: April 10, 2023**).   "The radio stops and pauses. At times the radio and phone are unusable. When it does come back on the volume is very loud and is shocking . Please see NHTSA ID # 10198172[.]"

- **2021 Honda Passport | NHTSA ID Number 11520930, May 8, 2023, (Incident Date: May 7, 2023).**  "I was driving at 60mph and the entire dash went blank for about 30seconds. There was no speedometer, warnings, no display at all. After about 30 seconds the tach showed back up followed by the gear indicator and speedometer with the driver's information center showing up last. This happened on Sunday 5/7/23 this has happened once before but it was brief and I wasn't sure it had actually happened. This time I saw it go blank and watched the whole process of it coming back on."

- **2021 Honda Passport | NHTSA ID Number 11523966, May 26, 2023, (Incident Date: Jan. 1, 2023).** "The contact owns a 2021 Honda Passport. The contact stated while driving 30 MPH, the Forward Collision Avoidance system erroneously activated. The contact stated the brake warning light was illuminated. The contact took the vehicle to the local dealer however, the mechanic was unable to duplicate the failure. The contact continued to

experience the failure. The contact took the vehicle back to the local dealer and the distance of the Forward Collision Avoidance system was extended. The vehicle was repaired but continued to experience the failure. The contact stated the vehicle had been taken to the local dealer three times, but the vehicle continued to experience the failure. The manufacturer had not been informed of the failure. The failure mileage was unknown."

- **2021 Honda Passport | NHTSA ID Number 11529316, June 28, 2023, (Incident Date: June 27, 2023).** "We drove about 100 miles yesterday. It all happened. False Brake light flash and brake applied because of oncoming traffic. Heavy brake application because of car in the left lane making a turn. Can't tell you how many times I've almost been rear ended, and people blasting their horns at me because this foolish car slams on the brakes for no reason. People think I'm brake checking them. Had 2 Hyundai before this, never encountered this. Honda needs to be forced to fix these issues. There are hundreds of similar complaints in online forum about this problem. This has happened many times, especially on an extended trip, like yesterday, over 100 miles round trip. Dealers do not have a fix for this. Honda needs to be forced to address this and fix all problem vehicles."

87.     The 2022 Honda Passport SUV FWD and AWD have 11 complaints listed on the NHTSA ODI website, including 2 "electrical system" complaints, 4 "service brakes" complaints, and 3 "forward collision avoidance" complaints.[38]  Defect-related complaints include:

- **2022 Honda Passport | NHTSA ID Number 11454156, February 25, 2022, (Incident Date: Jan. 31, 2022).** "One month ago Vehicle unexpectedly slowed down while driving on city street, coming to a full break. Had to pull over and restart car, which solved the problem. Did not have warning signs prior. Haven't had problems with car since this incident. Has not been reproduced/inspected by dealers or other parties. Safety issue: risk for rear end collision[.]"

- **2022 Honda Passport | NHTSA ID Number 11455940, March 9, 2022, (Incident Date: March 9, 2022).** "Vehicle has slammed on the brakes multiple times now one on the highway going 60mph and in the city 35mph. Today on a open 2 lane city road, and shadow on the road with no vehicles in site slammed on the auto brakes with a collision warning while the wife was driving slowed the vehicle down. Would of been easily rear ended if a

---

[38] Occasionally, complaints related to the Defects were categorized differently.

CLASS ACTION COMPLAINT

vehicle was behind in our 2022 Honda Pilot, not a Passport listed for our VIN# your system is showing."

- **2022 Honda Passport | NHTSA ID Number 11494591, November 22, 2022, (Incident Date: Feb. 10, 2022).** "Vehicle intermittently applies front collision system braking on curves and on highway. It is vary unsafe and have almost been rear ended multiple times due to front collisions system engaging and applying brakes. Vehicle front collision system applies brakes randomly and with no vehicles or obstacles in site. This happens during various speeds anywhere from 30- 50mph in city and 60-75mph on highways. ( car is unpredictable and unsafe)[.]"

- **2022 Honda Passport | NHTSA ID Number 11520893, May 8, 2023, (Incident Date: April 7, 2023).** "Radio system is making cracking noise and audio cuts in and out which requires it to be turned off in order to get it to stop. The noise can be startling and the need to unplug audio and turn unit on and off creates a safety issue. From my research this appears to be a common problem with these vehicles."

### *Select Honda Odyssey NHTSA Complaints*

88.    The 2018 Honda Odyssey van has 327 complaints listed on the NHTSA ODI website, including 104 "electrical system" complaints, 22 "service brakes" complaints, and 14 "forward collision avoidance" complaints.[39]  Select Defect-related complaints include:

- **2018 Honda Odyssey | NHTSA ID Number 10995676, June 17, 2017, (Incident Date: June 10, 2017).** "We were driving on i75 north on sat June 10. We were right before the Atlanta Macon split. The vehicle completely shut down at highway speeds. The DVD player turned off. the engine turned off. The entire instrument panel went dark. There was no power to anything. The vehicle turned back on in "park" creating a horrible popping noise. The dealership (Willett Honda) in morrow ga looked at the vehicle and cannot find the source of the power failure. They have been instructed to return it to us. The case number at Honda is 06075564. Jerry Hogan at Bommarito Honda in Hazelwood Mo is the sales manager and he wants us to drive the

---

[39]  Occasionally, complaints related to the Defect were categorized differently. *E.g.*, infotainment system and instrument panel going black categorized as "unknown or other" rather than electrical (Complaint No. 11270566); sporadic infotainment system lockup categorized as "visibility/wiper" (Complaint No. 11311550).

vehicle in spite of the obvious safety defect. Honda cannot detect the cause
of the issue."

- **2018 Honda Odyssey | NHTSA ID Number 11035181,
  October 20, 2017, (Incident Date: Oct. 16, 2017).** "I just bought a brand
  new Honda Odyssey 2018 ex-l on October 16, 2017. Turned off the engine
  completely and will hear several loud pop sounds from the back of the van."

- **2018 Honda Odyssey | NHTSA ID Number 11055584,
  December 19, 2017, (Incident Date: Oct. 14, 2017).** "1. Failure of the
  rear entertainment system: the rear camera and entertainment system will
  lost "network connectivity" and stop functioning 2. Brake mitigation
  system: spontaneously turns on 3. Failure of the infotainment system: the
  infotainment system will turn off and go into a series of failures, ultimately
  turning off completely and not functioning. The infotainment system will
  also experience power errors resulting in errors with the anti theft system.
  In addition, the radio/speakers periodically stop working."

CLASS ACTION COMPLAINT

- **2018 Honda Odyssey | NHTSA ID Number 11072728, February 13, 2018, (Incident Date: Aug. 23, 2017).** "The center console, which is the monitor that utilizes GPS navigation, rear view camera display, controls heat/ac, volume control, etc. Hs continued to fail since date of purchase (7/15/17). The monitor shuts down at random times, for unidentified reasons, leaving the driver, distracted and attempting to resolve. The shut down can occur while in the van is moving or stationary. Navigation shuts down while the driver is in route to a location causing significant distraction. When the system shuts down the heat/ac also shut down forcing the driver to manually adjust, which while driving is an unnecessary distraction. Honda was made aware of this problem in August 2017. We brought our van in to the shop twice and no resolution was found. We filed a complaint with Honda America (voice mails are retained as record). After several months of no resolution, Honda American told us our case was being closed because the company continued to have no resolution. 7 months after purchase the center console/monitor continues to randomly fail. Sometimes the monitor goes black, some features work while others stop (for example the radio may work while the screen is black). Sometimes the monitor goes blue and everything shuts down. Photos and videos of these occurrences were submitted to Honda via email. The promoted features by Honda America lead the buyer to believe there is added safety in this van. The opposite has turned out to be true. These failures cause serious safety concerns for the driver and the young families utilizing the van."

- **2018 Honda Odyssey | NHTSA ID Number 11081171, March 25, 2018, (Incident Date: March 23, 2018).** "At 25 mph the collision avoidance system unexpectedly engaged and braked with full antilock vibrations when there was no car within braking range. The car behind me braked hard and an accident was fortunately avoided. This occurred after dealing with the dealer over several days regarding phantom collision avoidance cautions occurring on a daily basis. The vehicle also braked autonomously without any car in front of it earlier in the evening."

- **2018 Honda Odyssey | NHTSA ID Number 11124525, September 5, 2018, (Incident Date: Sept. 2, 2018).** "Touring-rear entertainment system shuts off to black screen and cabin watch loses signal and gives an error code. While driving long distances, the kids can only watch the first 30 minutes of their DVD before the system seems to overheat and completely shutdown. We have resorted to turning it off to let it cool down ( DVD that is removed from the player comes out scalding hot) before

CLASS ACTION COMPLAINT

retrying to let them watch and have it fail a few minutes later. cabinwatch seems to act up at the same time the rear entertainment system fails."

- **2018 Honda Odyssey | NHTSA ID Number 11131660, September 26, 2018, (Incident Date: April 5, 2018).** "A humming or bass sound at different speeds in motion, bbmmmmm bbmmmm noise also a humming and static from the radio when vehicle is off and sitting still off and on at different intervals, some days you have it and others you don't."

- **2018 Honda Odyssey | NHTSA ID Number 11132845, October 2, 2018, (Incident Date: Sept. 27, 2018).** "Honda navigation system displayed a message that a map update is available. Followed the Honda instructions to process the map update using a USB device. While updating at 78% complete, the system displayed a message that the update failed. The navigation system, now, will not even boot up. Took the car to the dealer and after attempts to correct the issue, Honda technical team stated that a new navientertainment program needs to be installed. The September map update somehow corrupted the navi program."

- **2018 Honda Odyssey | NHTSA ID Number 11143517, October 28, 2018, (Incident Date: Sept. 20, 2018).** "The vehicle has stalled while stopped at a traffic light. There also appears to be a problem with the electronics because the car will report that "this system has lost power. push and hold the power button for more than two seconds to enable the system." The backup camera has also failed to turn on when the vehicle is put into reverse. See the attached photos for proof."

- **2018 Honda Odyssey | NHTSA ID Number 11143895, October 29, 2018, (Incident Date: Oct. 23, 2018).** "Entire dash turned off while driving including speedometer and information screen-replaced radiohead. all warning lights came on while driving-replaced fuel injectors. Popcorn sound and warning light came on while driving after picking up car from getting fuel injectors replaced-stating it's a bad rear entertainment system. I bought my car 1 year ago and it's obviously flawed."

89.    The 2019 Honda Odyssey van has 224 complaints listed on the NHTSA ODI website, including 61 "electrical system" complaints, 18 "service brakes"

complaints, and 9 "forward collision avoidance" complaints.[40]   Select Defect-related complaints include:

- **2019 Honda Odyssey | NHTSA ID Number 11162498, December 19, 2019, (Incident Date: Dec. 15, 2018).** "(Event 1 and 2 happened 10 minutes apart) our new van shifts in the park while driving at highway speeds (62 mph). We took it to Freeway Honda the first time and they were unable to render any errors, so the vehicle was returned to us. (Event 3) occurred on 12/16/2018 around 11:42 am. We were driving near the 405/5 y merge and the car suddenly shifted into park. We were able to capture this event on video and here is the direct YouTube link to the event: https://youtu.be/kiztkmoyi-m . Car is currently at the Honda dealer where they stated they will replace the transmission. There is also a "crash mitigation error" that appears in our instrument panel from time to time that the dealership is unable to reproduce and cannot fix."

- **2019 Honda Odyssey | NHTSA ID Number 11163870, December 28, 2018, (Incident Date: Dec. 28, 2018).** "Vehicles in motion on freeway and city roads. Dash warning lights go haywire when driving. Loss of of lane keep assist and adaptive cruise control while driving is a serious safety issues. All warning lights turn on. Dealership reset the computer but issue not resolved. Issue has been happening since October 2018. Honda Roseville Automall dealership made repairs yesterday 12/27/18 by resetting computer. Still did not fix problem."

- **2019 Honda Odyssey | NHTSA ID Number 11175179, February 8, 2019, (Incident Date: Feb. 8, 2019).** "Van randomly slammed on the brakes, with nobody in front of me, while I was going 75mph on the highway. Van will sporadically not accelerate when pressing gas pedal, then slowing start to move but not fast enough to pull into traffic on city street, causing me to almost be t-boned 5 times then decide to start rapidly accelerate and make me fish tail. After putting vehicle in park, it rolls 6"-12" (depending on incline). Too many tech issues to list (rear backup camera stops working while in use, audio will turn off an not turn back on while driving, navigation has been "loading" for months, etc)[.]"

- **2019 Honda Odyssey | NHTSA ID Number 11202559, April 19, 2019, (Incident Date: April 19, 2019).** "There is an issue with the infotaiment

system. Rear back up camera does not work. Radio does not work and Carplay does not work[.]"

- **2019 Honda Odyssey | NHTSA ID Number 11205604, May 3, 2019, (Incident Date: May 2, 2019).** "Seat belt second row (on the driver side) webbing gets stuck inside and cannot pull often times. I'm not sure if the retractor issue. Break - car itself makes a sudden break and release right away while CMBS system is turned off. Same thing happens while there is no car in front or not switching the lanes."

- **2019 Honda Odyssey | NHTSA ID Number 11218620, June 8, 2019, (Incident Date: June 2, 2019).** "Three hours away from home and the infotainment system went completely out. All of the safety features attached were off and we were unsure of the impact to other features. It would not turn off even after the car was off. It continued to drain the battery without anyway to turn it off. Called Honda support and roadside assistance and no one could help me or reassure my family that we were safe to drive the vehicle. Three days later they had to connect two wires at the dealership to reset the system. Appreciate this is a reoccurring issue but no one has given us details of what cause the issue or the overall impact on safety features."

- **2019 Honda Odyssey | NHTSA ID Number 11230230, July 8, 2019, (Incident Date: July 6, 2019).** "While traveling at highway speed on the highway, the dashboard (including not but limited to speedometer, tachometer, fuel level, current gear, etc) went complete off momentarily and then restarted itself. After the dashboard came back, the dashboard flashed an error like "accident avoidance system problem" for a few seconds and then the system functions normally until it happened again. This has happened 3 times in the last 4 days. I couldn't get a picture of the issue due to the fact that it happened randomly with no clear indication that it was about to happen."

CLASS ACTION COMPLAINT

- **2019 Honda Odyssey | NHTSA ID Number 11231755, July 14, 2019, (Incident Date: July 8, 2019).** "Infotainment system freezes causing battery to drain to zero when parked. radio stops, navigation stops, phone stops working, backup camera stops working. Evidently a common problem because class action suit filed in march in California. took to dealer, they changed battery, told me it was fixed. froze again the next day. Vehicle was in motion when system failed. The next morning car would not start because battery drained.This was on a federal highway. Happened again after the battery was changed. *TR"

- **2019 Honda Odyssey | NHTSA ID Number 11243082, August 11, 2019, (Incident Date: July 30, 2019).** "The infotainment system is defective. Without warning the entire unit blackouts or locks up rendering it useless. This impacts navigation, all audio, the backup camera and Bluetooth connectivity. The vehicle was purchased new in late May and has been returned 2 times for the same problem without resolve. It is going back a third time in the morning. We've provided screenshots and video to the dealer. This malfunction occurs while driving and is a major distraction for my wife and I particularly when you consider highway traffic conditions in Houston metro. we've driven the vehicle without cellphones in the cabin vicinity and the malfunction still occurs."

- **2019 Honda Odyssey | NHTSA ID Number 11244160, August 15, 2019, (Incident Date: Aug. 5, 2019).** "Safety feature defect...infotainment fails which causes no backup camera when you back up[.]"

- **2019 Honda Odyssey | NHTSA ID Number 11245568, August 21, 2019, (Incident Date: May 10, 2019).** "The infotainment system started shutting down and crackling started in the speakers when the car was 3 weeks old. The Bluetooth option and Apple Car Play are completely unusable due to the crackling. They stop working approximately 30 seconds into use. No sound. The entire system will shut down randomly, stating no network communication and radio unavailable beforehand. The dealership has refused to replace any parts, including the radio harnesses, which are the main suspects for the crackling. crackling sound worsens during turns."

- **2019 Honda Odyssey | NHTSA ID Number 11252509, August 30, 2019, (Incident Date: Aug. 30, 2019).** "The car has a system to warn the driver to brake due to an oncoming vehicle. The system shows brake in large orange letters on the instrument panel. This system malfunctions. If the car is in motion, going around a gradual turn to the right, typically on a two-

CLASS ACTION COMPLAINT

lane road, it often warns of oncoming traffic in the other lane by shouting brake in the orange letters. The oncoming traffic is never in fact a danger. That traffic is simply making a gradual left turn in its own lane. By contrast, today (due to utility work) there was traffic coming directly at me on a two-lane road while I was in motion in my own lane--and the car said nothing. In my opinion, this so-called warning system is defective and unreliable. I asked our dealer about it but they said there was nothing they could do. (This problem of the brake warning has occurred many times, it is by no means confined to today's date.)"

- **2019 Honda Odyssey | NHTSA ID Number 11253085, September 4, 2019, (Incident Date: Oct. 31, 2018).** "The infotainment system which controls everything in the vehicle constantly frozen and crashed. All, safety features including the backup camera disabled and couldn't be adjusted because of the system deem the vehicle was in motion even it wasn't. Worst, there is no way to reset or turn off the vehicle without visiting a dealer. Many drivers that I knew of are constantly forced to fix the system while driving. This creates serious safety issues for the public safety."

- **2019 Honda Odyssey | NHTSA ID Number 11267280, October 9, 2019, (Incident Date: Oct. 8, 2019).** "Hello I have 2019 Honda Odyssey Elite. There is an issue with the infotainment system, that freezes up, music not playing, screen being unresponsive, cabin watch feature freezes, skips picture or doesn't display it at all or with message that picture cannot be displayed. rain sensing wipers do not work as intended. When is barely raining they go fast, when is raining a lot wipers are working slow. Dealership is unable to fix issues or they cannot replicate them. I try to take videos/photos of every time something is happening but the dealership doesn't take that as a proof that something is wrong. They drive car for two miles vs mine 27k miles in 10 months, and always say there is nothing wrong with vehicle. I called Honda multiple times to have issues resolved, always same story from both Honda customer service or dealership, please wait for an update. I am waiting over 6 months and nothing. I have more videos/pictures available. We have two same vehicles in our household, my wife's car have same issues."

- **2019 Honda Odyssey | NHTSA ID Number 11270713, Oct. 24, 2019, (Incident Date: Oct. 16, 2019).** "Four times in last 3 months when heading into sun, 40 mph, empty rural road,, auto braking system flashed crash warning on screen in back of steering wheel. There were no hazards. I

question whether the brakes might be applied. Santa Fe Honda dealer, on Oct 23, 2019 said this happens but is not a problem if I move the steering wheel a little, then the warning will go away and no braking will occur. Nothing dangerous did occur, but I am concerned and disengage the system if I remember. Must be done every time engine is started."

- **2019 Honda Odyssey | NHTSA ID Number 11277001, October 29, 2019, (Incident Date: Oct. 16, 2019).** "Driving on an expressway, the cars in front of me are slowing down, my car's collision mitigation braking system sends a visual alert with the "brake" signal coming on and I feel the brakes engaging, simultaneously I slam on the brakes, and while there was still distance between the car in front of mine and mine, I am not able to brake. The brakes seem confused, and the impact is so strong that my head almost reaches the steering wheel. The seatbelt is locked in place and leaves me sore. Once I am able to get ahold that I was just in a car accident, I am unable to lower the windows, the car is able to call for help on it's own and does so although nothing comes of that in that no help comes. Once I get off the van I notice the plate is knocked on the floor, the bumper has fallen off and the hood and grill are curled up pictures attached. The car seems to be leaking a fluid and we are unable to start it. I believe that because we (the car and I) simultaneously having the system engaging on it's own and my slamming on the brakes prevented the brakes from working. The impact was with such velocity that it's impossible to have had them working properly. This is an important safety concern if the driver and the system are unable to work together or too confusing for the system. interestingly, the air bags didn't deploy! Additionally, the initial scan by the auto body shop had many alerts come up but the ones I would like to highlight are ABS - ECM failure and integrated driver support system - brake actuator malfunction, attaching that scan too."

- **2019 Honda Odyssey | NHTSA ID Number 11277490, November 1, 2019, (Incident Date: June 14, 2019).** "We were on a vacation 5 months after purchase and 40 minutes into our trip the entertainment system, to include audio and visual all turned off. We had to restart the entire care. Repairs were supposedly made the incident continued to happen off and on for a few months. Van was taken in on a Thursday for repairs, advised it was fixed. The same error occurred again two days later."

- **2019 Honda Odyssey | NHTSA ID Number 11281043, November 19, 2019, (Incident Date: Nov. 19, 2019).** "Frequent loud crackling noises come from the speakers, followed by a network connection

CLASS ACTION COMPLAINT

lost error message on the screen, and then the screen will go black and eventually the system will reboot. This will happen repeatedly while driving and does not depend on the state or use of the infotainment system (it can be off and still happen). There seems to be a correlation with going over a bump, suggesting a loose connection somewhere. When restarting or off, the radio, climate controls and the backup camera are all unavailable. This is a safety hazard as it distracts the driver and also prevents usage of the backup camera. Began happening intermittently at around 1500 miles and now at ~1700 miles it happens essentially all the time."

• **2019 Honda Odyssey | NHTSA ID Number 11281708, November 22, 2019, (Incident Date: Nov. 9, 2019).** "While driving on a trip at about 60 mph, the infotainment system stopped working, nothing was functional, including the back-up camera which I heavily rely on. This is a safety issue. In addition, once the vehicle was shut off, the infotainment system wouldn't turn off and started draining the battery. I ended up having to pull the fuse to get it to shut off, which is ver difficult to access. I have had this vehicle to the dealer, they say there is no fix currently available. I am not comfortable using the infotainment system at all in the vehicle, which was one of the main reasons for purchasing."

• **2019 Honda Odyssey | NHTSA ID Number 11298385, January 10, 2020, (Incident Date: Dec. 10, 2019).** "Supper loud static noise. Board controls shut down, cannot control heat, navigation shuts down. Supper loud static noise. Took to local Honda.. They aware of this issue but no solution to fix at this time... 3 times already. Also vehicle while operating.. when this noises occur feels like its loosing power[.]"

• **2019 Honda Odyssey | NHTSA ID Number 11301355, January 23, 2020, (Incident Date: June 20, 2019).** "Our 2019 Odyssey started having problems shortly after we got it. I tried trouble shooting myself for awhile. finally started taking it to the dealership after 6 months of owning it and it's been there more times than I can count. It has electrical problems, Bluetooth doesn't work, the infotainment system doesn't work properly. Nobody can hear me when I talk to them through the Blue Tooth or Apple Car Play. The popping in the dash board is awful and it sounds like the van is going to catch fire at any moment. They have done a dash harness and full body harness on our van with no success. These problems happen when driving and the popping is when the infotainment/radio/music is playing or not playing. It's a serious hazard."

- **2019 Honda Odyssey | NHTSA ID Number 11301286, January 23, 2020, (Incident Date: Jan. 15, 2020).** "Initially the vehicle would randomly turn off while driving, it was not the idle stop since it is deactivated before driving. The dealer eventually said it was the battery. Then the infotainment system stopped working, the radio was replaced after a week of being at the dealer. Now 3 weeks after repair, the infotainment system does not work. Has a noise that comes out of the speakers like sparks, has a chemical smell, no res usage, no cabin watch or cabin talk. Everything that made the Elite trim desired does not work."

- **2019 Honda Odyssey | NHTSA ID Number 11307597, February 6, 2020, (Incident Date: Feb. 5, 2020).** "2/5/2020 I was traveling at highway speeds with moderate traffic, when the main display screen in my minivan started flashing error messages. The radio display screen was acting wacky also. The van started making a loud rapid 'click.click.click." type noise. I was trying to figure out what was happening, when I noticed that the display said "p" for park. I could not accelerate to merge out of traffic. It happened so fast and was so startling. I was able to coast and move over to the shoulder and stop the van. I turned off the ignition and started it back up and it drove normally. My husband took it to the dealership and they moved the toll tag sticker on the windshield and said it was interfering with the sensors. 2/6/2020 I was too scared to drive it, so my husband drove it. He was on the freeway and the same thing happened to him. It is currently at the dealership. The dealership now says it is loose connections at the battery. The noise it made was horrible and I'm concerned that there is physical damage to the vehicle. the van has just over 5,000 miles on it and was purchased in september 2019[.]"

- **2019 Honda Odyssey | NHTSA ID Number 11307485, February 6, 2020, (Incident Date: Jan. 19, 2020).** "In Jan2020, during middle of a two hour drive with family, vehicle's electronic touch screen control panel along with steering wheel controls completely froze, disabling voice and/or touch command to access dash board, Apple Car Play and even radio. Vehicle was on the highway driving in the range of 50-60 mph when it happened. Restarting vehicle at roadside stop did not reset the system. I noticed rear view camera quit working also, could not confirm about other electronic safety feature's working status. Vehicle's transmission seem to work fine so I drove slowly home and called dealership next day. Dealership requested to bring vehicle in house to hard reset the system. Dealership also mentioned that they are seeing similar issues in this model of vehicle. I could not get a satisfactory answer if the vehicle was safe to

drive (to me it was not very safe even if some/all safety features possibly were working?). After factory reset, vehicle is working fine but I am requesting manufacturer for full electrical check up. I am uncomfortable to have full family in and risk a system freeze mid drive on a highway. surprised it happened in a brand new vehicle."

- **2019 Honda Odyssey | NHTSA ID Number 11307938, February 8, 2020, (Incident Date: Oct. 15, 2019).** "The navigation screen stays black. No backup camera, can't change the radio, use the phone or change air flow or get directions from the screen. Some days it doesn't come on at all, others it comes on while driving. You never know, very frustrating. I feel lucky if it comes on when I first start the car. This is unacceptable in a brand new vehicle."

- **2019 Honda Odyssey | NHTSA ID Number 11316528, March 6, 2020, (Incident Date: Feb. 5, 2020).** "A brand new 2019 Honda Odyssey ex with 80 miles on it, started having trouble with vehicle's central display. Message network communication lost , even on slight moves while the car is on smooth freeways. Radio clicking static noise. Display unit turns off and on sporadically while the vehicle in motion or even sometimes when the vehicle is started from parking lot. Vehicle display goes blank completely. Cuts off back up camera, no radio, no Bluetooth, no apps. As most of functions are controlled with touch screen feel like the vehicle is unsafe to operate. Dealer tried to fix it 2 times but now they blame Honda does not a solution yet. Raised a case (10281802) with Honda corporate but Honda refused to accept the problem and refused to give a loaner car and said its up to to dealer to give a loaner as a courtesy. I feel like I was sold a lemon. Both Honda corporate and Honda dealer is not to help me. Dealer says they cannot do anything. I feel the vehicle is not safe to drive with the central display unit which so critical to the vehicle's function. Worst part is radio clicking static noise cannot be controlled as the display is blank. All the above makes me frustrated that it happens on a new car and no one is helping me."

- **2019 Honda Odyssey | NHTSA ID Number 11318770, March 20, 2020, (Incident Date: Sept. 1, 2019).** "The center mounted infotainment system which houses the monitor for the backup camera freezes up and goes blank creating a safety issue. This is a requirement of the Cameron Gulbrasen Kids Transportation Safety Act of 2007 and became a mandate in May 2018. This vehicle is at risk and noncompliant with this act. I have notified both American Honda and the dealership where the vehicle was purchased

an they are aware of the issue and are making no effort to replace or correct the issue. It is very disturbing that Honda does not value the lives of their customers and that they are being allowed to continue to build vehicles with this same condition, unknown what the fix is. This is a serious safety issue and need to be corrected asap. The infotainment systems also freezes and prevents controls of the HVAC and DVD player. I have multiple videos of these issues because it happens so frequently."

- **2019 Honda Odyssey | NHTSA ID Number 11320592, April 8, 2020, (Incident Date: Oct. 1, 2019).** "TL* The contact owns a 2019 Honda Odyssey. The contact stated that there was an abnormal popping sound coming from the dashboard and the electronics in the vehicle. The vehicle was taken to hare Honda - service department (8693 us-36, Avon, In 46123, (317) 854-4791) where an unknown wiring harness and instrument panel were replaced however, the failure recurred. The contact stated that the vehicle was then included in NHTSA campaign number: 20v066000 (electrical system). The vehicle was repaired under the recall however, the failure recurred and worsened. A representative at the dealer contacted the manufacturer on behalf of the contact and requested that a technician be sent to inspect and repair the vehicle. The technician repaired the vehicle however, the failure persisted. the manufacturer was notified by the dealer of the additional failure. The vehicle was not repaired. The approximate failure mileage was 1,498."

- **2019 Honda Odyssey | NHTSA ID Number 11321405, April 17, 2020, (Incident Date: Feb. 1, 2020).** "The radio and computer system crackles make loud noise that sounds like wiring rubbing together, computer screen shuts off and resets and you lose functionality of your system that is connected to radio, phones and maps. This happens intermittently and the vehicle can be motion or stationary. *TR"

- **2019 Honda Odyssey | NHTSA ID Number 11343492, August 5, 2020, (Incident Date: Nov. 25, 2019).** "The central display goes blank, sometimes I get a message network communications lost, when its blank there is no backup camera, radio, entertainment system phone Bluetooth... and even when the display work the backup camera will not always display and the entertainment system will not always work., I also hear a popping sound from the speaker system like some wires are loose... I also had a few times that the dashboard behind the steering wheel where the speed and other important info are displayed went blank. This happened when the car was brand new with less than 500 miles, I went to service but it didnt help.

The consumer stated that in March of 2020, they were informed that their was radio was serviced without forewarning. *AS"

- **2019 Honda Odyssey | NHTSA ID Number 11352019, August 29, 2020, (Incident Date: Aug. 29, 2020).** "My new 2019 Honda Odyssey has a very distinctive electrical static/crackling/hissing noise coming from dashboard when driving or idling that doesn't sound normal but very concerning. Will take to dealer but don't expect much since I've read and researched this issue on the internet and others have the same issue without any actions from dealerships. Does NHTSA have any advice or knowledge of this issue?"

- **2019 Honda Odyssey | NHTSA ID Number 11353966, September 9, 2020, (Incident Date: Nov. 4, 2019).** "We started taking our 2019 Honda Odyssey to the dealership in Nov 2019 on radio/speaker issues. The same problems still persist after a handful of attempts at fixing with newer parts. This is becoming very frustrating as a consumer, especially after multiple attempts at a solution. We have owned multiple new Honda's, and quite a few used ones. We have several videos of it going off and on while driving, sitting still, hitting a bump etc. Now it's to the point where it won't even come on at all when you start the vehicle."

- **2019 Honda Odyssey | NHTSA ID Number 11359868, September 18, 2020, (Incident Date: Jan. 7, 2020).** "The infotainment system started going bad after owning the vehicle within 2 weeks. When the vehicle is in motion the radio went out with a static sound and complete system blacked out with "network communication error" and restarted while car is in motion and this started repeating on the drive.I took it to the dealer and they said they fixed the problem by rerouting the electrical harness. It worked good for another two days it started getting the same error messages and the whole info screen went out for minutes at a time.I hear static sounds and get messages saying radio out and network problems.Honda mentioned it had fixed the error as part of the recalls released recently and had the recalls done and the issue become more frequent and worse, the system gets restarted every few mins. After 3 attempts to the dealer I do not have any success. a clear sign that Honda has no clue how to properly and permanently repair the system."

- **2019 Honda Odyssey | NHTSA ID Number 11363730, October 10, 2020, (Incident Date: Oct. 10, 2020).** "The vehicle infotainment system crashed even after the safety recall. This made the

speedometer go out for a short time, and completely disable the radio, rear camera, res, and most user controls. The system additionally stayed on after the car was powered off, and would only turn off by pulling the fuse!"

**2019 Honda Odyssey | NHTSA ID Number 11363723, October 10, 2020, (Incident Date: July 28, 2020).** "When backing out of the garage, the picture from the backup camera froze and went blank. This has caused a light accident with bumper damage. Based on the active recalls, this accident may have happened to to a known defect."

- **2019 Honda Odyssey | NHTSA ID Number 11363665, October 10, 2020, (Incident Date: Aug. 22, 2020).** "Brakes: significant vibration at 20k miles. Entire vehicle shakes violently when braking from highway speeds on a steep decline. Electrical: infotainment unit shows no audio available at random times. Ticking or "sleet hitting the window" sound from dash speakers. This is very intermittent and can happen at any time. Seems to come and go."

- **2019 Honda Odyssey | NHTSA ID Number 11364522, October 15, 2020, (Incident Date: Nov. 11, 2019).** "Information center cuts in and out. Sometimes the whole screen is black, no backup camera, no nothing! It locks up, can dial the phone, or go between other options. has been happening about a year now."

- **2019 Honda Odyssey | NHTSA ID Number 11365050, October 18, 2020, (Incident Date: Oct. 17, 2020).** "While in motion on the highway the speedometer and center infotainment system crashed, went black, and began to restart shortly after. While rebooting the car shifted into neutral and there was no warning of the gear changing. the car was able to get off the highway, and had to be towed per the dealers recommendation for safety."

- **2019 Honda Odyssey | NHTSA ID Number 11383405, December 14, 2020, (Incident Date: Dec. 14, 2020).** "A warning for collision mitigation system problem appeared and then the digital display went blank. Previously has happened, and at that time we also lost our power steering."

- **2019 Honda Odyssey | NHTSA ID Number 11384330, December 21, 2020, (Incident Date: June 1, 2020).** "TL* The contact owns a 2019 Honda Odyssey. The contact stated that while driving, the

back up camera would not display causing a visibility hazard to the driver while driving in reverse. The cause of the failure was not determined. An unknown dealer and the manufacturer were notified of the failure. The contact was informed that the vin was included in the NHTSA campaign number: 20v438000 (back over prevention). Parts distribution disconnect. The failure mileage was 30,000."

- **2019 Honda Odyssey | NHTSA ID Number 11386929, January 7, 2021, (Incident Date: Sept. 1, 2020).** "DVD player will not play movies. DVD player gets extremely hot. Audio throughout entire vehicle experiences a constant snapping/crackle noise. This happens while vehicle is moving or stationary. Does not happen all the time. Probably due to a pinched wire in a harness near infotainment system. Reported to dealership. They refused to repair under warranty because vehicle had been driven over 35,000 miles. Spent $40,000 for a new van and within first year we need to spend our money to repair their mistake. Shameful."

- **2019 Honda Odyssey | NHTSA ID Number 11403399, March 16, 2021, (Incident Date: March 1, 2021).** "- media/audio multipurpose screen freezes causing total loss of backup camera (while moving and stationary) - occasional delay of backup camera activation (while moving and stationary) - cabin and speed control and functions malfunction and fail (while moving and stationary) - sliding doors fail to open completely (while stationary) - steering wheel controls fail (while moving and stationary)[.]"

- **2019 Honda Odyssey | NHTSA ID Number 11406467, April 5, 2021, (Incident Date: April 3, 2021).** "Infotainment system screen becomes dead while driving. since then, it does not come back even after restarting a car."

- **2019 Honda Odyssey | NHTSA ID Number 11414561, April 30, 2021, (Incident Date: April 24, 2021).** "There are 2 issues, possibly related. First of all, warning for collision mitigation system problem appeared and then the digital display went blank.The steering wheel shook violently. In the second problem that occurred, a warning light flashed on and off (too quickly to determine what it said) and then the car went into neutral on it's own. The car was in motion in both occurrences."

- **2019 Honda Odyssey | NHTSA ID Number 11415123, May 4, 2021,
  (Incident Date: April 29, 2021).** "Going 25mph. Steering wheel shook
  then dash read in black "brake" with orange background. Van braked on its
  own. Nearest car was 75 feet away."

- **2019 Honda Odyssey | NHTSA ID Number 11415280, May 5, 2021,
  (Incident Date: May 4, 2021).** "The screen on my vehicle goes black and
  shows "network communication lost" at random. The speakers start making
  a crackling and static sound at random as well. The system will reboot over
  and over. You cannot use the rearview backup camera during this rebooting
  and turning the vehicle on and off does not make it start working again."

- **2019 Honda Odyssey | NHTSA ID Number 11415936, May 10, 2021,
  (Incident Date: June 2, 2020).** "2019 Odyssey reverse camera has failed
  multiple times. Sometimes will work on next vehicle start, sometimes it
  takes a few days. reported to Honda dealer prior to recall in June 2020. Have
  been waiting over 11 months for recall replacement part and I am told over
  and over that replacement part is not available and no eta is available. Also
  have trouble with cross traffic sensors, dealer unable to tell me if this
  related."

- **2019 Honda Odyssey | NHTSA ID Number 11418269, May 24, 2021,
  (Incident Date: Oct. 13, 2020).** "AUTO EMERGENCY BREAKING:
  Vehicle OFTEN engages emergency breaking at highway speeds when a
  vehicle is slightly ahead, in a different lane, and brakes while exiting the
  highway, and there is no danger or no vehicles directly in front of this
  vehicle. Other vehicles following behind me have to manually (or
  automatically as well) brake accordingly and this creates both a nuisance
  and dangerous situation. Speed Control / Transmission: Vehicle has moved
  forward while in "Reverse", often "surges" in speed while for a brief
  moment while shifting, has moved/lurched when starting the engine. THe
  instance of moving forward while in reverse caused a near miss in hitting
  another vehicle. The surging, in particular on downhills, causes the vehicle
  to accelerate slightly."

- **2019 Honda Odyssey | NHTSA ID Number 11425047, July 15, 2021,
  (Incident Date: July 13, 2021).** "I am reporting a very strange occurrence
  with my 2019 Honda Odyssey mini-van. I was driving on Tuesday evening
  and it was very foggy and I was approaching one of those large metal plates
  they put over a trench they dig in the road when they do construction (it
  covers the trench) and my car started flashing "brake" like it does

sometimes when it thinks a car is in front of it. Typically, this flashes occasionally when a car gets too close, but then goes away as long as the car moves out of the way. This time, there was no car, just an open foggy road and this large metal plate on the road. However, as I got closer to the metal plate, suddenly my brakes fully locked up and the vehicle went into an emergency full stop. I was pushing on the accelerator but it would not go and the vehicle came to a complete and sudden stop. Thankfully no one was behind me, or I would have gotten into an accident. Then the vehicle started to move again and has been totally fine since. But, what is this all about? It seems the emergency braking mode kicked in but it should not have, the road was wide open and the only thing unusual was a large metal plate covering some hole in the road."

- **2019 Honda Odyssey | NHTSA ID Number 11435710, October 6, 2021, (Incident Date: Aug. 30, 2019).** "There is a crackling sound coming from the dashboard. There was a recall regarding this issue, however, I took the car into have this recall fixed. The issue has persisted even after the recall fix. I took the car into the dealership 4 times since and the issue still has not been fixed. I started contacting Honda three weeks ago regarding this issue. I have left five messages with the case manager, but have not had my phone call returned. I asked for another case manager, but was refused one. The case number is 1252 9330. The phone number for Honda is 800-999-1009. The case manager's name is Corey. I don't know what to do at this time so I am contacting the NTSB for your assistance. Thank you."

- **2019 Honda Odyssey | NHTSA ID Number 11445286, December 28, 2021, (Incident Date: Dec. 27, 2021).** "Driving 60mph on the highway, everything electrical shut off and on several times. The dash screen, the touch screen, the AC, the lights. I immediately took an exit and got off, and when the rebooting stopped I was going about 30mph and the car shifted by itself into park. Then there was a horrible grinding sound of metal on metal…I hit the brakes to pull off the road the car got under 20mph and stopped instantaneously. I had the car towed to my local Honda dealership and they said they cannot replicate the issue, nor see any error codes. They will not take apart anything to check for damage to the parking rod because there were no error codes…And they want me to pick up the vehicle today."

- **2019 Honda Odyssey | NHTSA ID Number 11454014, February 25, 2022, (Incident Date: Dec. 2, 2021).** "The contact owns a 2019 Hyundai Odyssey. The contact stated that while driving

approximately 70 MPH, the vehicle suddenly experienced Phantom Braking" and the vehicle decelerated to 60 MPH. The contact tapped the brakes excessively causing the sudden self-braking to cease. The contact took the vehicle to the dealer who was unable to diagnose the vehicle. The vehicle had not been repaired. The manufacturer was not made aware of the failure. The approximate failure mileage was 31,000."

• **2019 Honda Odyssey | NHTSA ID Number 11454269, February 26, 2022, (Incident Date: Feb. 23, 2022).** "The multi function display froze up at beginning of the power cycle with an error message about Apple Carplay not available. All other functions of the display were also frozen out such that the front window defogger, and backup camera would not function. The frozen display lasted throughout the entire drive cycle and even remained after the car was parked for 15 approximately 15 minutes. Full function returned on the next drive cycle about 40 minutes later. Dealership confirmed that a code was stored but did not give the code. Dealership requested a $75 charge in order to update the software in the multi function device. This device is required to operate defrost and backup camera functions so expect this is a safety critical concern."

• **2019 Honda Odyssey | NHTSA ID Number 11467791, June 6, 2022, (Incident Date: May 12, 2022).** "In September 2021, I started occasionally receiving the error message "Collision Mitigation System Problem" on my dashboard. It would appear and quickly disappear. At that time, my car shut itself off when I came to a full stop at traffic lights and stop signs 3 different times. The car would boot back up, but it happened to me in the middle of intersections. I took the vehicle into the dealership and they told me it was the battery. I had the battery replaced, but with time, the "Collision Mitigation System" error reappeared along with other messages, "Engine Management System Problem" and "Road Departure Mitigation Problem." During this time, my car would brake on its own occasionally, happening 6 times in total, when there was no threat of a head-on collision. Three of these incidents happened in the middle of intersections with cars all around me and in one instance, my car come to a screeching halt on its own making me terrified that the car behind me was going to crash into me. The last straw was as I was driving to my child's school and when I came to a curve in the road, my steering locked up completely, not allowing me to turn with the curve. I was able to slam on my brakes and keep myself from crashing, but it was very dangerous. At the same time, the same error messages were flooding my dashboard. That is when I drove my just 3 year old car back into the Honda Dealership and told them they must fix this before I put my

child back into that car, and my car still sits there. The dealership informed me that my Collision Assistance Camera that is integral to the Honda Sensing safety mechanisms is "faulty" and will cost me $1,500-$1,700 to repair. I see online that this is being investigated in 2017-2019 Honda CRVs and 2018-2019 Honda Accords sedans. I implore you to also investigate this same system error in 2019 Honda Odysseys. The Odyssey is a family car, but yet I am now scared to drive my family in this vehicle for fear of it causing a collision.

- **2019 Honda Odyssey | NHTSA ID Number 11470715, June 23, 20222, (Incident Date: Jan. 3, 2022).** "Rear backup camera failed. There is already a recall for this problem but does not extend to all VINs."

- **2019 Honda Odyssey | NHTSA ID Number 11472415, July 5, 2022, (Incident Date: July 5, 2022).** "Collision mitigation system problem error keeps appearing randomly on the screen!"

- **2019 Honda Odyssey | NHTSA ID Number 11473467, July 11, 2022, (Incident Date: July 11, 2022).** "This is a problem with the auto engine idle shut off. The engine shuts off normally when I come to a stop when I have the system engaged. The problems begin when I take my foot off the break expecting the engine to start up again. What happens consistently (though not all the time) is that when I take my foot off the brake, the engine shuts off, shifts itself into Park, and I have trouble getting the engine to start up again. A number of warning messages show up on the center console as well. Things like, Collision Mitigation Braking System, Road Departure Mitigation, Brake System warnings start displaying. Sometimes, I can get the engine to start up again within 30 seconds. Sometimes, it's been more than a minute. It almost looks/sounds like the battery is dead too (makes that clicking sound and the RPM gauge jiggles around zero). My Honda service shop says they couldn't replicate the issue, that there are no codes, and no service advisories. This started happening around 6-8 months ago and the incidents have recently increased significantly in frequency. This is a significant safety issue as every time this happens, which is now daily, I am vulnerable to being rear-ended and other vehicles are vulnerable to being in an accident by trying to go around me while I'm waiting for my vehicle to be able to restart.

CLASS ACTION COMPLAINT

- **2019 Honda Odyssey | NHTSA ID Number 11478366, August 9, 2022, (Incident Date: July 6, 2022).** "Brought the car in to get fixed for a static issue on the stereo. And it would no longer beep when getting close to a object backing up[.]"

- **2019 Honda Odyssey | NHTSA ID Number 11498895, December 26, 2022, (Incident Date: Dec. 26, 2022).** "I have a CMBS issue. Nothing around that would trigger it just driving through an intersection and the CMBS came on and basically just stopped the car for no reason. I get these "BRAKE" messages mostly when the car in front of me is turning right and the Odyssey doesn't think I slow down enough. I know the car is turning, the Odyssey doesn't. I've also had it come up a couple times while going around a curve, I think it detected the oncoming traffic as being in my lane and it told me to "BRAKE". I have video files to prove from my dash cams but I could not upload these files here. Honda dealer misdiagnosed to replace power distribution module but it did not fixed and I found other Honda vehicles has the same CMBS issue. Hoping you got some resolution. Thanks."

- **2019 Honda Odyssey | NHTSA ID Number 11502711, January 19, 2023, (Incident Date: Oct. 4, 2022).** "The rear view camera sometimes stops working when backing up. Even if you go in park and go to hit reverse button again to "reset" it will still be a black screen. In a van, its difficult already driving a larger vehicle and adding the fact that you can't see when backing out of a spot or when going out of a drive way or even into a driveway, increases room for error or injury. This has been an issue over the past couple years and my Honda dealership has said there is a delay in the part but that it has been "ordered" for a long time now. Last time they "re ordered" was October 2022. I checked on part again while at the dealership January 2023 and it has still "not arrived" so they are unable to fix it. No warnings appeared on the vehicle just a black screen. They did a "factory reset" when I took it in January to reset other delay features with the screen and issues with the sound. I explained that there is a recall on rear view camera and a warranty for 5 years or 60k miles (whichever comes first) for the audio. I am at 56k miles, and they said to "watch it" to see if it does it again. Unacceptable."

- **2019 Honda Odyssey | NHTSA ID Number 11512556, March 18, 2023, (Incident Date: March 1, 2023).** "The dealership discovered a short in the electrical harness tha controlled the radio and navigation system. I was concerned about a fire. Obviously a problem from installation. This

CLASS ACTION COMPLAINT

problem cost me over $2200 to replace the hardness. I purchaced the van with the problem over a month ago."

- **2019 Honda Odyssey | NHTSA ID Number 11522319, May 16, 2023, (Incident Date: May 16, 2023).** "We bought the van used. We were on a road trip and the speakers started crackling and popping. Also the audio will just cut off completely and can be fixed by turning off the power to the audio and turning it back on quick. It will work for a little bit but will cut out again. We tried different devices and different cords for the problem but it hasn't fixed the issue."

90.    The 2020 Honda Odyssey van has 83 complaints listed on the NHTSA ODI website, including 34 "electrical system" complaints, 8 "service brakes" complaints, and 8 "forward collision avoidance" complaints.[41]  Defect-related complaints include:

- **2020 Honda Odyssey | NHTSA ID Number 11282932, November 29, 2019, (Incident Date: Nov. 25, 2019).** "Frequent loud crackling noises come from the speakers, followed by a network connection lost error message on the screen, and then the screen will go black and eventually the system will reboot. This will happen repeatedly while driving and does not depend on the state or use of the infotainment system (it can be off and still happen). There seems to be a correlation with going over a bump, suggesting a loose connection somewhere. When restarting or off, the radio, climate controls and the backup camera are all unavailable. This is a safety hazard as it distracts the driver and also prevents usage of the backup camera. Began happening intermittently at around 1500 miles and now at ~1700 miles it happens essentially all the time. Please address this issue soonest possible. many people buying Honda cars and not aware of these issues !!!"

---

[41]  Occasionally, complaints related to the Defect were categorized differently. *E.g.*, infotainment system and instrument panel going black categorized as "unknown or other" rather than electrical (Complaint No. 11270566); sporadic infotainment system lockup categorized as "visibility/wiper" (Complaint No. 11311550).

CLASS ACTION COMPLAINT

- **2020 Honda Odyssey | NHTSA ID Number 11298171, January 9, 2020, (Incident Date: Dec. 31, 2019).** "The infotainment screen repeatedly freezes up. It can happen while parked as well as when driving or using the rear view camera to back up - which is the biggest safety hazard. This is very much a distraction for the driver. The only remedy is to turn the vehicle completely off, open the driver's door to shut the system off, and then restart the vehicle."

- **2020 Honda Odyssey | NHTSA ID Number 11329032, June 15, 2020, (Incident Date: Jan. 21, 2020).** "The infotainment system (is) started malfunctioning around 2000 miles. The screen went black and then came back on. It progressively got worse. There was crackling and static around and above the steering wheel. If system was on it went off with the crackling and if off it came on. The message on the screen says network communication lost. When off there is no GPS, no backup camera, no speed limit notice, no climate control adjustment, no radio, no clock, no anything that is part of the is. And phones do not charge when system is off. This happens frequently with city driving and highway driving. If I hit a bump in the road the system will come on if off and off if on. I called Honda in Torrence, Ca and was given a case number: 10288286 on March 6. The car was purchased on January 6, 2020. We left NJ to drive to FL on January 24. The system had brief moments of black out between January 6 and 24. We were mostly without the system for the entire drive. I took it to Ed Morse Honda in Riviera Beach, FL in the beginning of February and was told this was a problem with Pilots and Odysseys. I was told they would need the car for several days and could not promise they would be able to fix it. Honda did not have a fix. They had no loaners so I decided to wait until we relocated to another area of Fl. At this time I received an email from Wayne Gross, service manager Honda Universe, welcoming me to the Honda family. I emailed him about my problem with no response. I later found out he no longer worked there. I took it to regal Honda in Lakeland, Fl and was told the same thing. They would straighten out the wires but would not know if it was fixed. Honda had no fix. I decided to wait until I returned to NJ. I have contacted Honda Universe and was told Honda had a fix on May 1. I can't confirm that with HQ or service managers. I don't feel safe. *TR"

- **2020 Honda Odyssey | NHTSA ID Number 11338423, July 9, 2020, (Incident Date: May 7, 2020).** "The car is making a crackling noise from the dash broad. Took it to the dealership and the latter stated that Honda is aware of the issue and that the crackling/sparkling noise come from the

speakers. He further stated that Honda is working with NHTSP on a fix. The noise accentuates when the driver steps on the brakes, but also when s/he speeds up."

- **2020 Honda Odyssey | NHTSA ID Number 11338392, July 9, 2020, (Incident Date: July 9, 2020).** "I purchased an Odyssey and within less than 2 weeks, the infotainment system started displaying problems. The system gives a loud, crackling noise over the speakers. Sometimes the audio connection will cut out with varying error messages. Other times the entire screen will go black/turn off for several minutes, completing disabling the backup camera and other functions. When the audio goes out it will also hang up/disable any goes going over android auto or Bluetooth. The audio display screen for android auto will sometimes freeze. I've already had my vehicle in the shop twice for this problem within a month and a week of owning the car and there's been no resolution yet. I've seen that there's a class action lawsuit for this exact problem in the 2018 and 2019 models, which apparently did not get rectified for 2020. The problem occurs randomly and sporadically, but does occur almost every single time I drive the car at some point or another. It's extremely distracting and not safe."

- **2020 Honda Odyssey | NHTSA ID Number 11343556, August 5, 2020, (Incident Date: June 10, 2020).** "My vehicle's infotainment system continually turns off. The screen goes blank for long periods of time, the system will restart multiple times while driving, and it will not function properly. I have brought it in to the dealer to be fixed multiple times and nothing helps. I feel the vehicle is not safe to drive when the infotainment console controls so much of the vehicle. The buttons on the steering wheel also are disabled when I drive and have issues."

- **2020 Honda Odyssey | NHTSA ID Number 11350124, August 18, 2020, (Incident Date: Aug. 15, 2020).** "While driving on interstates and local roads, the onboard "infotainment" system continually emits loud popping, crackling sound (sounds like things hitting windshield), resulting in distraction and confusion while driving. various components of the infotainment system randomly go out, causing system reboots while driving and creating distraction. Navigation system is also sometimes affected, failing to provide turn guidance or give accurate location. rear "cabin view" freezes intermittently, displaying only still image rather than view of rear seats. FM radio randomly cuts out, displaying "no audio connection for FM"."

CLASS ACTION COMPLAINT

- **2020 Honda Odyssey | NHTSA ID Number 11352496, September 1, 2020, (Incident Date: September 1, 2020).** "We just bought our van 20 days ago, the infotainment system is failing. It intermittently shuts down when parked and while driving. The radio crackles, our model has a DVD player that sometimes doesn't work, back up camera sometimes doesn't work, Bluetooth shuts off during a call. Screen shows connection lost and reboots while driving. We waited to take ownership of our van due to a recall that they was related to the infotainment system, I guess they didn't fix the problem."

- **2020 Honda Odyssey | NHTSA ID Number 11353247, September 4, 2020, (Incident Date: Sept. 4, 2020).** "The infotainment center will go black and disrupt viewing of the backup camera or other features. It is unable to be turned back on."

- **2020 Honda Odyssey | NHTSA ID Number 11362131, September 30, 2020, (Incident Date: Aug. 5, 2020).** "We bough the vehicle new, and it was fine for the first 1800 miles. Then, the entertainment system started randomly powering down, usually first displaying a message "network communication lost". Sometimes it will come back on, sometimes it cannot be restarted for days at a time. (When it does come back on, there usually is a popping sound coming from the speakers). This happens at random, irregardless if the vehicle is in motion or not. Besides for not having the ability to listen to music while driving, this is a serious safety issue, because when this happens, the backup camera does not work either. So, you have a large vehicle (i.e. a minivan) with minimal rear visibility, which is usually used around children, and you have no way of seeing what's behind you. I brought this to the dealership and they said they don't know how to fix this. I spoke to American Honda and they also said they don't know how to fix this. This is literally a dead child waiting to happen."

- **2020 Honda Odyssey | NHTSA ID Number 11363630, October 9, 2020, (Incident Date: Oct. 16, 2019).** "Crackling noise from front windshield or dash area most frequent when the vehicle is moving but can sometimes be heard after coming to a stop."

- **2020 Honda Odyssey | NHTSA ID Number 11365120, October 19, 2020, (Incident Date: Oct. 16, 2020).** "Purchased brand new March 2020. Experiencing issues with radio static, popping noises from speakers, radio not found error message while driving. Radio still running after car is turned off and doors are opened. We have to turn the car back

on and off again to get the radio to shut off. Issues worsened after recall work was completed."

- **2020 Honda Odyssey | NHTSA ID Number 11375340, November 19, 2020, (Incident Date: Sept. 4, 2020).** "Defective 2020 Honda Odyssey received brand new June 9. Began having issues in 2 months. Serviced at Baytown, Tx Community Honda on 9/11, 9/24,9/17,10/16 for occurring issue. problem has not been resolved. Video documentation with time stamp of issue is saved. Case open with America Honda: case manager, Antonio determined the Honda techs at the dealer are incorrectly fixing the van. The fakra connector needs to be replaced. He will submit request to field manager team for a field engineer to be scheduled to service my van. Antonio, case manager, also advised to cancel 11/19 appointment with service department and to wait for call back for Honda field engineer. Costumer requested eta, Antonio would not provide estimated time, advise to wait for a call. Popping noise, disconnects Bluetooth. Popping noise occurs when driver is on a call, listening to music, and even during complete silence there is popping. Electrical issue occurs during stationary, in motion, on a city, highway, and turning. The problem is unsafe because Bluetooth connection is not working properly which prevents me to safely use hand free calling. This is illegal in the state of Texas. The Honda Odyssey 2020 currently has 7298 miles."

- **2020 Honda Odyssey | NHTSA ID Number 11399995, March 9, 2021, (Incident Date: Feb. 21, 2021).** "New car- purchased in Oct 2020 has had persistent issues with the infotainment/camera unit repeatedly going black and rebooting. Sometimes off for up to 20 minutes without access to backup camera (I live on a busy street across from an elementary school) or GPS. This happened the first time the day I drove it home from the dealer and has happened since. I have taken it to service on multiple occasions in including replacing the infotainment unit and the issue continues. This is a new vehicle. Every time I drive more than 20 minutes it starts rebooting every 15 minutes or so. this is ridiculous."

- **2020 Honda Odyssey | NHTSA ID Number 11426338, July 25, 2021, (Incident Date: July 24, 2021).** "The audio/infotainment system controls everything in the vehicle. It has had a crackling noise coming over the speakers since I purchased the vehicle in September 2020. I had purchased it brand new and almost immediately after I took delivery realized there was an issue with this vehicle. After reviewing online posts from other owners, it became apparent that this was a widespread issue. The system

just turns off while you're driving and you get a black screen that says
"network connection lost" and you can't do anything with the unit. The rear-
entertainment system does not work, can't adjust any settings that are
controlled through the unit which as I said, everything is controlled through
there, no rear-view camera, etc. I have brought it back to the dealer
countless times and they said there were not any fixes for it and it is a known
issue. There was one recall issued that the dealer performed but the problem
still exists. The dealer told me that it was a temporary solution for the issue
and Honda did not have a permanent fix."

- **2020 Honda Odyssey | NHTSA ID Number 11431882,
  September 6, 2021, (Incident Date: Aug. 2, 2021).** "Infotainment system
  failure. It started by popping and crackling then the entire screen and
  entertainment system went black. No radio, Bluetooth, backup camera or
  any of the controls on the infotainment system screen."

- **2020 Honda Odyssey | NHTSA ID Number 11436221,
  October 10, 2021, (Incident Date: Oct. 10, 2021).** "While driving at
  approximately 40 mph with the lane keeping assist feature turned on, I
  attempted to turn on the cruise control. The cruise turned on, but the center
  instrument panel did not report that cruise was on, nor the speed at which
  cruise was set. Using the steering wheel controls to increase the speed or
  decrease the speed did not update the instrument panel. The speed stayed
  locked at 4:00pm with the cruise control indicator off. The instrument panel
  with the speed, etc locked up. Several moments later the entire panel went
  back and remained black for a short period of time. I had no speedometer
  nor other critical instruments available on my instrument panel. About 10
  seconds later or so, the panel came back on and acted normal. It showed
  cruise was in fact on and set to 43. I promptly turned off cruise control and
  left it off[.]"

- **2020 Honda Odyssey | NHTSA ID Number 11439957,
  November 10, 2021, (Incident Date: Nov. 10, 2021).** "The center
  infotainment display does not have any visuals anymore. It started with
  cameras and displays glitching in and out for about 1&1/2 years. The
  problem wasn't too bad, but in Aug 2021, the radio started to not work, and
  then we began hearing 3 tapping noises every 2 seconds while the engine
  was on. Now the screen is black and has no displays at all. We brought the
  van in to the dealership and they said parts had to be ordered. The Honda
  Advisor told me that this was a problem that they are aware of that happens
  often with this particular model. It's been 3 months and nothing has been

done. When I called back to check on the parts and progress to see when I can get it fixed, the service department changed their narrative and now they know nothing about any issues like that. We cannot use any functions like rear view display, heat or AC controls, and anything else that are displayed on the infotainment screen. We have 4 kids all under age 6, and my fear is that one child may sneak out and walk behind our van while we are backing out. The mirrors can only see so much, but the rear camera can give a better view of anything low and short."

- **2020 Honda Odyssey | NHTSA ID Number 11453893, February 24, 2022, (Incident Date: Feb. 19, 2022).** "On several occasions our Honda van has slammed on the brakes without any vehicle or obstacle present. The automatic braking system has worked properly when someone ahead brakes aggressively ... but the instances I'm talking about have occur without vehicles in our lane. 1 time it was coming around a turn and I almost lost control of the steering since I wasn't expecting a hard brake. I haven't gotten it inspected or looked at. The safety feature seems to work properly but then will sense something that isn't there."

- **2020 Honda Odyssey | NHTSA ID Number 11454070, February 25, 2022, (Incident Date: Dec. 20, 2021).** "While parking and approaching another car in a parking lot, the van automatic braking system randomly started blinking and the brakes automatically applied, pulsating and grinding loudly for several seconds for no reason. I believe my safety and my passengers safety was at risk. The problem was random and not reproduced since it happened. The vehicle was not inspected. No warning lamps or symptoms appeared prior to this occurring and have not occurred since. It was a scary experience, I assumed it was some kind of electronic glitch."

- **2020 Honda Odyssey | NHTSA ID Number 11456743, March 15, 2022, (Incident Date: Feb. 2, 2022).** "Continuously intermittent lose of all main dash board information to include speed, all advanced safety features, display goes totally black. Continuously intermittent lose of infotainment system. Includes radio, gps, backup camera and all other options."

- **2020 Honda Odyssey | NHTSA ID Number 11458001, March 23, 2022, (Incident Date: Sept. 1, 2021).** "The contact owns a 2020 Honda Odyssey. The contact stated that while driving at various speeds, the vehicle would intermittently brake independently as the brake warning symbol would flash on the instrument panel. The contact also stated that the steering wheel

would shake during the failure. The contact took the vehicle to a dealer where it remained in their possession. The dealer stated that the mechanic was unable to duplicate the failure. The manufacturer had yet to be notified of the failure. The vehicle had yet to be repaired. The failure mileage was approximately 32,000."

- **2020 Honda Odyssey | NHTSA ID Number 11459395, April 3, 2022, (Incident Date: Dec. 1, 2021).** "Non-working touchscreen monitor (navigation, radio, heat/ac adjustments, everything on screen off and won't turn on. The USB outlets, backup camera, rear tv are also all non-working. Issue with doors, van beeps twice when walking away from vehicle, like one is not shut properly even after you open and shut all doors again. Also rear sliding doors don't shut sometimes and act like there is something in the way of it closing and reopening. Available anytime on Friday for inspection. Safety issue only with backup camera. Prefer the convenience of having one to see behind me better. Mirrors ok but camera better. Problem was fixed twice at Honda dealership in Jonesboro Ar. They said it was a recall. The solution to the recall only fixed it temporarily though. The same above issues continue to reoccur even after repair. Scheduled and went into Honda for the third time for the same issue and the dealership sent me away. This time they said they wouldn't be able to fix again until someone (an engineer) from corporate could come out and look at my car. This hasn't occurred and it's been over two months. They said they have a new service manager and they are looking into it. I've called a number of times and I am just told their new and their trying to figure out who to contact. Issues started out with popping and crackling noise in speakers. Then the touchscreen monitor would say no audio connection. The rear tv would go on and off too. Then the touchscreen just died and nothing works now. It doesn't even turn on. Just black screen. So I have a non-working touchscreen, navigation, radio, back up camera, heat/air adjustments, all components on the touchscreen are non-working. USB ports are non-working. Rear tv is non-working."

- **2020 Honda Odyssey | NHTSA ID Number 11475726, August 19, 2022, (Incident Date: Oct. 12, 2021).** "Reverse backup camera works only intermittently. Several YouTube videos report the same complaint over many years. Dealership unable to duplicate even though I present them my own video with infotainment center warning 'CAMERA SYSTEM FAILURE'."

- **2020 Honda Odyssey | NHTSA ID Number 11482480, September 1, 2022, (Incident Date: Aug. 30, 2022).** "Start stop system malfunctions during auto stop/restart. Van will stall or fully turn off instead of restart when brake released and accelerator pressed. Problem is intermittent and increasing in frequency. This results in unexpected stalls/stops in traffic, putting driver and passengers (as well as other vehicles) at risk. Message displayed is "Collision mitigation system problem" or the van stops itself and tells the driver to "shift to park". Van may or may not immediately respond to starting push button. Dealership cannot identify problem, but numerous other customers report similar complaints."

- **2020 Honda Odyssey | NHTSA ID Number 11485605, September 21, 2022, (Incident Date: Sept. 1, 2022).** "When the automatic start/stop feature turns the car off when the brake is fully depressed the Car will sometimes not restart as designed. Further, it is sometimes accompanied by the forward collision warning light coming on and shutting the car off."

- **2020 Honda Odyssey | NHTSA ID Number 11491011, October 26, 2022, (Incident Date: Oct. 24, 2022).** "Infotainment system stopped working while car was on. It just shut off with no warning. I had no backup camera, phone, USB, radio. This drained my battery and caused my van to not start. I was stranded with my children and had to call a tow. Moments prior to the battery dying, the lights on the dash were flashing, my tail lights were on and flashing and would not shut off. Towed to the dealer and battery was charged and everything is working."

- **2020 Honda Odyssey | NHTSA ID Number 11492789, November 8, 2022, (Incident Date: Nov. 7, 2022).** "While driving at various speeds, my vehicle will intermittently brake without warning on its own. The brake warning symbol will flash on the instrument panel and the steering wheel shakes. The surprise and unexpected braking caused me alarm as well as my passengers who did not understand why the vehicle suddenly braked for no apparent reason. I have experienced this multiple times while driving. Most recently, we were exiting the freeway and moved into the exit lane. There was no car directly in front of me but the car suddenly braked scaring us all."

- **2020 Honda Odyssey | NHTSA ID Number 11499342, December 29, 2022, (Incident Date: Dec. 25, 2022).** "The speakers of our

CLASS ACTION COMPLAINT

Odyssey crackle and pop despite completing the recall (MOST bus connectors) recommended by Honda. It has progressed to affect the entire infotainment unit. The unit shutdowns repeatedly while driving which means that the backup camera fails, as well as any navigation one is using while traveling. The hands-free phone features are also affected as one cannot connect their phone to the car. We've attempted repairs at the Honda dealership but they have been unable to provide a permanent fix. Each time they try to replace a connector or un-kink a wire, the problem returns within days. Most recently, the battery died and the car was unable to start due to the constant restarting of the infotainment center."

- **2020 Honda Odyssey | NHTSA ID Number 11514939, April 1, 2023, (Incident Date: April 1, 2023).** "While driving the infotainment system will go completely out. When this happens you lose all additional safety features (back up camera, lane notifications, etc). This also becomes a distraction to the driver as when the system goes out it make a loud noise or will have a continued crackling noise which is highly distracting to the driver. I have seen a number of complaints online about this issue and have experienced the outages almost daily while driving the vehicle."

- **2020 Honda Odyssey | NHTSA ID Number 11523442, May 23, 2023, (Incident Date: May 23, 2023).** "The vehicle is currenting having an issue with the MOST feature which is causing a static sound coming from the speakers as well as the DVD/CD player not working at all. Once in a while when idling with brake on the vehicle will shut and down and restart on its on quickly. When this happens multiple warnings will appear on the dashes warning system. Some of these warnings are mitigation collision warning, cruise control, and low power."

- **2020 Honda Odyssey | NHTSA ID Number 11527671, June 19, 2023, (Incident Date: June 19, 2023).** "There is a distracting static coming out of the speakers. sounds like popping and crackling."

CLASS ACTION COMPLAINT

91.     The 2021 Honda Odyssey van has 21 complaints listed on the NHTSA ODI website, including 5 "electrical system" complaints and 8 "forward collision avoidance" complaints.[42]  Defect-related complaints include:

- **2021 Honda Odyssey | NHTSA ID Number 11435468, October 4, 2021, (Incident Date: Sept. 15, 2021).**  "The 'infotainment' system turned off stating "network connection lost." The speakers then started making a VERY loud crackling sound that could not be controlled with the volume button. It was very distracting to the driver--sounded like rocks hitting the windshield. When the infotainment system was off, the blindspot monitor and back-up camera stopped functioning. This has happened several times."

- **2021 Honda Odyssey | NHTSA ID Number 11439942, November 9, 2021, (Incident Date: Oct. 25, 2021).**  "UNKNOWN There is a cracking noise in engine at low speed (slow acceleration after stop). Much like this video      https://www.youtube.com/watch?v=kl9D0PzOxHU&t=1s      The dealer would not acknowledge it as a problem and call it by design. They say a lot of cars with this engine develop this sound. This started happening after 6000 miles."

- **2021 Honda Odyssey | NHTSA ID Number 11543852, February 24, 2022, (Incident Date: Jan. 9, 2022).**  "While driving with no vehicles or obstacles stopped in front of me, my car automatically braked hard."

- **2021 Honda Odyssey | NHTSA ID Number 11465765, May 23, 2022, (Incident Date: May 15, 2022).**  "On numerous occasions the forward collision warning has caused hard braking when there is nothing close in front of me. I fear that a close following vehicle will hit me when this occurs. This has not caused an accident yet, but the following vehicle driver must think that I'm a terrible driver for unnecessarily hitting my brakes."

- **2021 Honda Odyssey | NHTSA ID Number 11495496, November 30, 2022, (Incident Date: Nov. 26, 2022).**  "Exiting a construction zone (I-70 westbound near Mt. Comfort, Indiana) at approximately 60 to 65 mph, our 2021 Honda Odyssey, without warning,

---

[42]  Occasionally, complaints related to the Defect were categorized differently. *E.g.*, infotainment system and instrument panel going black categorized as "unknown or other" rather than electrical (Complaint No. 11270566); sporadic infotainment system lockup categorized as "visibility/wiper" (Complaint No. 11311550).

CLASS ACTION COMPLAINT

momentarily applied unwarranted automatic emergency braking. The brakes were actuated for (an estimated) one second and resulted in an abrupt (approximately) 10mph reduction in speed. A large SUV traveling directly us was forced to take immediate action by making a sudden lane change in order to avoid a serious collision. The involuntary braking action on the part of the vehicle placed the passengers of both vehicles in grave danger. The only warning indication provided by the vehicle was an orange-box "BRAKE" warning displayed on the dashboard and the accompanying warning beeps, both simultaneous to the actual brake actuation. No indications or warnings appeared prior to or after the actual braking. No obstacle or object on the roadway was visible to either the driver or front seat passenger. All traffic lanes were clear for a minimum of 100 yards ahead of the vehicle. Weather was clear and dry. The pavement was dry and clear of any debris. The construction zone where the incident occurred carries both east and westbound traffic on the normally westbound (north) side of the expressway. The left side of the traffic lanes are lined with continuous, concrete "Jersey" barriers. The incident took place at the western end of the zone, at the point where the westbound lanes expand from two to three lanes. This is approximately where the left-side parallel-to-traffic barriers end and a small, separated section of angled-to-traffic barriers is revealed, along with some other barrier sections in the median area between the roadways. This incident (November 26, 2022) was the second time this malfunction has occurred in same vehicle in approximately the same area on I-70. On August 11, 2022, an essentially identical event took place under similar conditions. The vehicle has not been inspected by Honda or any other authorities."

- **2021 Honda Odyssey | NHTSA ID Number 11525332, June 5, 2023, (Incident Date: June 1, 2023).** "While driving on a straight, wide open road at approximately 45mph with no vehicle in any close proximity in front, the forward Collision Mitigation Braking System alarmed and activated and strongly braked, slowing the car quickly down to about 20mph before releasing. Fortunately, there was no one behind me to react to the unexpected slowing down of my car. There was no apparent reason why this should have activated. The CMBS has activated previously in other non-threatening situations but there was usually a condition where you could justify why it made a mistake, such as being in the left lane of a two lane road which curves to the left and a car in the right lane slows to turn right, my car thinks it is in front of me when it is not. Still, these situations result in a danger of getting hit from behind."

---

CLASS ACTION COMPLAINT

- **2021 Honda Odyssey | NHTSA ID Number 11528174, June 21, 2023, (Incident Date: June 21, 2023).**  "I was driving through an intersection. My automatic brakes activated for no reason, my car rapidly slowed down in the middle of an intersection, a bus hit my car from behind."

92.    The 2022 Honda Odyssey SUV FWD and AWD have 49 complaints listed on the NHTSA ODI website, including 9 "electrical system" complaints, 2 "service brakes" complaints, and 8 "forward collision avoidance" complaints.[43]   Select Defect-related complaints include:

- **2022 Honda Odyssey | NHTSA ID Number 11435969, October 7, 2021, (Incident Date: Sept. 4, 2021).**  "When I first purchased my '22 Honda Odyssey a few months ago, the Apple CarPlay wouldn't work, then the main center screen started black screening and not turning on. I took it in to the dealer and they ordered the part almost 4 weeks ago. It's still not in. Anyways, about 2 weeks ago, my van randomly braked while I was going 70 mph on SRT. Fortunately, we didn't get in an accident. There were no shadows, no other cars in front of us, not any reason for it to flash BRAKE and stop. My mom was next to me and yelled, "What are you doing there are cars behind us." I said I didn't know what was happening and started pushing on the gas to go again. I immediately took it to the dealer and told them I don't feel safe driving it until they can fix the brake issue. The manager told me this happened to another lady in a '22 CRV from the same dealership, but she was on surface streets. It started w the black screening and than the random braking. Long story short, they replaced the tuner on her car and she hasn't had issues in about 5-6 weeks. They told me to wait for the part, and while I wait, they can turn the safety features off. I said no thanks, I'll leave it until they are sure it's fixed. They won't give me a loaner so I've been borrowing my parents' car. I already have a case number with Honda and they don't seem to be taking it seriously nor will they offer me a loaner. The dealer/manager has been extremely rude and has stopped responding when I ask him for updates. I am still waiting on the part to come in to fix the electronic issue."

- **2022 Honda Odyssey | NHTSA ID Number 11453980, February 25, 2022, (Incident Date: Dec. 8, 2021).**  "Was watching news on other Honda models and the emergency break system going off erroneously. This has happened with my car as well. It doesnt appear breaks will engage but the light will flash indicating to break even though there are

---

[43] Occasionally, complaints related to the Defect were categorized differently.

no cars or objects in front of me. I have not had it inspected and waiting for first oil change to do so."

- **2022 Honda Odyssey | NHTSA ID Number 11527481, June 17, 2023, (Incident Date: June 16, 2023).** "Driving on the highway and my dash and infotainment screen went black for about 15 seconds."

## VI.    Honda Has Not Fixed the Defects

93.    Honda admitted the Infotainment Defect exists and attempted to remedy it by addressing what Honda deemed to be a loose connection within the Defective Infotainment Vehicles' electrical systems.

94.    Honda's recognition of—and failed attempts to diagnose and repair —the Infotainment Defect span years.   For instance, on January 24, 2020, Honda (1) acknowledged that popping and crackling noise from the speakers affects 2020 Odysseys, Passports, and Pilots, (2) acknowledged that there was no countermeasure available, and (3) notified Service Managers, Advisors, and Personnel of these fact. However, even today Honda continues to promote the Defective Vehicles by listing off their features (including "active safety features" involving braking; "audio & connectivity features" including LCD screens, Bluetooth, and radio systems) without warning customers about these known Infotainment Defects.

95.    In March and May 2019, and before Plaintiff bought her car, based on the volume of consumer complaints it received, Honda engineers conducted an analysis of the problems with the Honda vehicles electrical systems that caused such vehicles to make popping or crackling noises from the speakers and/or produce no sound from the speakers and attempted to provide a solution.  As a result of its investigation, Honda released to its authorized dealerships a "ServiceNews Article" titled "Popping or Crackling from the Speakers?  Check the MOST Bus Network," that applied to the 2018-19 Odyssey (all trims except LX), 2019 Pilot (all trims except LX), and 2019 Passport (all trims except Sport) as vehicles.  The article states, *inter alia*,: "Are you hearing a popping or crackling from the speakers?  This may be due to a connection issue in the

MOST bus network, which can be identified by the unique red and green connectors at each component of the infotainment system.    During component inspection or replacement, you can easily damage these connectors if the cable is used for leverage when unplugging them.    To save you time during troubleshooting, check the repair history on the vehicle.    Most reported cases happened after a separate previous repair was made to the system.    Be sure to inspect the MOST connectors at all components and any connections between the harnesses.    If a connector is found to be damaged, like you see here, the entire harness must be replaced.    These connectors are not repairable…"

96.    Then, following additional investigation, on August 4, 2020, Honda issued to its dealers a Technical Service Bulletin ("TSB") No. 20-058, Version 1 (titled "Popping or Crackling from the Speakers; No Sound from the Audio System; Network Loss Message and/or Display Issues"), where it stated that "there is a loose connection in the MOST bus network."

97.    According to Honda's TSB No. 20-058, Version 1, the issues covered in the bulletin affected certain 2019-2021 Honda Pilot and 2019-2020 Honda Passport vehicles.

98.    As a corrective action, Honda instructed its authorized dealers to "[i]nstall the FAKRA connector set and the MOST service cords."

99.    Subsequently, Honda revised TSB No. 20-058 on September 8, 2020 and September 10, 2020, wherein it supplemented the repair instructions and parts information.

100.    Then, on February 18, 2021, Honda issued to its dealers a TSB No. 21- 013, Version 1 (titled "Warranty Extension: 2018-20 Odyssey MOST Bus Network Connectors"), covering certain 2018-2020 Honda Odyssey vehicles, where it stated that a "loose connection in the MOST bus network is causing a popping or crackling from the speakers or no sound from the audio system" and that "[t]here may also be a Network Loss message and/or display issues."

CLASS ACTION COMPLAINT

101.   Just like in its TSB No. 20-058, in this TSB No. 21-013, as corrective action, Honda instructed its authorized dealers to "[i]nstall the FAKRA connector set and the MOST service cords."

102.   Notably, in that TSB Honda cautioned its dealerships to "make sure the harness is routed correctly, as a misrouted harness can put pressure on the connectors which may cause a connection issue," and "not pull on the units while the FAKRA connectors are connected to help prevent communication issues."

103.   The same day, on February 18, 2021, Honda revised TSB No. 20-058 for the fourth time by supplementing the repair instructions and parts information, and referring its dealerships to a communication by the Manager of Honda's Auto Campaign Administration Department, wherein Honda announced an extension of the warranty for the MOST bus network connectors on certain 2018-2020 Odyssey, 2019-20 Passport, and 2019-20 Pilot vehicles to 5 years or 60,000 miles from the original date of purchase, whichever comes first (hereafter "Extended Warranty").

104.   Additionally, Honda revised this TSB to include a caution to its dealerships to "make sure the harness is routed correctly, as a misrouted harness can put pressure on the connectors which may cause a connection issue," and "not pull on the units while the FAKRA connectors are connected to help prevent communication issues."

105.   On May 3, 2021, Honda revised TSB No. 20-058 for the fifth time by including all 2020 and 2021 Honda Passport vehicles in the list of affected vehicles.

106.   On July 12, 2021, Honda issued a second revision of its TSB No. 21-013 wherein Honda, under corrective action, dropped the requirement for its dealers to replace the MOST service cords in affected vehicles and install the FAKRA connection set only.  However, as evident from Plaintiff's experience and those of other consumers, the replacement of MOST service cords and FAKRA connectors failed to correct the Infotainment Defect.

107.   Specifically, in September 2021, Honda issued to its dealerships a Job Aid tiled "MOST Bus Network: Overview, Troubleshooting, and Repairs" covering the 2018

and later Honda Odyssey, 2019 and later Honda Passport, and 2019 and later Honda Pilot, where Honda warned its dealerships that improper connections or improper harness routing may result in the Infotainment Defect manifesting itself: "popping or crackling noises from the speakers, a blank center display unit, or the sound cutting off."

108.    Although Honda knew of such Infotainment Defect at least as of March and May 2019 in the model year vehicles that precede the Defective Vehicles, when Honda published a "ServiceNews Article" titled "Popping or Crackling from the Speakers? Check the MOST Bus Network," and at least as August 4, 2020, in the Defective Vehicles, when Honda published to its dealers TSB No. 20-058 (and sooner as Honda gathered information and data to prepare such bulletin), Honda has not disclosed such Infotainment Defect to consumers.

109.    Thus, the issuance of the 2019 "ServiceNews Article," of the TSB No. 20-058 and TSB No. 21-013, and amendments thereto, suggest a gathering of data and information regarding the Infotainment Defect and establishes Honda's superior knowledge of a defect that would not be readily available to the Plaintiff or similarly-situated consumers.

110.    Most recently, on June 15, 2023, Honda issued a limited recall to address audio-system issues only, but even in that recall, continued to minimize the extent of the Infotainment Defect and the risks associated with it.  Tucked within the recall notice, Honda—for the first time—expanded the population range of affected vehicles to remove the trim model limitations in its prior communications, expanding the recall population range of possibly impacted vehicles to *all* trim models of, *inter alia*, 2020-2022 Honda Odysseys, Passports, and Pilots.  Honda's most recent unverifiable offers to fix these vehicles—even though it has so far been unable or unwilling to offer a final fix for the problems—is insufficient.

111.    The same pattern holds true regarding the Braking Defect.  Honda has issued a series of Technical Service Bulletins, Tech Line Summary and Engineering Requests for Investigation issued quietly by Honda to its dealers since the introduction

of Honda Sensing.[44]  This provides further evidence of Honda's pre-sale knowledge of the Braking Defect.  Upon information and belief, although these bulletins purport to address issues limited to particular vehicles, the Honda Sensing System in all Phantom Braking Vehicles is similarly defective.  Honda has attempted to define problems with Honda Sensing narrowly to avoid the liability and expense of acknowledging the true nature and scope of the problem.  For this reason, the phantom braking issues continue to plague the Phantom Braking Vehicles.

112.    For example, in January of 2017, Honda issued ATS 170102, titled "Radar Obstructed Message in the Driver Information Interface" directed to its 2017 CR-V vehicles.  Therein, Honda explained:

> If you see the message Some Driver Assist Systems Cannot Operate: Radar Obstructed in the driver information interface, it means something is blocking or covering the millimeter wave radar in the front grille, preventing it from detecting objects ahead of the vehicle. You may also see this message when driving in rain, snow, fog, etc. It's not uncommon for it to intermittently come on when driving under those conditions. …
> Although this info is covered in the owner's guide and owner's manual, some customers may think there's something wrong with the vehicle when they see that message. Be sure to pass this info along to the service advisors so they can educate their customers.

113.    On information and belief, this Tech Line Summary Article exemplifies Honda's attempts to explain away and cover up issues with the CMBS rather than acknowledge the existence of the Braking Defect.  Indeed, when the plaintiff in the 2018 braking lawsuit took his vehicle into the dealer, he was told that the problem was a dirty sensor lens which the dealer cleaned without doing more.  This failed to solve the problem.

114.    Only a month later, in February of 2017, Honda issued ATS 170204 titled "ACC, Collision Mitigation Braking System, and Road Departure Mitigation, Indicators On with DTC P2583-76" directed to its 2017 CR-V vehicles.  In it, Honda explained:

---

[44] Exhibit 9 - Honda Communications About Phantom Braking.

"Some early production vehicles undergoing PDI or coming in with low mileage may have this issue:

- The ACC (Adaptive Cruise Control), Collision Mitigation Braking System, and Road Departure Mitigation indicators are on.

- DTC P2583-76 (temporary stop of integrated driver support system [misalignment millimeter wave radar] is set.

- The driver information interface shows **Adaptive Cruise Control Problem**, **Collision Mitigation System Problem**, and **Road Departure Mitigation System** Problem messages. (Emphasis in original.) Honda blamed the factory's radar aiming process and instructed dealers to re-aim the radar."

115.    Over the following months and years, Honda continued to roll out communications about Honda Sensing in general and the Collision Mitigation Braking System in particular, including general communications on March 29, 20217, two communications in September 2017, two communications in November 2017, and communications in January 2018, March 2018, and April 2018 as well as reports in the Phantom Braking Vehicles at issue here on the following dates: March 30, 2021, April 22, 2021, May 26, 2021, June 15, 2021, July 7, 2021, July 22, 2021, August 9, 2021, August 25, 2021, September 10, 2021, and October 25, 2021.

116.    Honda has also referenced the phantom braking issue—or, as Honda calls it "unexpected brake application."  On March 30, 2021, based on a consumer complaint, Honda issued a Request for information about unexpected brake application in, *inter alia*, 2017 Honda CR-Vs, 2018-2021 Odysseys and 2018-2021 Pilots—in other words, this most recent communication references phantom braking in some of the Phantom Braking Vehicles involved in this suit.  However, the March 30, 2021 communication and request was solely directed to Honda dealership personnel—not to consumers. Honda subsequently issued similar communications on April 22, 2021, May 26, 2021, June 15, 2021, July 7, 2021, July 22, 2021, August 9, 2021, September 10, 2021, and October 25, 2021, always directing them only to dealership personnel.

117.   Implicit in these communications is the admission that Honda itself apparently does not understand the reason for these failures.   For example, the March 30, 2021 communication, like many of the others, states: "To better understand the cause of this [unexpected CMBS operation or a brake application], AHM would like to collect specific information from the vehicle prior to you attempting a repair of any kind."

118.   Upon information and belief, to date Honda has not provided any explanation regarding why it waited until March 2021 to start issuing these communications (even though it had prior notice from the lawsuit regarding the 2017 Honda CR-Vs as early as May 2018) or why it has failed to act on this investigation.

**VII.      Honda's Concealment and Suppression of the Defects**

119.   While Honda has been fully aware of the Defects in the Defective Vehicles, it has actively concealed the existence and nature of the Defects from Plaintiff and Class Members at the time of purchase, lease, repair and thereafter.

120.   Specifically, Honda failed to disclose and/or actively concealed at and after the time of purchase, lease, or repair:

a.      Any and all known material defects or material nonconformity of the Defective Vehicles and their electrical systems;

b.      That the Defective Vehicles were not in good working order, were defective, and were not fit for their intended purposes;

c.      That the Defective Vehicles and their infotainment and braking systems were defective—despite the fact that Honda had admitted it knew about defects in these same systems in prior makes and models as early as 2017, had learned of such defects through alarming failure rates reported to the NHTSA and Honda directly, through other sources of customers complaints, through internal sources, through testing and other means, as described above; and

      d.     That Honda's warranty may not be able to fix the problems, and that even if such problems could be fixed, that Honda was dealing with ongoing supply issues devaluing the warranty that was provided as part of each new Honda's sale price.

121.    Additionally, Honda has been and continues to tout certain features—including the Honda Sensing—as making Honda vehicles safer, instead of making them more dangerous.  For instance, in *Cadena* Honda was sued for defective Honda Sensing resulting in phantom braking in 2017-2020 Honda CR-Vs and 2016-2020 Honda Accords.  Yet, in one illustrative example of Defendants' misrepresentations, on February 13, 2020, Defendants continued not only to conceal the safety defects with the Honda Sensing system, but actually to promote them as an enhanced safety feature in a press release.[45]

122.    In that press release, Honda touted the safety of its vehicles and its safety leadership noting that "Honda offers a full line of reliable, fuel-efficient and fun-to-drive vehicles with advanced safety technologies" and "Honda has a long history of leadership in the development and application of advanced technologies designed to enhance the safety of all road users," among other things.

123.    Additionally, Honda distributes standardized communications and/or advertising to consumers, including its standard warranty[46] and Owners' Manuals[47] that

---

[45] *See* Exhibit 10, Screenshot of Press Release found at https://hondanews.com/en-US/safety/releases/release-82670c52482ed2783d31979c3e00235f-six-2020-honda-models-earn-iihs-top-safety-ratings.

[46] The 2020 Warranty is accessible at: https://owners.honda.com/Documentum/Warranty/Handbooks/2020_Honda_Warranty _Basebook_Rev02_FINAL_-_SIS.pdf.  The 2021 Warranty is accessible at: https://owners.honda.com/Documentum/Warranty/Handbooks/2021_Honda_Warranty _Basebook_Petrol_Hybrid_PHEV.pdf.  The 2022 Warranty is accessible at: https://owners.honda.com/Documentum/Warranty/Handbooks/2022_Honda_Warranty _Basebook.pdf

[47] Exhibit 11, Odyssey Owners Manuals; Exhibit 12, Pilot Owners Manuals; Exhibit 13, Passport Owners Manuals.

address the safety features (like the infotainment system and the braking system) of the vehicles without disclosing the Defects.

124. Honda's misrepresentations are actively ongoing. Honda is currently aware that the infotainment systems in the Defective Vehicles are malfunctioning in record numbers. But other than instructing its dealers to replace a number of connectors and slow-rolling out a number of recalls and service bulletins—none of which have been able to definitely fix the issues to date—Honda has had no fix.

125. Recently, Honda issued a recall related to the MOST communication coaxial cable—admitting that it was improperly designed and manufactured. Upon information and belief, there is no evidence to support that Honda's most recent purported infotainment fixes will actually cure the full extent of the Infotainment Defect. The Braking Defect does not even have a recall or a proposed fix for the Phantom Braking Vehicles.

126. Even in the most recent recall, Honda minimizes the extent of the Infotainment Defect as merely "resulting in deformed terminals and potentially causing poor, or lost, connections intermittently between the audio display unit and the vehicle cable connector."

127. Honda's narrow description of the safety risk—"If the MOST communication is lost for more than 20 seconds, the rearview camera function will fail when the vehicle is in the reverse gear, increasing the risk of a crash or injury."—continues to misrepresent the full extent of the issues to consumers by ignoring safety issues like: driver distraction; the inability of drivers to see how fast they are going; the inability of drivers to see how much fuel they have; the inability of drivers to check their temperature gauge, oil pressure, and/or other vehicle vitals; and GPS and navigation failures.

128. Honda's narrow recall also implies that other manifestations of the Infotainment Defect will not be remedied by the proposed current fix.

CLASS ACTION COMPLAINT

129.   In other words, Honda is aware of the Infotainment Defect and the Braking Defect and that the Defective Vehicles are malfunctioning in record numbers.  But other than an endless series of instructions and proposed fixes (software upgrades, connector replacement, and most recently coaxial cable replacement), upon information and belief Honda has been unable to remedy the full extent of the Defects to date.

130.   And even when Honda agrees to implement purported fixes, it routinely is unable to timely supply customers and dealers with the parts allegedly needed for repair.

## VIII.     Honda's New Vehicle Limited Warranty

131.   Prior to purchasing their vehicles, Plaintiff and Class Members relied upon Honda's representations in the New Vehicle Limited Warranty that accompanied the sale of their vehicles, and such representations were material to Plaintiff's and the Class Members' decision to purchase their vehicles.

132.   Specifically, each Defective Vehicle sale or lease is accompanied with Honda's 3-year / 36,000-mile New Vehicle Limited Warranty.

133.   The terms of Honda's New Vehicle Limited Warranty are contained in the warranty booklet that Plaintiff and all Class Members received at the time they purchased or leased the Defective Vehicles and/or that is accessible online for all Defective Vehicle owners.

134.   Honda's warranty booklet sets forth the terms of its New Vehicle Limited Warranty as follows:

**General Warranty Provisions**
The warranty coverages in this booklet are offered only to the owner or lessee of a [2020 / 2021 / 2022] Honda automobile. To be covered, the vehicle must be distributed by American Honda through the Honda Automobile Division, and sold or leased by an authorized Honda automobile dealer in the United States, Puerto Rico, the U.S. Virgin Islands, Guam, and the Commonwealth of the Northern Mariana Islands.

[…]

**New Vehicle Limited Warranty**
Your vehicle is covered for 3 years or 36,000 miles, whichever comes first. Some parts may have separate coverage under other warranties described in this booklet.

[…]

**Warranty Coverage**

Honda will repair or replace any part that is defective in material or workmanship under normal use…. The replaced or repaired parts are covered only until this New Vehicle Limited Warranty expires.

\*       \*       \*

**How to Get Warranty Service**

You should take your vehicle, along with proof of the purchase date, to an authorized Honda automobile dealer during normal service hours…[48]

135.    Further, Honda's authorized dealers expressly assented to perform warranty repairs on the Defective Vehicles, necessary to bring Honda in compliance with Honda's express warranty.

136.    Upon information and belief, Honda controls execution of all warranty repairs by its dealers, as it provides training, materials, special tools, diagnostic software, and replacement parts to its dealers, and demands that the warranty repairs be performed in a strict accordance with its repair guidelines, Technical Service Bulletins, Job's Aids, and other instructions.

137.    In return, Honda pays its authorized dealerships monetary compensation for such warranty repairs.

138.    Therefore, Honda's authorized dealers are its agents for purpose of vehicle repairs, and knowledge of a defect reported to any such dealer can be imputed to Honda.

---

[48]    The 2020 Warranty is accessible at: https://owners.honda.com/Documentum/Warranty/Handbooks/2020_Honda_Warranty _Basebook_Rev02_FINAL_-_SIS.pdf. The 2021 Warranty is accessible at: https://owners.honda.com/Documentum/Warranty/Handbooks/2021_Honda_Warranty _Basebook_Petrol_Hybrid_PHEV.pdf. The 2022 Warranty is accessible at: https://owners.honda.com/Documentum/Warranty/Handbooks/2022_Honda_Warranty _Basebook.pdf

## IX.   Plaintiff-Specific Allegations

139.   In 2020, Plaintiff—who was expecting a child at the time—knew she wanted a Honda because they had a reputation as safe and reliable vehicles, so she thought that would be a good car for her growing family.

140.   Plaintiff went to a Honda dealership to test-drive vehicles and get more information about Honda.   She test drove a Honda with a substantially similar infotainment screen and braking features as in her current vehicle.   Based on her in-person research at the Honda dealership, she decided she wanted a similar vehicle, although not brand new.   Therefore, Plaintiff shopped around at other dealers to find a close-to-new vehicle.

141.   On or about September 9, 2020, Plaintiff purchased a 2020 Honda Pilot, 7-Passenger Touring, VIN: 5FNYF5H67LB006780, in Greenville, South Carolina primarily for her personal, family, and household purposes.   At the time she purchased the vehicle; it only had 1,737 miles on it.   The total sale price of the price of her vehicle was $40,698.49—of which she financed $39,198.49 at a 5.25% interest rate.   Her vehicle came with the 2020 Honda Pilot Owners Manual and was new enough to be covered by the manufacturer's warranty.

142.   Approximately one year after purchase, the previously-latent Defects at issue in this case starting manifesting themselves.   Starting on March 11, 2022, Plaintiff began making regular trips to her local Honda dealer—Vic Bailey Honda in Spartanburg, South Carolina—to address the continuing malfunctions, defects, and problems that have plagued Plaintiff's vehicle ever since.

143.   On March 11, 2022, Plaintiff took her vehicle into the dealership, complaining of popping and cracking heard from the speakers while driving, like pebbles hitting the windshield.   She also told the dealer about the phantom braking she had experienced.   The dealer identified the cause as "connectors."   The related service completed was "0101Q2  Audio  Unit – Replace  the  FAKRA  CONNECTORS

(TOURING, ELITE) S/B: 20-012 S/B: 20-058 S/B: 21-012." In other words, on the first trip, the dealer replaced the FAKRA connectors.

144.    Plaintiff's complaints persisted after this trip to the dealership.

145.    On April 25, 2022, Plaintiff returned to the dealership, reiterating her infotainment and phantom braking complaints, and explaining that she was still having intermittent issues with her infotainment system.    This time, the related service completed was "0101G6 TURNER, DIGITAL AUDIO S/B: 16-025."    Thus, on the second trip, the dealer replaced the digital audio unit.

146.    Plaintiff's complaints persisted after this trip to the dealership.

147.    On September 6, 2022, Plaintiff returned to the dealership, reiterating her infotainment and phantom braking complaints.    The dealer identified the cause as "REF# 4550152 – 20690712019 CONTROL UNIT."    This time, the related service completed was "1010M9 CONTROL UNIT, REAR ENTERTAINMENT SYSTEM S/B: 20-013."

148.    Plaintiff's complaints persisted after this trip to the dealership.

149.    On January 27, 2023, Plaintiff returned to the dealership, reiterating her infotainment and phantom braking complaints, in addition to battery draining complaints that were, upon information and belief, related to the Infotainment Defect.    The dealer identified the cause as "RES CONTROL UNIT FOR CRACKLING SPEAKERS."    This time, the related service completed was "0101M9 CONTROL UNIT, REAR ENTERTAINMENT SYSTEM S/B: 20-013."    On this third trip related to the Defects, the dealer identified the following "correction:" "44290 40 Replaced farka connectors, n/c. Popping noise was still present.    shutdown log showed RES control failure. REPLACED REAR ENTERTAINMENT SYSTEM CONTROL UNIT.    LABOR OPERATION 0101M9 DEFECT CODE 03214 SYMPTOM CODE 01201 93083."

150.    On February 23, 2023, Plaintiff returned to the dealership, reiterating her infotainment and phantom braking complaints.    This time, the related service completed was "7371B9 FLOOR WIRE HARNESS – REPLACE S/B: 07-088 S/B/: 10-001" and "053156 NAVIGATION DISPLAY UNIT – REPLACE: S/B: 11-022 S/B: 11-076."

The dealer identified the cause as "E" and stated for "correction:" " 443141 1390 replaced dash and floor harness per mike l.  Labor Operation #7371B9 (2020 PILOT, YF5) FLOOR WIRE HARNESS – Replace 9.3 R Defect Codes 09999 other than stipulated. Labor Operation #:3731C6 (2020 Pilot, YF5) INSTRUMENT PANEL WIRE HARNESS – Replace 4.6 R Defect Codes 0999 For phenomena other than those stipulate."

151.   Plaintiff has only recently received her vehicle back from the dealer after the most recent round of repairs.  Due to the intermittent nature of the Defect manifestation, it is too soon to gauge the success of this round of repairs.

152.   In addition to the extreme inconvenience and stress related to taking the vehicle to the dealer to begin with, Plaintiff has also been inconvenienced by not having her vehicle with her for extended periods of time while her car is being repaired.  The open/closed dates of her ticket entries for these defects show how long her car was out of commission:

| Open Date | Close Date | Number of Days |
|---|---|---|
| March 11, 2022 | March 12, 2022 | 1 |
| April 25, 2022 | May 3, 2022 | 8 |
| September 6, 2022 | September 23, 2022 | 17 |
| January 27, 2023 | February 23, 2023 | 27 |
| February 23, 2023 | June 22, 2023 | 118 |

153.   During the repairs, Plaintiff was given a loaner vehicle of lower quality than her current vehicle.  For example, although she can comfortably fit her family—including her child's car seat—into her Defective Vehicle, the two loaner cars she received would not fit her family, resulting in her family needing to take two vehicles on outings.  This lasted for approximately 2-3 months.

154.   Throughout her time with her Defective Vehicle, and on the occasions when her vehicle was not at the dealer awaiting repair, Plaintiff's Defective Vehicle continued to suffer from the same loud and unexpected popping and crackling noises that

interrupted audio playback from her infotainment system, interrupted conversation over the hand-free phone system, and continued phantom braking.

155. When the Defects manifest, they do so abruptly, intermittently, unpredictably, and without warning when Plaintiff is driving on public roadways, startling her and drawing her attention away from the roadway and to the Defects.

156. Plaintiff would not have purchased this vehicle, or would have only paid a greatly reduced rate for it, if she had known about these defects.

157. However, now, due to the sharp rise in interest rates, Plaintiff is trapped with this vehicle because she cannot get a loan at a comparably affordable rate to purchase a new car.

158. The Defects experienced by Plaintiff substantially impair the use, value, and safety of her vehicle.

159. Given the intermittent nature of these Defects, Plaintiff could not reasonably have discovered said nonconformities prior to her acceptance of the vehicle.

## X.    Choice of Law Allegations

160. Because this Complaint is brought in California, California's choice of law regime governs the state law allegations in this Complaint. Under California' choice of law rules, California law applies to the claims of all Class Members, regardless of their state of residence or state of purchase.

161. Because Honda is headquartered—and made all decisions relevant to these claims—in California, California has a substantial connection to, and materially greater interest in, the rights, interests, and policies involved in this action than any other state. Application of California law to Honda and the claims of all Class Members would not be arbitrary or unfair.

162. Plaintiff pleads claims on behalf of a Nationwide Class because the same California laws apply to these claims. Alternatively, Plaintiff pleads state law class claims as indicated below. This Complaint refers to the nationwide and state classes collectively as the "Class," except where noted otherwise.

CLASS ACTION COMPLAINT

XI.     **Class Action Allegations**

163.    Plaintiff brings this action on behalf of herself and on behalf of a Nationwide Class and/or a South Carolina Class pursuant to Federal Rule of Civil Procedure 23:

164.    Subject to confirmation, clarification, and/or modification based on discovery to be conducted in this action, the classes that Plaintiff seeks to represent shall be defined as follows:

> <u>**Nationwide Class**</u>: All persons or entities nationwide who purchased or leased a 2020-2022 Honda Pilot, 2020-2022 Honda Passport, or 2020-2022 Honda Odyssey (except the 2020 LX) manufactured and sold by defendants American Honda and/or Honda Ltd.

> <u>**South Carolina Class**</u>: All persons or entities who purchased or leased a 2020-2022 Honda Pilot, 2020-2022 Honda Passport, or 2020-2022 Honda Odyssey (except the 2020 LX) manufactured and sold by defendants American Honda and/or Honda Ltd. in the State of South Carolina ("South Carolina Infotainment Defect Class").

Collectively members of these two classes are referred to herein as "Class Members."

165.    Excluded from the Class are: (1) Defendants, including any entity in which either defendant has a controlling interest, and any of Defendants' legal representatives, officers, directors, employees, assigns, and successors; (2) the Judge to whom this case is assigned and any member of the Judge's staff or immediate family; and (3) Class Counsel.

166.    Plaintiff seeks only damages and injunctive relief on behalf of herself and the Class Members.  Plaintiff disclaims any intent or right to seek recovery in this action for personal injuries, wrongful death, or emotional distress suffered by Plaintiff and/or the Class Members.

167.    While the exact number of Class Members is unknown to Plaintiff at this time and can only be determined by appropriate discovery, membership in the Class is ascertainable based upon the records maintained by Honda and government officials.

Upon information and belief, Honda has sold and leased more than 700,000 Defective Vehicles nationwide during the relevant time period, all of which have the Infotainment System Defect and/or Braking Defects at issue. Therefore, the Class Members are so numerous that the individual joinder of all Class Members is impracticable under Federal Rule of Civil Procedure 23(a)(1).

168. There are common questions of law exist as to all Class Members pursuant to Federal Rule of Civil Procedure 23(a)(2). These common legal and factual issues include:

a. Whether the Defective Vehicles suffer from the Infotainment Defect and the Braking Defect;

b. Whether the Infotainment Defect and the Braking Defect constitute unreasonable safety hazards;

c. Whether Defendants knew or reasonably should have known about the Defects and, if so, how long Defendants have known about the Defects;

d. Whether Defendants knew or reasonably should have known about the Defects before they leased or sold the Defective Vehicles to the Class Members;

e. Whether each Defective Vehicle was sold or leased with the Defects;

f. Whether Defendants' express warranty covers the Defects;

g. Whether the Defendants breached express warranties made to the Class Members;

h. Whether Defendants breached implied warranties made to the Class Members;

i. Whether Defendant concealed the Defects;

j. Whether the Defendants had and have a duty to disclose the defective nature of the Defective Vehicles' infotainment and braking system to the Plaintiff and other Class Members;

k. Whether Defendants' conduct violates consumer protection statutes, warranty laws, and other laws asserted herein;

l. Whether Defendants have replaced defective parts with other defective parts;

m. Whether the Class Members are entitled to equitable relief, including, but not limited to, a preliminary and/or permanent injunction; and

n. Whether the Class Members have suffered damages as a result of the conduct alleged herein, and if so, the measure of such damages, including diminution of value and deprivation of the benefit of the bargain.

169. Plaintiff's claims are typical of the claims of the Class Members whom they seek to represent under Federal Rule of Civil Procedure 23(a)(3) because Plaintiff and each Class Member have Defective Vehicles with the same Infotainment Defects and Braking Defects. Plaintiff's claims are typical of the Class Members' claims because Plaintiff purchased or leased a Defective Vehicle, as did each Class Member. Furthermore, Plaintiff and all Class Members sustained economic injuries arising out of the wrongful conduct. Although atypical claims may exist, such as personal injuries arising from the Defects, those claims are explicitly excluded from the definitions the Class Members above. Plaintiff is advancing the same economic claims and legal theories on behalf of herself and all absent Class Members.

170. Plaintiff will fairly and adequately represent and protect the interests of the Class Members as required by Federal Rule of Civil Procedure 23(a)(4). Plaintiff is an adequate representative because her interests do not conflict with the interests of the Class Members. Further, Plaintiff has retained counsel competent and experienced in complex class action litigation, including automotive defect class action litigation, and Plaintiff intends to prosecute this action vigorously. Neither Plaintiff nor her counsel have any interest which might cause them not to vigorously pursue this action. Therefore, the interests of the Class Members will be fairly and adequately protected.

171.    A class action is appropriate under Federal Rule of Civil Procedure 23(b)(2) because, as stated above, Honda has acted or refused to act on grounds that apply generally to the Class Members, so that final equitable and/or injunctive relief or corresponding declaratory relief is appropriate as to all Class Members.

172.    A class action is the superior method for the fair and efficient adjudication of this controversy pursuant to Federal Rule of Civil Procedure 23(b)(3).  The injury suffered by each individual Class Member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Defendants' conduct.  It would be virtually impossible for Class Members individually to redress effectively the wrongs done to them.  Even if the Class Members could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case.  By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court.  Upon information and belief, members of the Classes can be readily identified and notified based on, *inter alia*, Defendants' vehicle identification numbers, warranty claims, registration records, and database of complaints.

## XII.    Causes of Action

### A.    Claims Brought on Behalf of the Nationwide Class Under California Law

**Nationwide / California Count 1:**
**Breach of Implied Warranty of Merchantability**
**(Cal. Com. Code §§ 2314 and 10212)**
**<u>Against American Honda</u>**

173.    Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.

174.   Plaintiff brings this count under California law, individually and on behalf of the other members of Nationwide Class, against American Honda.

175.   A warranty that the Defective Vehicles were in merchantable condition and fit for the ordinary purpose for which such goods are used is implied by law pursuant to Cal. Com. Code §§ 2314 and 10212.   Defendant is and was at all relevant times "merchants" of motor vehicles under Cal. Com. Code §§ 2104(1) and 10103(c), and "sellers" of motor vehicles under § 2103(1)(d).

176.   Defendant is and was at all relevant times a "lessor" of motor vehicles under Cal. Com. Code § 10103(a)(16).

177.   All Nationwide Class Members who purchased Defective Vehicles are "buyers" within the meaning of Cal. Com. Code § 2103(1)(a).

178.   All Nationwide Class Members who leased Defective Vehicles are "lessees" within the meaning of Cal. Com. Code § 10103(a)(14).

179.   The Defective Vehicles were at all relevant times "goods" within the meaning of Cal. Com. Code §§ 2105(1) and 10103(a)(8).

180.   Defendant knew or had reason to know of the specific use for which the Defective Vehicles were purchased or leased.   Defendant provided Plaintiff and the Nationwide Class Members with an implied warranty that the Defective Vehicles and any parts thereof were merchantable and fit for the ordinary purposes for which they were sold.   This implied warranty included, among other things, a warranty that the Defective Vehicles were manufactured, supplied, distributed, and sold by Defendant, were safe and reliable for providing transportation, would not be including providing functioning display screens, controls, audio, and braking systems, and complied with applicable federal and state laws and regulations, including FMVSS.

181.   However, the Defective Vehicles did not comply with the implied warranty of merchantability because they were defective and not in merchantable condition, would not pass without objection in the trade, and were not fit for their ordinary purpose of providing reasonably reliable, safe, and secure transportation at the time of sale or

thereafter because, *inter alia*, the Defective Vehicles contained the Infotainment Defect and the Braking Defect and as such were not sufficient to satisfy FMVSS, resulting in a substantial safety hazard because Defects means that the Defective Vehicles have a variety of key safety failures, including drivers' inability to see how fast they are going and/or to have a back-up view during manifestations of the Infotainment Defect, and erratic braking increasing the likelihood of rear-end collisions.

182. Any attempt by Defendant to disclaim or limit the implied warranty of merchantability for their respective Defective Vehicles vis-à-vis consumers is unconscionable and unenforceable. Specifically, Defendant's warranty limitations are unenforceable because Defendant knowingly sold or leased Defective Vehicles without informing consumers about the Defects. The time limits contained in Defendant's warranty periods were also unconscionable and inadequate to protect Plaintiff and Nationwide Class Members. Among other things, Plaintiff and Nationwide Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Defendant. A gross disparity in bargaining power existed between Defendant and Plaintiff and other Nationwide Class Members. Additionally, Defendant knew of the Defects at the time of sale.

183. Furthermore, the circumstances described herein caused Defendant's exclusive or limited remedy to fail its essential purpose such that the Plaintiff and Nationwide Class Members may seek alternative remedies. Indeed, these breaches of warranties have denied Plaintiff and Nationwide Class Members the benefit of their respective bargains, which presupposes they were (or are) able to use the Defective Vehicles in a meaningful manner without the ever–present risk infotainment system outages and phantom braking.

184. Plaintiff and Nationwide Class Members have provided Defendant with reasonable notice and opportunity to cure the breaches of their implied warranties by way of the numerous complaints filed against them.

185.    Alternatively, Plaintiff and Nationwide Class Members were excused from providing Defendant with notice and an opportunity to cure the breach, because it would have been futile.   As alleged throughout Plaintiff's Complaint, Defendant has long known that the Defective Vehicles contained the Infotainment Defect and the Braking Defect.  However, upon information and belief, to date, Defendant has not instituted an adequate and meaningful repair program with respect to the Defective Vehicles.   As such, Plaintiff and Nationwide Class Members had no reason to believe that Defendant would have adequately repaired the Defects if they presented their Defective Vehicles to them for repair.

186.    As a direct and proximate result of Defendant's breach of the implied warranty of merchantability, Plaintiff's and Nationwide Class Members' Defective Vehicles were and are defective, and the Defects in their Defective Vehicles have upon information and belief not been remedied.  Therefore, Plaintiff and Nationwide Class Members have been damaged, in an amount to be proven at trial.

**Nationwide / California Count 2:**
**Violations of the California Song-Beverly Consumer Warranty Act**
**for Breach of Implied Warranty of Merchantability**
**(Cal. Civ. Code §§ 1791.1 and 1792)**
**<u>Against American Honda</u>**

187.    Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.

188.    Plaintiff brings this count under California law, individually and on behalf of the other members of Nationwide Class against American Honda.

189.    Defendant is a "manufacturer" of the Defective Vehicles within the meaning of Cal. Civ. Code § 1791(j).

190.    Defendant is and was at all relevant times a "seller" of motor vehicles under Cal. Civ. Code § 1791(l).

191.    Defendant is and was at all relevant times a "lessor" of motor vehicles under Cal. Civ. Code § 1791(i).

192.    All Class Members who purchased Defective Vehicles are "buyers" within the meaning of Cal. Civ. Code § 1791(b).

193.    All Class Members who leased Defective Vehicles are "lessees" within the meaning of Cal. Civ. Code § 1791(h).

194.    The Defective Vehicles are "consumer goods" within the meaning of Cal. Civ. Code § 1791(a).

195.    Defendant impliedly warranted to Plaintiff and Nationwide Class Members that their Defective Vehicles were "merchantable" within the meaning of Cal. Civ. Code §§ 1791.1(a) and 1792.

196.    Cal. Civ. Code § 1791.1(a) states: "Implied warranty of merchantability" or "implied warranty that goods are merchantable" means that the consumer goods meet each of the following: (1) pass without objection in the trade under the contract description; (2) are fit for the ordinary purposes for which such goods are used; (3) are adequately contained, packaged, and labeled; and (4) conform to the promises or affirmations of fact made on the container or label.

197.    The Defective Vehicles would not pass without objection in the automotive trade due to the Defects and were not fit for their ordinary purpose of providing reasonably reliable, safe, and secure transportation at the time of sale or thereafter because, *inter alia*, the Defective Vehicles contained the Infotainment Defect and the Braking Defect and as such were not sufficient to satisfy FMVSS, resulting in a substantial safety hazard because Defects means that the Defective Vehicles have a variety of key safety failures, including drivers' inability to see how fast they are going and/or to have a back-up view during manifestations of the Infotainment Defect, and erratic braking increasing the likelihood of rear-end collisions. Because of these Defects, the Defective Vehicles are not in merchantable condition and thus not fit for ordinary purposes.

198.    The Defective Vehicles are not adequately labeled because the labeling fails to disclose the Defects. The Defective Vehicles do not conform to the promises and

affirmations made by Defendant regarding safety, security, quality, and reliability of the Defective Vehicles.

199.   As a direct and proximate result of the breaches of the implied warranty of merchantability by Defendant, Plaintiff's and Nationwide Class Members' Defective Vehicles were and are defective, and upon information and belief the Defects in their Defective Vehicles were not remedied.   Therefore, Plaintiff and Nationwide Class Members have been damaged, in an amount to be proven at trial.

200.   Pursuant to Cal. Civ. Code §§ 1791.1(d) and 1794, Plaintiff and Nationwide Class Members seek an order enjoining Defendant from continuing its unfair and/or deceptive acts or practices, and for damages, punitive damages, and any other just and proper relief available under the Song-Beverly Consumer Warranty Act.

**Nationwide / California Count 3:**
**False Advertising Under the California False Advertising Law**
**(Cal. Bus. & Prof. Code § 17500, et seq.)**
**<u>Against All Defendants</u>**

201.   Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.   Plaintiff brings this count under California law, individually and on behalf of the other members of the Nationwide Class against Defendants American Honda and Honda, Ltd.

202.   Defendants, Plaintiff, and Nationwide Class Members are "persons" within the meaning of Cal. Bus. & Prof. Code § 17506.  The California False Advertising Law ("California FAL") prohibits false advertising.  California Bus. & Prof. Code § 17500.

203.   In the course of their business, Defendants, through their agents, employees, and/or subsidiaries, violated the California FAL by knowingly and intentionally misrepresenting, omitting, concealing, and/or failing to disclose material facts regarding the quality, reliability, and safety of the Defective Vehicles and the Infotainment Defects and Braking Defects, as detailed above.

204.   Defendants had an ongoing duty to Plaintiff and Nationwide Class Members to refrain from unfair or deceptive practices under the California FAL in the course of their business.   Specifically, they owed Plaintiff and Nationwide Class Members a duty to disclose all the material facts concerning the Defects in the Defective Vehicles because:

a)   Defendants had exclusive access to and far superior knowledge about facts regarding the Defects and Defendants knew these facts were not known to or reasonably discoverable by Plaintiff or Nationwide Class Members;

b)   Given the Defects' intermittent and unpredictable nature, and given the fact that Defendants themselves have struggled to diagnose and fix the underlying cause of the Defects, Plaintiff and Nationwide Class Members lacked the sophisticated expertise in vehicle components that would be necessary to discover the Defects on their own;

c)   Defendants knew that the Defects gave rise to safety concerns for the consumers who use the Defective Vehicles, and the Defects would have been a material fact to the Nationwide Class Members' decisions to buy or lease Defective Vehicles; and

d)   Defendants made incomplete representations about the safety and reliability of the Defective Vehicles while purposefully withholding material facts about a known safety defect.   In uniform advertising and materials, Defendants intentionally concealed, suppressed, and failed to disclose to the consumers that the Defective Vehicles contained the Defects. Because they volunteered to provide information about the Defective Vehicles that they marketed and offered for sale and lease to consumers, Defendants had the duty to disclose the whole truth.

205.   By misrepresenting the Defective Vehicles as safe and reliable and free from defects, and by failing to disclose and actively concealing the dangers and risk

posed by the Defects to consumers, Defendants engaged in untrue and misleading advertising prohibited by California Bus. & Prof. Code § 17500. Defendants made or caused to be made and disseminated throughout California advertising, marketing, labeling, and other publications containing numerous statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care they should have been known to be untrue and misleading to consumers, including Plaintiff and Nationwide Class Members.

206. Defendants' unfair or deceptive acts and practices, including their misrepresentations, concealments, omissions, and suppressions of material facts, were designed to mislead and had a tendency or capacity to create a false impression in consumers that the Defective Vehicles had adequate braking and collision mitigation systems as well as adequate and functioning infotainment systems, including vital display information that would consistently display, hands-free functioning, and back-up camera display, among others, and that the Defective Vehicles were not affected by the defects. Indeed, those misrepresentations, concealments, omissions, and suppressions of material facts did in fact deceive reasonable consumers, including Plaintiff and Nationwide Class Members, about the true safety, and reliability of Defective Vehicles, the quality of the Defective Vehicles and their brands, and the true value of the Defective Vehicles.

207. Defendants' misrepresentations, omissions, and concealment of material facts regarding the Defects and true characteristics of the Defective Vehicles were material to the decisions of Plaintiff and Nationwide Class Members to purchase and lease those vehicles, as Defendants intended. Plaintiff and Nationwide Class Members were exposed to those misrepresentations, concealments, omissions, and suppressions of material facts, and relied on Defendants' misrepresentations and omissions that the Defective Vehicles were safe, secure, and reliable in deciding to purchase and lease those vehicles.

208.   Plaintiff and Nationwide Class Members' reliance was reasonable, as they had no way of discerning that those representations were false and misleading, or otherwise learning the facts that Defendants had concealed or failed to disclose.  Plaintiff and Nationwide Class Members did not, and could not, unravel Defendants' deception on their own.

209.   Had Plaintiff and Nationwide Class Members known the truth about the Defects, they would not have purchased or leased Defective Vehicles, or would have paid significantly less for them.

210.   Plaintiff and Nationwide Class Members suffered ascertainable losses and actual damages as a direct and proximate result of Defendants' concealment, misrepresentations, and/or failure to disclose material information.

211.   Defendants' violations present a continuing risk to Plaintiff and Nationwide Class Members, as well as to the general public, because upon information and belief the Defective Vehicles remain unsafe due to the Defects.  The unlawful acts and practices complained of herein affect the public interest.

212.  Plaintiff and Nationwide Class Members seek an order enjoining Defendants' false advertising, any such orders or judgments as may be necessary to restore to Plaintiff and Nationwide Class Members any money acquired by unfair competition, including restitution and/or restitutionary disgorgement, and any other just and proper relief available under the false advertising provisions of the California FAL.

213.   Plaintiff pleads this claim separately as well as in the alternative to her claims for damages under Fed. R. Civ. P. 8(a)(3), because if her claims for damages are dismissed or judgment is entered on them in favor of Defendants, Plaintiff would have no adequate legal remedy.

## Nationwide/California Count 4:
### Violation of the California Consumer Legal Remedies Act
### (Cal. Civ. Code §§ 1750, et seq.)
### <u>Against All Defendants</u>

214.   Plaintiff incorporates by reference all preceding allegations as though fully set forth herein.

215.   Plaintiff brings this claim as part of the Nationwide Class against Defendants American Honda and Honda, Ltd.

216.   California's Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1750, *et seq.*, proscribes "unfair methods of competition and unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or which results in the sale or lease of goods or services to any consumer."

217.   The Defective Vehicles are "goods" as defined in Cal. Civ. Code § 1761(a).

218.   Plaintiff and the other Class Members are "consumers" as defined in Cal. Civ. Code § 1761(d), and Plaintiff, the other Class Members, and Honda are "persons" as defined in Cal. Civ. Code § 1761(c). 410.

219.   As alleged herein, Honda made misleading representations and omissions concerning the benefits, performance, and safety of the Defective Vehicles, including the infotainment system.

220.   Defendants had an ongoing duty to Plaintiff and Nationwide Class Members to refrain from unfair or deceptive practices under the CLRA in the course of their business.  Specifically, Defendants owed the Plaintiff and Class Members a duty to disclose all the material facts concerning the Defects in the Defective Vehicles because, as detailed above:

      a)   Defendants had exclusive access to and far superior knowledge about facts regarding the Defects and Defendants knew these facts were not known to or reasonably discoverable by Plaintiff or Nationwide Class Members;

b)      Given the Defects' intermittent and unpredictable nature, and given the fact that Defendants themselves have struggled to diagnose and fix the underlying cause of the Defects, Plaintiff and Nationwide Class Members lacked the sophisticated expertise in vehicle components that would be necessary to discover the Defects on their own;

c)      Defendants knew that the Defects gave rise to safety concerns for the consumers who use the Defective Vehicles, and the Defects would have been a material fact to the Class Members' decisions to buy or lease Defective Vehicles; and

d)      Defendants made incomplete representations about the safety and reliability of the Defective Vehicles while purposefully withholding material facts about a known safety defect.  In uniform advertising and materials, Honda intentionally concealed, suppressed, and failed to disclose to the consumers that the Defective Vehicles contained the Defects. Because they volunteered to provide information about the Defective Vehicles that they marketed and offered for sale and lease to consumers, Honda had the duty to disclose the whole truth.

221.   In purchasing or leasing the Vehicles, Plaintiff and other Class Members were deceived by Honda's failure to disclose its knowledge of the defect in its infotainment system.

222.   Honda's conduct as described herein was and is in violation of the CLRA. Honda's conduct violates at least the following enumerated CLRA provisions:

a)   Cal. Civ. Code § 1770(a)(5): Representing that goods have sponsorship, approval, characteristics, uses, benefits, or quantities that they do not have.

b)   Cal Civ. Code § 1770(a)(7): Representing that goods are of a particular standard, quality, or grade if they are of another.

c)   Cal. Civ. Code § 1770(a)(9): Advertising goods with intent not to sell them as advertised.

d) Cal Civ. Code § 1770(a)(16): Representing that goods have been supplied in accordance with a previous representation when they have not.

223.   Honda intentionally and knowingly misrepresented and omitted material facts regarding the Defective Vehicles, specifically regarding the Infotainment Defect and the Braking Defect with an intent to mislead Plaintiff and Nationwide Class Members.

224.   In purchasing or leasing the Defective Vehicles, Plaintiff and other Nationwide Class Members were deceived by Honda's failure to disclose its knowledge of Infotainment Defect and the Braking Defect.

### Nationwide / California Count 5:
### Violation of the California Unfair Competition Law
### (Cal. Bus. & Prof. Code § 17200)
### <u>Against All Defendants</u>

225.   Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.

226.   Plaintiff brings this count under California law, individually and on behalf of the other members of the Nationwide Class against American Honda and Honda, Ltd.

227.   The California Unfair Competition Law ("UCL"), California Business and Professions Code § 17200, prohibits any "unlawful, unfair, or fraudulent business acts or practices."

228.   Defendants' knowing and intentional conduct described in this complaint constitutes unlawful, unfair, and fraudulent business acts and practices in violation of the UCL.  Specifically, Defendants' conduct is unlawful, unfair, and fraudulent in at least the following ways:

a)   By knowingly and intentionally concealing from Plaintiff and Nationwide Class Members that the Defective Vehicles suffer from the Defects while obtaining money from Plaintiff and Nationwide Class Members;

CLASS ACTION COMPLAINT

b)      By purposefully designing and manufacturing the Defective Vehicles to contain the Defects, concealing the Defects from Plaintiff and the Nationwide Class Members, failing to fix the Defects free of charge, and misrepresenting their knowledge of how to fix the Defects; and

c)      By marketing the Defective Vehicles as safe, convenient, and defect free, with cutting-edge safety technology, all while knowing of the Defects that actually made the Defective Vehicles less safe.

229.    The Defective Vehicles are defectively manufactured designed for the reasons set forth above, including that the Defective Vehicles suffer from erratic, phantom braking, that they have intermittent "false alarms" on the braking systems, and that they do not provide reliable or continuous access to key safety services and displays, including hands-free systems, speed information, and back-up camera visuals.

230.    In intentionally deciding to continue producing, marketing, and selling vehicles with known Infotainment Defects and Braking Defects, Defendants committed an unlawful business act or practice in violation of California Business and Professions Code § 17200.

231.    Defendants also committed an unlawful business act or practice in violation of California Business and Professions Code § 17200 by violating the California FAL, the CLRA, and other laws alleged herein.

232.    Defendants' acts, omission, and conduct were also "unfair" because they offend public policy and constitute immoral, unethical, and unscrupulous activities that caused substantial injury, including to Plaintiff and Nationwide Class Members.  The gravity of harm resulting from Defendants' conduct outweighs any potential benefits attributable to the conduct and there were reasonably available alternatives to further Defendants legitimate business interests.

233.    Selling cars without reliable access to standard and required safety features pursuant to the Federal Motor Vehicle Safety Standards ("FMVSS") (such as

speedometer displays and backup camera access) is unfair to consumers because it exposes consumers to elevated safety risks without fair warning or justification.

234.   Defendants failed to provide notice that the Defective Vehicles were riddled with Defects, including Infotainment Defects and Braking Defects that did not comply with the FMVSS, and failed to give any notice as to the risks associated with operating or even owning a vehicle that does not comply with FMVSS.

235.   Defendants intentionally failed to disclose and actively concealed the fact that the Defective Vehicles were defective and also did not comply with FMVSS safety regulations.

236.   Defendants included features or design elements in the Defective Vehicles that appeared to bring those vehicles into compliance with the letter or intent of FMVSS, but because the systems do not work, the compliance was just an illusion.   Thus, Defendants designed, developed, manufactured, marketed, and sold their vehicles in a dangerous and defective condition.   This too was unfair to consumers, and therefore violated the UCL.

237.   Additionally, Defendants committed fraudulent acts or practices in violation of California Business and Professions Code § 17200.   Specifically, as alleged in detail above, Defendants designed, developed, manufactured, and/or knowingly and intentionally marketed and sold Defective Vehicles with the Defects, while misrepresenting the safety, quality, and reliability of the Defective Vehicles, and/or and omitting, and failing to disclose material facts regarding the existence, nature, and scope of the Defects in the Defective Vehicles from consumers, including Plaintiff and the Nationwide Class Members.

238.   Defendants had an ongoing duty to Plaintiff and other Nationwide Class Members to refrain from unfair or deceptive practices in the course of their business. Specifically, Defendants owed Plaintiff and Nationwide Class Members a duty to disclose all the material facts concerning the Defects because:

a) Defendants had exclusive access to and far superior knowledge about facts regarding the Defects and Defendants knew these facts were not known to or reasonably discoverable by Plaintiff or Nationwide Class Members;

b) Given the Defects' intermittent and unpredictable nature, and given the fact that Defendants themselves have struggled to diagnose and fix the underlying cause of the Defects, Plaintiff and Nationwide Class Members lacked the sophisticated expertise in vehicle components that would be necessary to discover the Defects on their own;

c) Defendants knew that the Defects gave rise to safety concerns for the consumers who use the Defective Vehicles, and the Defects would have been a material fact to the Nationwide Class Members' decisions to buy or lease Defective Vehicles; and

d) Defendants made incomplete representations about the safety and reliability of the Nationwide Defective Vehicles while purposefully withholding material facts about a known safety defect.  In uniform advertising and materials such as the Owners Manuals, Honda intentionally concealed, suppressed, and failed to disclose to the consumers that the Defective Vehicles contained the Defects.  Because it volunteered to provide information about the Defective Vehicles that they marketed and offered for sale and lease to consumers, Honda had the duty to disclose the whole truth.

239.   Defendants' unfair or deceptive acts or practices were designed to mislead and had a tendency or capacity to mislead and create a false impression in consumers that the Defective Vehicles had adequate infotainment and braking systems, and that the Defective Vehicles were not affected by the Defects.  Indeed, those misrepresentations, concealments, omissions, and suppressions of material facts did in fact deceive reasonable consumers, including Plaintiff and Nationwide Class Members, about the true

safety and reliability of Defective Vehicles, the quality of the Defective Vehicles, and the true value of the Defective Vehicles.

240. Defendants' misrepresentations, omissions, and concealment of material facts regarding the Defects and true characteristics of the Defective Vehicles were material to the decisions of Plaintiff and Nationwide Class Members to purchase and lease those vehicles, as Defendants intended. Plaintiff and Nationwide Class Members were exposed to those misrepresentations, concealments, omissions, and suppressions of material facts, and relied on Defendants' misrepresentations that the Defective Vehicles were safe and reliable in deciding to purchase and lease Defective Vehicles.

241. Plaintiff's and Nationwide Class Members' reliance was reasonable, as they had no way of discerning Defendants' representations were false and misleading, or otherwise learning that the Defective Vehicles contained the Defects, as alleged above. Plaintiff and Class Members did not, and could not, unravel Defendants' deception on their own. Had they known the truth about the Defects, Plaintiff and Nationwide Class Members would not have purchased or leased the Defective Vehicles, or would have paid significantly less for them.

242. Accordingly, Plaintiff and Nationwide Class Members have suffered ascertainable loss and actual damages as a direct and proximate result of Defendants' concealment of and failure to disclose material information regarding the Defects.

243. Defendants' violations present a continuing risk to Plaintiff and Nationwide Class Members as well as to the general public. Defendants' unlawful acts and practices complained of herein affect the public interest.

244. Plaintiff requests that this Court enter an order enjoining Defendants from continuing their unfair, unlawful, and/or deceptive practices and restoring to Plaintiff and Nationwide Class Members any money Defendants acquired by unfair competition as provided in Cal. Bus. & Prof. Code § 17203 and Cal. Bus. & Prof. Code § 3345, and for such other relief set forth below.

245.    Plaintiff pleads this claim separately as well as in the alternative to her claims for damages under Fed. R. Civ. P. 8(a)(3), because if Plaintiff's claims for damages are dismissed or judgment is entered on them in favor of Defendants, Plaintiff will have no adequate legal remedy.

**Nationwide / California Count 6:**
**Fraud by Omission and Concealment Against All Defendants**

246.    Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.

247.    Plaintiff brings this count under California law, individually and on behalf of the other members of the Nationwide Class, against American Honda and Honda, Ltd.

248.    Defendants were aware of the Defects when they marketed and sold the Defective Vehicles to Plaintiff and Nationwide Class Members.

249.    Having been aware of the Defects within the Defective Vehicles, and having known that Plaintiff and the Nationwide Class Members could not have reasonably been expected to know of the Defects, Defendants had a duty to disclose the Defects to Plaintiffs and Nationwide Class Members in connection with the sale of the Defective Vehicles.  Defendants further had a duty to disclose the Defects because:

a)    Defendants had exclusive access to and far superior knowledge about facts surrounding the full extent of the Defects and Defendants knew these facts were not known to or reasonably discoverable by Plaintiff or Nationwide Class Members;

b)    Given the Defects' intermittent and unpredictable nature, and given the fact that Defendants themselves have struggled to diagnose and fix the underlying cause of the Defects, Plaintiff and Nationwide Class Members lacked the sophisticated expertise in vehicle components that would be necessary to discover the Defects on their own;

c)    Defendants knew that the Defects gave rise to safety concerns for the consumers who use the Defective Vehicles, and the Defects would have

been a material fact to the Nationwide Class Members' decisions to buy or lease Defective Vehicles; and

d)      Defendants made incomplete representations about the safety and reliability of the Defective Vehicles while purposefully withholding material facts about a known safety defect.  In uniform advertising and materials, Honda intentionally concealed, suppressed, and failed to disclose to the consumers that the Defective Vehicles contained the Defects.  Because they volunteered to provide information about the Defective Vehicles that they marketed and offered for sale and lease to consumers, Honda had the duty to disclose the whole truth.

250.   In breach of their duties, Defendants failed to disclose the Defects to Plaintiff and Nationwide Class Members in connection with the sale of the Defective Vehicles.

251.   For the reasons set forth above, the Defects within the Defective Vehicles were material to the sale of the Defective Vehicles because a reasonable person would find it important in purchasing, leasing, or retaining a new or used motor vehicle and because it directly impacts the value of the Defective Vehicles purchased or leased by the Plaintiff and Nationwide Class Members.

252.   Defendants intended for the Plaintiff and Nationwide Class Members to rely on their omissions and concealment—which they did by purchasing and leasing the Defective Vehicles at the prices they paid believing that their vehicles would not have Defects that would affect the quality, reliability, and safety of the Defective Vehicles.

253.   Plaintiff's and Nationwide Class Members' reliance was reasonable, as they had no way of discerning that learning the facts that Defendants had concealed or failed to disclose.  Plaintiff and Nationwide Class Members did not, and could not, unravel Defendants' deception on their own.

254.   Defendants actively concealed and suppressed these material facts, in whole or in part, to maintain a market for the Defective Vehicles, to protect profits, and

to avoid costly recalls that would expose them to liability for those expenses and harm the commercial reputations of Defendants and their products. They did so at the expense of Plaintiff and Nationwide Class Members.

255. If Defendants had fully and adequately disclosed the Defects to consumers, Plaintiff and Nationwide Class Members would have seen such a disclosure.

256. Through their omissions and concealment with respect to the Defects within the Defective Vehicles, Defendants intended to induce, and did induce, Plaintiff and Nationwide Class Members to either purchase a Defective Vehicle that they otherwise would not have purchased, or pay more for a Defective Vehicle than they otherwise would have paid.

257. Had Plaintiff and Nationwide Class Members known of the Defects within the Defective Vehicles, they would not have purchased or leased the Defective Vehicles or would have paid less for them.

258. As a direct and proximate result of Defendants' omissions, Plaintiff and other Nationwide Class Members either overpaid for the Defective Vehicles or would not have purchased the Defective Vehicles at all if the Defects had been disclosed to them. Accordingly, Defendants are liable to Plaintiff and Nationwide Class Members for their damages in an amount to be proven at trial.

259. Defendants' acts were done maliciously, oppressively, deliberately, with intent to defraud; in reckless disregard of the Plaintiff's and Nationwide Class Members' rights and well-being; and to enrich themselves. Defendants' misconduct warrants an assessment of punitive damages, as permitted by law, in an amount sufficient to deter such conduct in the future, which amount shall be determined according to proof at trial.

**Nationwide / California Count 7:**
**<u>Unjust Enrichment Against All Defendants</u>**

260. Plaintiff incorporates by reference all preceding allegations as though fully set forth herein.

261.   Plaintiff brings this count under California law, individually and on behalf of the other members of the Nationwide Class, against American Honda and Honda, Ltd.

262.   When they purchased and leased the Defective Vehicles, Plaintiff and Nationwide Class Members conferred tangible and material economic benefits upon Defendants, who readily accepted and retained these benefits.

263.   Plaintiff and Nationwide Class Members would not have purchased or leased their Defective Vehicles, or would have paid less for them, had they known of the Defects at the time of purchase or lease.  Therefore, Defendants profited from the sale and lease of the Defective Vehicles to the detriment and expense of Plaintiff and Nationwide Class Members.

264.   Defendants appreciated these economic benefits.  These benefits were the expected result of Defendants acting in their pecuniary interest at the expense of their customers.  They knew of these benefits because they were aware of the Defects, yet they failed to disclose this knowledge and misled the Plaintiff and Nationwide Class Members regarding the nature and quality of the Defective Vehicles while profiting from this deception.

265.   It would be unjust, inequitable, and unconscionable for Defendants to retain these benefits, including because they were procured as a result of their wrongful conduct alleged above.

266.   Plaintiff and Nationwide Class Members are entitled to restitution of the benefits Defendants unjustly retained and/or any amounts necessary to return Plaintiff and Nationwide Class Members to the position they occupied prior to dealing with those Defendants, with such amounts to be determined at trial.

267.   Plaintiff pleads this claim separately as well as in the alternative to her claims for damages under Fed. R. Civ. P. 8(a)(3), because if Plaintiff's claims for damages are dismissed or judgment is entered on them in favor of Defendants, Plaintiff will have no adequate legal remedy.

**B.    Claims Brought on Behalf of the South Carolina Class**

**South Carolina Count 1:**
**Breach of Implied Warranty of Merchantability**
**(S.C. Code Ann. §§ 36-2-314 and 36-2A- 212)**
**<u>Against All Defendants</u>**

268. Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.

269. Plaintiff brings this count individually and on behalf of the other members of the South Carolina Class against Defendants American Honda and Honda, Ltd.

270. A warranty that the Defective Vehicles were in merchantable condition and fit for the ordinary purpose for which such goods are used is implied by law pursuant to S.C. Code Ann. §§ 36-2-314 and 36-2A-212. 4109.

271. Defendants are and were at all relevant times "merchants" with respect to motor vehicles under S.C. Code Ann. §§ 36-2-104(1) and 36-2A-103(3), and "sellers" of motor vehicles under § 36-2-103(1)(d). 4110.

272. With respect to leases, Defendants are and were at all relevant times "lessors" of motor vehicles under S.C. Code Ann. § 36-2A-103(1)(p). 4111.

273. South Carolina Class Members who purchased Defective Vehicles in South Carolina are "buyers" within the meaning of S.C. Code Ann. § 36-2-103(1)(a).

274. South Carolina Class Members who leased Defective Vehicles in South Carolina are "lessees" within the meaning of S.C. Code Ann. § 36-2A-103(1)(n).

275. South Carolina Class Defective Vehicles are and were at all relevant times "goods" within the meaning of S.C. Code Ann. §§ 36-2-105(1) and 36-2A-103(1)(h).

276. Defendants knew or had reason to know of the specific use for which the Defective Vehicles were purchased or leased by South Carolina Class Members.

277. Defendants provided Plaintiff and the South Carolina Class Members with an implied warranty that the Defective Vehicles and any parts thereof were merchantable and fit for the ordinary purposes for which they were sold.  This implied warranty included, among other things, a warranty that the Defective Vehicles were

manufactured, supplied, distributed, and sold by Defendants, were safe and reliable for providing transportation, including providing functioning display screens, controls, audio, and braking systems, and complied with applicable federal and state laws and regulations, including FMVSS.

278.   However, the Defective Vehicles did not comply with the implied warranty of merchantability because they were defective and not in merchantable condition, would not pass without objection in the trade, and were not fit for their ordinary purpose of providing reasonably reliable, safe, and secure transportation at the time of sale or thereafter because, *inter alia*, the Defective Vehicles contained the Infotainment Defect and the Braking Defect and as such were not sufficient to satisfy FMVSS, resulting in a substantial safety hazard because Defects means that the Defective Vehicles have a variety of key safety failures, including drivers' inability to see how fast they are going and/or to have a back-up view during manifestations of the Infotainment  Defect, and erratic braking increasing the likelihood of rear-end collisions.

279.   Any attempt by Defendants to disclaim or limit the implied warranty of merchantability for their respective Defective Vehicles vis-à-vis consumers is unconscionable and unenforceable.   Specifically, any warranty limitations are unenforceable because Defendants knowingly sold or leased Defective Vehicles without informing consumers about the Defects.   The time limits contained in Defendants' warranty periods were also unconscionable and inadequate to protect Plaintiff and South Carolina Class Members.   Among other things, Plaintiff and South Carolina Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Defendants.   A gross disparity in bargaining power existed between Defendants and Plaintiff and other South Carolina Class Members. Additionally, Defendants knew of the Defects at the time of sale.

280.   Furthermore, the circumstances described herein caused Defendants' exclusive or limited remedy to fail its essential purpose such that the Plaintiff and South Carolina Class Members may seek alternative remedies.   Indeed, these breaches of

warranties have denied Plaintiff and South Carolina Class Members the benefit of their respective bargains, which presupposes they were (or are) able to use the Defective Vehicles in a meaningful manner without the ever–present risk infotainment system outages and phantom braking.

281.   Plaintiff and South Carolina Class Members have provided Defendants with reasonable notice and opportunity to cure the breaches of their implied warranties by way of the numerous complaints filed against them.

282.   Alternatively, Plaintiff and the South Carolina Class Members were excused from providing Defendants with notice and an opportunity to cure the breach, because it would have been futile.  As alleged throughout Plaintiff's Complaint, Defendants have long known that the Defective Vehicles contained the Infotainment Defect and the Braking Defect; however, to date, Defendants have not instituted an adequate and meaningful repair program with respect to the Defective Vehicles.  As such, Plaintiff and South Carolina Class Members had no reason to believe that Defendants would have adequately repaired the Defects if they presented their Defective Vehicles to them for repair.

283.   As a direct and proximate result of Defendants' breach of the implied warranty of merchantability, Plaintiff's and South Carolina Class Members' Defective Vehicles were and are defective, and the Defects in their Defective Vehicles have not been remedied.  Therefore, Plaintiff and Class Members have been damaged, in an amount to be proven at trial.

**South Carolina Count 2:**
**Violation of the South Carolina Unfair Trade Practices Act**
**(S.C. Code Ann. § 39-5-10, et seq.)**
**<u>Against All Defendants</u>**

284.   Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.

285.   Plaintiff brings this count individually and on behalf of the other members of the South Carolina Class, against American Honda and Honda, Ltd.

286.   Defendants were and are engaged in "trade" or "commerce" within the meaning of S.C. Code Ann. § 39-5-10(b).

287.   The South Carolina Unfair Trade Practices Act ("South Carolina UTPA") prohibits "unfair or deceptive acts or practices in the conduct of any trade or commerce[.]" S.C. Code Ann. § 39-5-20(a).

288.   In the course of their business, Defendants through their agents, employees, and/or subsidiaries, violated the South Carolina UTPA by knowingly and intentionally misrepresenting, omitting, concealing, and/or failing to disclose material facts about the known Defects and the quality, reliability, and safety of the Defective Vehicles, as detailed above.

289.   Defendants had an ongoing duty to the Plaintiff and South Carolina Class Members to refrain from unfair or deceptive practices under the South Carolina UTPA in the course of their business.  Specifically, Defendants owed the Plaintiff and South Carolina Class Members a duty to disclose all the material facts concerning the Infotainment Defect and the Braking Defect in the Defective Vehicles because, as detailed above:

      a)    Defendants had exclusive access to and far superior knowledge about facts regarding the Defects and Defendants knew these facts were not known to or reasonably discoverable by Plaintiff or South Carolina Class Members;

      b)    Given the Defects' intermittent and unpredictable nature, and given the fact that Defendants' themselves have struggled to diagnose and fix the underlying cause of the Defects, Plaintiff and South Carolina Class Members lack the sophisticated expertise in vehicle components that would be necessary to discover the Defects on their own;

c)     Defendants knew that the Defects gave rise to safety concerns for the consumers who use the Defective Vehicles, and the Defects would have been a material fact to the South Carolina Class Members' decisions to buy or lease Defective Vehicles; and

d)     Defendants made incomplete representations about the safety and reliability of the Defective Vehicles while purposefully withholding material facts about a known safety defect.  In uniform advertising and materials, Honda intentionally concealed, suppressed, and failed to disclose to the consumers that the Defective Vehicles contained the Defects. Because they volunteered to provide information about the Defective Vehicles that they marketed and offered for sale and lease to consumers, Honda had the duty to disclose the whole truth.

290.   As detailed above, the information concerning the Defects was known to Defendants at the time of advertising and selling the Defective Vehicles, all of which was intended to induce consumers to purchase the Defective Vehicles.

291.   By misrepresenting the Defective Vehicles as safe and reliable and free from defects, and by failing to disclose and actively concealing the dangers and risk posed by the Defects to both consumers and NHTSA, Defendants engaged in unfair or deceptive business practices prohibited by S.C. Code Ann. § 39-5-20(a).

292.   Defendants intended for Plaintiff and South Carolina Class Members to rely on them to provide adequately designed Defective Vehicles, and to honestly and accurately reveal the safety hazards described above.

293.   Defendants' unfair or deceptive acts or practices were designed to mislead and had a tendency or capacity to mislead and create a false impression in consumers that the Defective Vehicles had adequate braking and collision mitigation systems as well as adequate and functioning infotainment systems, including vital display information that would consistently display, hands-free functioning, and back-up camera display, among others, and that the Defective Vehicles were not affected by the Defects.

CLASS ACTION COMPLAINT

Indeed, those misrepresentations, concealments, omissions, and suppressions of material facts did in fact deceive reasonable consumers, including Plaintiff and South Carolina Class Members, about the true safety and reliability of Defective Vehicles, the quality of the Defective Vehicles, and the true value of the Defective Vehicles.

294.   Defendants' misrepresentations, omissions, and concealment of material facts regarding the defects and true characteristics of the Defective Vehicles were material to the decisions of Plaintiff and South Carolina Class Members to purchase and lease those vehicles, as Defendants intended.   Plaintiff and South Carolina Class Members were exposed to those misrepresentations, concealments, omissions, and suppressions of material facts, and relied on Defendants' misrepresentations that the Defective Vehicles were safe and reliable in deciding to purchase and lease Defective Vehicles.

295.   Plaintiff's and South Carolina Class Members' reliance was reasonable, as they had no way of discerning Defendants' representations were false and misleading, or otherwise learning that the Defective Vehicles contained the Defects, as alleged above. Plaintiff and South Carolina Class Members did not, and could not, unravel Defendants' deception on their own.

296.   Had they known the truth about the Defects, Plaintiff and Class Members would not have purchased or leased the Defective Vehicles, or would have paid significantly less for them.

297.   Plaintiff and South Carolina Class Members suffered ascertainable losses and actual damages as a direct and proximate result of Defendants' concealment, misrepresentations, and/or failure to disclose material information.

298.   Defendants' violations present a continuing risk to Plaintiff and South Carolina Class Members, as well as to the general public, because upon information and belief the Defective Vehicles remain unsafe due to the Defects.   Defendants' unlawful acts and practices complained of herein affect the public interest.

299.   Pursuant to S.C. Code Ann. § 39-5-140(a), the South Carolina Plaintiff and South Carolina Class Members seek an order enjoining Defendants unfair or deceptive acts or practices and awarding damages and any other just and proper relief available under the South Carolina UTPA.

**South Carolina Count 3:**
**Violation of the South Carolina Regulation of Manufacturers,**
**Distributors, and Dealers Act**
**(S.C. Code Ann. § 56-15-10, et seq.)**
**<u>Against All Defendants</u>**

300.   Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.

301.   Plaintiff brings this count individually and on behalf of the other members of the South Carolina Class against Defendants American Honda and Honda, Ltd.

302.   Defendants are "manufacturer[s]" as set forth in S.C. Code Ann. § 56- 15-10(b), as they were engaged in the business of manufacturing or assembling new and unused motor vehicles.  Defendants are also "distributors" and/or "wholesalers" as set forth in S.C. Code Ann. § 56-15-10(g), (p). 4144.  The South Carolina Regulation of Manufacturers, Distributors, and Dealers Act ("Manufacturers Act") prohibits "unfair or deceptive acts or practices" as defined in S.C. Code Ann. § 56-15-40. S.C. Code Ann. § 56-15-30(a).   Accordingly, the Manufacturers Act prohibits any manufacturer from engaging in bad faith and unconscionable actions that cause damage to the parties or the public; it also prohibits manufacturers from using false or misleading advertising in connection with their business.  S.C. Code Ann. § 56-15-40(1), (3)(d).

303.   As detailed above, the information concerning the Defects were known to Defendants at the time of advertising and selling the Defective Vehicles, all of which was intended to induce consumers to purchase the Defective Vehicles.

304.   By misrepresenting the Defective Vehicles as safe and reliable and free from defects, and by failing to disclose and actively concealing the dangers and risk

187
CLASS ACTION COMPLAINT

posed by the Defects, Defendants engaged in unfair or deceptive business practices by committing bad faith and unconscionable actions prohibited by Manufacturers Act.

305.    Defendants intended for Plaintiff and South Carolina Class Members to rely on them to provide adequately designed Defective Vehicles, and to honestly and accurately reveal the safety hazards described herein.

306.    Defendants' unfair or deceptive acts or practices were designed to mislead and had a tendency or capacity to mislead and create a false impression in consumers that the Defective Vehicles had adequate infotainment systems and braking and collision mitigation systems, and that the Defective Vehicles were not affected by the Defects. Indeed, those misrepresentations, concealments, omissions, and suppressions of material facts did in fact deceive reasonable consumers, including Plaintiff and South Carolina Class Members, about the true safety and reliability of Defective Vehicles, the quality of the Defective Vehicles, and the true value of the Defective Vehicles.

307.    Defendants' misrepresentations, omissions, and concealment of material facts regarding the Defects and true characteristics of the Defective Vehicles were material to the decisions of Plaintiff and South Carolina Class Members to purchase and lease those vehicles, as Defendants intended. Plaintiff and South Carolina Class Members were exposed to those misrepresentations, concealments, omissions, and suppressions of material facts, and relied on Defendants' misrepresentations that the Defective Vehicles were safe and reliable in deciding to purchase and lease Defective Vehicles.

308.    Plaintiff's and South Carolina Class Members' reliance was reasonable, as they had no way of discerning Defendants' representations were false and misleading, or otherwise learning that the Defective Vehicles contained the Infotainment Defect or the Braking Defect, as alleged above.  Plaintiff and South Carolina Class Members did not, and could not, unravel Defendants' deception on their own.

309.   Had they known the truth about the Defects, Plaintiff and South Carolina Class Members would not have purchased or leased the Defective Vehicles, or would have paid significantly less for them.

310.   Plaintiff and South Carolina Class Members suffered ascertainable losses and actual damages as a direct and proximate result of Defendants' concealment, misrepresentations, and/or failure to disclose material information.

311.   Defendants' violations present a continuing risk to Plaintiff and South Carolina Class Members, as well as to the general public, because the Defective Vehicles remain unsafe due to the Defects.  Defendants' unlawful acts and practices complained of herein affect the public interest.

312.   Plaintiff and the South Carolina Class Members are entitled to double their actual damages, the cost of the suit, attorney's fees pursuant to S.C. Code Ann. § 56-15-110.  Plaintiff also seeks injunctive relief under S.C. Code Ann. § 56-15-110. Plaintiff also seeks treble damages because the Defendants acted maliciously.

## South Carolina Count 4:
## Fraud by Omission and Concealment Against All Defendants

313.   Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.

314.   Plaintiff brings this count individually and on behalf of the other members of the South Carolina Class, against American Honda and Honda, Ltd.

315.   Defendants were aware of the Defects when they marketed and sold the Defective Vehicles to Plaintiff and South Carolina Class Members.

316.   Having been aware of the Defects within the Defective Vehicles, and having known that Plaintiff and South Carolina Class Members could not have reasonably been expected to know of the Defects, Defendants had a duty to disclose the Defects to Plaintiff and South Carolina Class Members in connection with the sale of the Defective Vehicles.  Defendants further had a duty to disclose the Defects because:

CLASS ACTION COMPLAINT

a)    Defendants had exclusive access to and far superior knowledge about facts regarding the Defects and Defendants knew these facts were not known to or reasonably discoverable by Plaintiff or South Carolina Class Members;

b)    Given the Defects' intermittent and unpredictable nature, and given the fact that Defendants' themselves have struggled to diagnose and fix the underlying cause of the Defects, Plaintiffs and South Carolina Class Members lacked the sophisticated expertise in vehicle components that would be necessary to discover the Defects on their own;

c)    Defendants knew that the Defects gave rise to safety concerns for the consumers who use the Defective Vehicles, and the Defects would have been a material fact to the South Carolina Class Members' decisions to buy or lease the Defective Vehicles; and

d)    Defendants made incomplete representations about the safety and reliability of the Defective Vehicles while purposefully withholding material facts about a known safety defect.  In uniform advertising and materials such as the Owners Manuals, Honda intentionally concealed, suppressed, and failed to disclose to the consumers that the Defective Vehicles contained the Defects.  Because they volunteered to provide information about the Defective Vehicles that they marketed and offered for sale and lease to consumers, Honda had the duty to disclose the whole truth.

317.    In breach of their duties, Defendants failed to disclose the Defects to Plaintiff and South Carolina Class Members in connection with the sale of the Defective Vehicles.

318.    For the reasons set forth above, the Defects within the Defective Vehicles were material to the sale of the Defective Vehicles because a reasonable person would find it important in purchasing, leasing, or retaining a new or used motor vehicle and

because it directly impacts the value of the Defective Vehicles purchased or leased by the Plaintiff and South Carolina Class Members.

319.   Defendants intended for Plaintiff and South Carolina Class Members to rely on their omissions and concealment—which they did by purchasing and leasing the Defective Vehicles at the prices they paid believing that their vehicles would not have a Defects that would affect the quality, reliability, and safety of the Defective Vehicles.

320.   Plaintiff's and South Carolina Class Members' reliance was reasonable, as they had no way of discerning that learning the facts that Defendants had concealed or failed to disclose.  Plaintiff and South Carolina Class Members did not, and could not, unravel Defendants' deception on their own.

321.   Defendants actively concealed and suppressed these material facts, in whole or in part, to maintain a market for the Defective Vehicles, to protect profits, and to avoid costly recalls that would expose them to liability for those expenses and harm the commercial reputations of Defendants and their products.  They did so at the expense of Plaintiff and South Carolina Class Members.

322.   If Defendants had fully and adequately disclosed the Defects to consumers, Plaintiffs and South Carolina Class Members would have seen such a disclosure.

323.   Through their omissions and concealment with respect to the Defects within the Defective Vehicles, Defendants intended to induce, and did induce, Plaintiff and South Carolina Class Members to either purchase a Defective Vehicle that they otherwise would not have purchased, or pay more for a Defective Vehicle than they otherwise would have paid.

324.   Had Plaintiff and South Carolina Class Members known of the Defects within the Defective Vehicles, they would not have purchased the Defective Vehicles or would have paid less for them.

325.   As a direct and proximate result of Defendants' omissions, Plaintiff and other South Carolina Class Members either overpaid for the Defective Vehicles or would not have purchased the Defective Vehicles at all if the Defects had been disclosed to

them.  Accordingly, Defendants are liable to Plaintiff and South Carolina Class Members for their damages in an amount to be proven at trial.

326.  Defendants' acts were done maliciously, oppressively, deliberately, with intent to defraud; in reckless disregard of the Plaintiff's and South Carolina Class Members' rights and well-being; and to enrich themselves.  Defendants' misconduct warrants an assessment of punitive damages, as permitted by law, in an amount sufficient to deter such conduct in the future, which amount shall be determined according to proof at trial.

**South Carolina Count 5:**
**<u>Unjust Enrichment Against All Defendants</u>**

327.  Plaintiff realleges and incorporates by reference all preceding allegations as though fully set forth herein.

328.  Plaintiff brings this count under South Carolina law, individually and on behalf of the other members of the South Carolina Class, against American Honda and Honda, Ltd.

329.  When they purchased and leased the Defective Vehicles, Plaintiff and South Carolina Class Members conferred tangible and material economic benefits upon Defendants, who readily accepted and retained these benefits.

330.  Plaintiff and South Carolina Class Members would not have purchased or leased their Defective Vehicles, or would have paid less for them, had they known of the Defects at the time of purchase or lease.  Therefore, Defendants profited from the sale and lease of the Defective Vehicles to the detriment and expense of Plaintiff and South Carolina Class Members.

331.  Defendants appreciated these economic benefits.  These benefits were the expected result of Defendants acting in their pecuniary interest at the expense of their customers.  They knew of these benefits because they were aware of the Defects, yet they failed to disclose this knowledge and misled the Plaintiff and South Carolina Class

192
CLASS ACTION COMPLAINT

Members regarding the nature and quality of the Defective Vehicles while profiting from this deception.

332.   It would be unjust, inequitable, and unconscionable for Defendants to retain these benefits, including because they were procured as a result of their wrongful conduct alleged above.

333.   Plaintiff and South Carolina Class Members are entitled to restitution of the benefits Defendants unjustly retained and/or any amounts necessary to return Plaintiff and South Carolina Class Members to the position they occupied prior to dealing with those Defendants, with such amounts to be determined at trial.

334.   Plaintiff pleads this claim separately as well as in the alternative to the claims for damages under Fed. R. Civ. P. 8(a)(3), because if Plaintiff's claims for damages are dismissed or judgment is entered on them in favor of Defendants, Plaintiff will have no adequate legal remedy.

## XIII.   Prayer for Relief

Wherefore, Plaintiff, on behalf of herself and all other similarly situated, prays for judgment against Defendants as follows:

A.   An order certifying the proposed Classes, designating Plaintiff as named representatives of the respective Classes, and designating the undersigned as Class Counsel;

B.   An order approving revocation of acceptance of the Defective Vehicles;

C.   Money damages, in the form of a refund of the full contract price, including trade-in allowance, taxes, fees, insurance premiums, interest, and costs, and a refund of all payments made by Plaintiff and Class Members on the subject contracts;

D.   Equitable relief including, but not limited to, replacement of the Defective Vehicles with new vehicles, or repair of the Defective Vehicles with an extension of the express warranties and service contracts which are or were

applicable to the Defective Vehicles, in the event that Plaintiff and Class Members are not found to be entitled to revocation;

E.    A declaration requiring Defendants to comply with the various provisions of the state and federal consumer protection statutes herein alleged and to make all the required disclosures;

F.    Incidental and consequential damages;

G.    Punitive damages;

H.    Reasonable attorneys' fees, experts' fees, and costs;

I.    Pre-judgment and post-judgment interest, as provided by law;

J.    A full recall and repair by Defendants all the Infotainment Defect and Braking Defect issues in all Defective Vehicles; and

K.    Such other and further relief as this Court deems just and proper.

TRIAL BY JURY DEMANDED ON ALL COUNTS

DATED:  July 25, 2023                Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/*Marion C. Passmore*
Marion C. Passmore (SBN 228474)
  passmore@bespc.com
Melissa A. Fortunato (SBN 319767)
  fortunato@bespc.com
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506

*Counsel*

194

CLASS ACTION COMPLAINT