MARION C. PASSMORE (228474)
*passmore@bespc.com*
MELISSA A. FORTUNATO (SBN 319767)
*fortunato@bespc.com*
BRAGAR EAGEL & SQUIRE, P.C.
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506

*Counsel for Plaintiff Aida Milena Gonzalez*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA MILENA GONZALEZ and JASON HAYNIE, on behalf of themselves and all others similarly situated , <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | Case No. 5:23-CV-01462-RGK-AS <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> Complaint Filed: July 25, 2023 |

This Stipulation ("Stipulation") is entered into by and among Plaintiff Aida Milena Gonzalez ("Plaintiff") and Defendant American Honda Motor Co., Inc. ("Defendant")[1], by and through their respective attorneys of record, and being all of the parties in this action, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action, and each and every count and claim asserted therein, be dismissed by Plaintiff without prejudice as to Plaintiffs' individual claims

---

[1] Plaintiff Jason Haynie's claims were dismissed in their entirety on March 8, 2024.  ECF No. 61.

and without prejudice to the claims of the putative class, each party to bear their own costs, expenses, and fees.

                                                Respectfully submitted,

Dated: September 30, 2024        SHOOK, HARDY & BACON L.L.P.

                                          By: */s/ Michael B. Shortnacy*
                                                  MICHAEL B. SHORTNACY (SBN 277035)
                                                    mshortnacy@shb.com
                                                  2121 Avenue of the Stars, Suite 1400
                                                  Los Angeles, CA 90067
                                                  Telephone: (424) 324-3494
                                                  Facsimile: (424) 204-9093

                                              *Attorneys for Defendant*
                                              *AMERICAN HONDA MOTOR CO., INC.*

Dated: September 30, 2024        KING & SPALDING LLP

                                          By: */s/Livia M. Kiser*
                                                  LIVIA M. KISER (SBN 285411)
                                                  lkiser@kslaw.com
                                                  633 West Fifth Street, Suite 1600 Los Angeles, CA 90071
                                                  Telephone: (213) 443-4355
                                                  Facsimile: (213) 443-4310

                                              *Attorneys for Defendant*
                                              *AMERICAN HONDA MOTOR CO., INC.*

Dated: September 30, 2024        BRAGAR EAGEL AND SQUIRE PC

                                          By: */s/Marion C. Passmore*
                                                  MARION C. PASSMORE (SBN 228474)
                                                  passmore@bespc.com
                                                  MELISSA A. FORTUNATO (SBN 319767)
                                                  fortunato@bespc.com
                                                  BRAGAR EAGEL & SQUIRE, P.C.
                                                  445 S. Figueroa Street, Suite 3100

                        Los Angeles, CA 90071
                        Telephone: (213) 612-7735
                        Facsimile: (212) 214-0506

                               - and -

                        Casey C. DeReus [admitted *Pro Hac Vice*]
                        dereus@bespc.com
                        P.O. Box #850436
                        New Orleans, Louisiana 70185
                        Telephone: (213) 612-7735
                        Facsimile: (212) 214-0506

                        *Attorneys for Plaintiff*

                        ZIMMERMAN REED LLP

                        Jeff S. Westerman
                         *Jeff.westerman@zimmreed.com*
                        6420 Wilshire Blvd., Suite 1080
                        Los Angeles, CA  90048
                        Telephone: (310) 752-9385
                        Facsimile: (877) 500-8781

## **ATTESTATION**

      Pursuant to Local Rule 5-4.3.4, the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                              */s/ Marion C. Passmore*